IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 SEP 25 P 12:05

Joyce A. Popwell
510 N. High St rear Apt
Millville, N.J. 08332

**Plaintiff(s),**

v.

Central Hospitality
1100 W. South Blvd
Montgomery, AL 36105

**Defendant(s).**
Henrmant Patel, Anil Patel,
Kishor Desai, Shalish Patel
Alka Patel

CIVIL ACTION NO.

Tax Violations
Employment Discrimnation
Sexual Harassment
Fraud

2:06-CV-851-MHT

**COMPLAINT**

1. Plaintiff(s)' address and telephone number: 510 N. High St rear Apt Millville, N.J. 08332   856-413-0553   856-332-9821 (cell)

2. Name and address of defendant(s): Hemmant Patel, 4243 Ion South Blvd. Montgomery, AL 36105, Kishor Desai 9232 Prentiss Ct 36117 Montgomery, AL 36105, Anil Patel 4389 S. Alabama Ave Monroeville, AL Hwy 84 + 21   Chirag Patel 1100 W South Blvd Montgomery, AL 36105, Shaleish Patel 36460 (Alka-Chandra Patel) 2041 Kinderton Manor Dr 30091

3. Place of alleged violation of civil rights: Ramada Inn Airport 1100 W. South Blvd Montgomery, AL 36105

4. Date of alleged violation of civil rights: October 2002 - October 2005
Duration of employment

5. State the facts on which you base your allegation that your constitutional rights have been violated: Social Security Income and Federal Taxes were not reported except for a few weeks. Also I was sexually harassed by Chirag Patel and approached by Hemmant Patel. I collasped at work 9/17/05 and was on medical leave when I was told by Anil Patel that they were impounded my car and disposing of my personal possessions. Last day of work was 10/11/05. I returned 11/15/05 and I was terminated. Also I was told I would receive a commission for my marketing for Auto plants, paper plants and all other bookings yet this was never received. Also Central Hospitality is still representing me to Cendant Corp in New Jersey that I am still their General Manager when I have not worked since 10/11/05. Also I only received one 1099 that states I was a none employee. I was General Manager from 2003-2005 overseeing entire hotel with lots of responsibilies and paid lower than anyone.

6. Relief requested: I requested all pay due pay for my services as an employee as I worked overtime at front desk, on call 24-7, did marketing. Employees other than myself received overtime, especially employees from India. Salary should have $65,500 there fore I requested $196,500. for this. Also I can not receive 3 years Social Security I worked for, due to illegal way this was handled. I am Requested $10,000,000 and $15,000,000 in punitive damages.

Date: 9/21/06

Joyce A. Popwell
Joyce A. Popwell
Plaintiff(s) Signature

2

# RAMADA®

## A very good place to be.℠

Be It Known by All that

### Joyce Popwell

Has Earned from Ramada's Institute of Training and Technology
on This 14th Day of May, 2004
Full Recognition upon Satisfactory Completion of
the **General Manager's Orientation** Course
Conducted at Cendant's Hospitality Training Services Campus
in Parsippany, New Jersey

Paul J. Hanley, President & CEO

| | | |
|---|---|---|
| ☐ CORRECTED (if checked) | | |

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| CENTRAL ALABAMA HOSPITALITY, LLC | $ | | **Miscellaneous Income** |
| 1100 W. SOUTH BLVD. | 2 Royalties | **2005** | |
| | $ | Form **1099-MISC** | |
| MONTGOMERY    AL    36105-3025 | 3 Other income | 4 Federal income tax withheld | Copy B |
| | $ | $ | For Recipient |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | |
|---|---|---|---|---|
| 68-0513963 | 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 | $ | $ | |

| RECIPIENT'S name | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| JOYCE POPWELL | $        8150.00 | $ | |
| Street address (including apt. no.) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| City, state, and ZIP code | 11 | 12 | |
| Account number (see instructions) | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |

| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | | $ |
| | | $ | | $ |

Form **1099-MISC**          (keep for your records)          Department of the Treasury - Internal Revenue Service
DAA

**CENTRAL ALABAMA HOSPITLITY LLC**
PHONE 334-281-1660
1100 W. SOUTH BLVD
MONTGOMERY, AL 36105

2990
61-169/622

PAY TO THE ORDER OF: Joyce Popwell

DATE 7-11-05

$400 00/100

Four hundred ———— DOLLARS

**ALIANT BANK**
Montgomery, Alabama 36106

FOR _____

⑈002990⑈ ⑆062201698⑇ 55035663⑈