IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV851-MHT |
| | ) |
| CENTRAL HOSPITALITY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 25 September 2006, the plaintiff ['Popwell"], filed a complaint against the following seven defendants: (1) Central Hospitality, (2) Hemmant Patel, (3) Anil Patel, (4) Kishar Desai, (5) Shalish Patel, (6) Alka-Chandra Patel, and (7) Chirag Patel. She alleges the following five claims:

1. One or more of the defendants failed to withhold or report Social Security taxes;

2. Chirag Patel sexually harassed her and Hemmant Patel "approached" her;

3. Anil Patel impounded her car and disposed of her personal possessions, then terminated her;

4. She never received commissions due for services;

5. While she was General Manager at Central Hospitality, she was "paid lower than anyone" in general, and Indian employees in particular; and

6. While she was General Manager at Central Hospitality, she was not paid for

working overtime.

Popwell's complaint fails to identify the defendants by position, location, and responsibilities, and it fails to state with specificity the wrongful acts committed by each defendant, and the injury or damage that Popwell suffered as a result of each act of wrongdoing. Accordingly, it is hereby

ORDERED that on or before 26 October 2006, Popwell shall file an Amended Complaint which states, in separate paragraphs, the following:

1. The names of each defendant, with the defendant's position, location, and responsibility to or for Popwell.

2. The wrongful act committed by each defendant, including the date and place of the wrongdoing, the federal statute or constitutional provision that was violated by each act of wrongdoing, and the specific injury or damage to Popwell as a result of each act of wrongdoing. The "injury" or "damage" should be stated in terms of the consequences to Popwell and the cost or value of the damage.

3. As to the claim of sexual harassment by Chirag Patel, Popwell shall state whether she filed a charge of sex discrimination or sexual harassment against him with the Equal Employment Opportunity Commission, and if so, the date of the charge. Popwell should also attach a copy of the charge of discrimination and a copy of her Right-to-Sue Notice to the Amended Complaint.

4. As to the claim that she was "approached" by Hemmant Patel, Popwell shall

    state further define or describe the "approach", state the name of the defendant(s) who made the approach, whether the "approach" was sexual, and, if so, Popwell shall state whether she filed a charge of sex discrimination or sexual harassment against him with the Equal Employment Opportunity Commission and the date of the charge. Popwell should also attach a copy of the charge of discrimination and a copy of her Right-to-Sue Notice to the Amended Complaint.

5. Popwell shall state whether she has sued Central Hospitality for the acts of the individual defendants, and if so, which ones, or whether she has sued Central Hospitality for separate acts, and if so, which ones.

It is further

ORDERED that the Clerk of the court shall serve a copy of this order upon each named defendant and that the defendants shall refrain from responding to Popwell's claims until she files her Amended Complaint, in compliance with this order.

DONE this 29th day of September, 2006.

    /s/ Vanzetta Penn McPherson
    VANZETTA PENN MCPHERSON
    UNITED STATES MAGISTRATE JUDGE