| SENDER: COMPLETE THIS SECTION | COMPLETE THIS COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Anil Patel<br>4389 S. Alabama Avenue<br>Monroeville, AL 36460<br><br>06-cv851 S+C+OP | D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☐ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3461 3691 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540