OCTOBER 25th, 2006

**RECEIVED**

2:06 CV-851-MHT

JOYCE A. POPWELL PRO-SE
VS
CENTRAL HOSPITALITY 2006 OCT 30 P 3:17

AMMENDED TO DATE, PLACE AND OCCUPATION FOR FOLLOWING DEFENDANTS:
and Respons. b.l.t.y U.S. DISTRICT COURT
NAME OF BUSINESS IS CENTRAL HOSPITALITY,ELT.
HOWEVER THERE ARE 5 OWNERS AND ONE EMPLOYEE INVOLVED IN THIS MATTER.

{A} HEMMANT PATEL- DID REPORT MY TAXES FOR AROUND 6TO 8 WEEKS THEN WHEN I WAS MADE MANAGER I WAS TOLD BY SHALISH PATEL AND HEMMANT PATEL THAT I WOULD BE SALARIED AND TAXES WOULD BE TAKEN CARE OF SINCE I WAS ONLY GETTING $150.00 per WEEK AND A ROOM WITH MICRO-WAVE AND FRIDGE. I WAS ALSO TOLD I WAS HIRED TO DO MARKETING BY HEMMANT PATEL AND WOULD GET 10% OF ALL BUSINESS BROUGHT INTO HOTEL. THIS WAS BETWEEN 10/10/02 TILL A MR. VANAY SHARMA WAS BROUGHT OVER TO DO THE MARKETING IN 2004 WHEN THEY DECIDED I SHOULD BE THEIR GENERAL MANAGER.

MR .HEMMANT PATEL IS THE PRESIDENT OF CENTRAL HOSPITALITY AND WAS THE ONE THAT HIRED ME ALONG WITH MR.SHALISH PATEL.AND ACCORDING TO SOCIAL SECURITY ADMINSTRATION, ALKA PATEL , MR.SHALISH PATEL"S WIFE WAS IN CHARGE OF REPORTING    MY TAXES.

I APPROACHED MR.KISHSOR DESAI WHEN HE CAME OVER TO PROPERTY IN FEBURARY OF 2003 AND HE STATED THIS WILL BE TAKEN CARE OF THIS. THEN I WAS TOLD I WOULD RECEIVE A 1099 FORM . EVEN THOUGH I REQUESTED THIS I ONLY RECEIVED ,ONE , FOR 2005 IN MARCH OF THIS YEAR.

IN 2004 MR.ANIL PATEL AND MR.HEMMANT PATEL BROUGHT OVER THIS FAMILY OF THEIR NATIONALITY. WITH THIS FAMILY WAS A YOUNG MAN BY THE NAME OF CHIRAG PATEL. HE WAS IMMEDIATELY HIRED AS DESK CLERK.EVERYTIME I TRIED TO CORRECT HIM OR SHOW HIM SOMETHING TO DO, WITH THE JOB, HE WOULD CURSE ME, USING PROFANITIES SUCH AS F-BITCH  AND USE THREATS THAT I WOULD BE TERMINATED IF I SAID ANY THING BECAUSE ANIL PATEL WOULD SEE TO THIS .HE DID THIS IN FRONT OF GUESTS AND MR. KISHSOR DESAI and CO-WORKERS MANY TIMES. AND FINALLY MY FAMILY MEMBERS FROM HURRICANE KATRINA AND RITA. MR.CHIRAG PATEL ALSO CHARGED GUESTS CASH MONEY AS EVACUEES  WERE COMING INTO HOTEL AND I CAUGHT HIM AND I WAS TOLD BY KISHOR DESAI TO STAY OUT OF LOBBY AND AWAY FROM FRONT DESK. BECAUSE YOU KNOW CHIRAG DOES NOT LIKE YOU!! THIS WAS TOLD TO ME AFTER MR.DESAI ASKED ME TO KEEP AN EYE ON FRONT DESK AFTER MY COLLAPSE AND HOSPITALIZATION ON SEPTEMBER THE 9th.,2005. I WAS ASKED THIS BECAUSE I WAS RESIDENTIAL GENERAL MANAGER. EVEN THOUGH I WAS JUST OUT OF THE HOSPITAL ,DUE TO THE BUSY TIME WITH HURRICANE VICTIMS AND RED CROSS.I WAS ASKED TO KEEP AN EYE ON THINGS.THIS DUE TO THE FACT I WAS GENERAL MANAGER FOR PAST 3 YEARS. CHIRAG PATEL TOLD ANIL PATEL THAT I WAS CONTROLLING THE PRICES OF THE ROOMS .ONLY BECAUSE I CAUGHT HIM WHILE ON MEDICAL LEAVE. THIS HAPPENED FROM AUGUST 2005 TIIL OCTOBER 11,2005 WHEN I LEFT PROPERTY TO RECOVER FROM A MILD STROKE  AND HEART CATH. I WENT TO NEW JERSEY. THEN ON OCTOBER 20th,2005 I PHONED ANIL PATEL AND TOLD HIM I WOULD TAKE A POSITION I WAS OFFERED MONTHS BEFORE BECAUSE IT INCLUDED AN APARTMENT BIG ENOUGH FOR MY FAMILY FROM KATRINA. HE HAD TOLD ALL OTHER OWNERS TO IMPOUND MY CAR AND REMOVE MY BELONINGS ON OCTOBER 6th,2005 WHEN I WAS CARRIED OUT BY AMBULANCE ON THIS DATE.HOWEVER I DID KNOW ABOUT THIS TILL MR. ANIL PATEL INFORMED ME OF THIS ON OCTOBER 20th,2005

{C} All OWNERS WERE AWARE OF MY CONCERNS FOR ALMOST A YEAR AND DID NOTHING ABOUT IT AS PROMISED. DUE TO THE FACT THEY FAVOR THEIR OWN

NATIONALITY OVER AMERICANS. AND I WAS NOT ALLOWED TO TERMINATE ANYONE FROM INDIA.
  {D} ALSO THERE IS THE MATTER OF ALL PARTNERS OR OWNERS CONSTANTLY PUTTING DOWN AMERICANS. I WAS TOLD BY MR.KISHOR DESAI THAT AMERICANS ARE DISPOSABLE IN NOVEMBER 2005. I WAS WORTHLESS AND THAT HE HAD TOLD MR.ANIL PATEL THIS WHILE I WAS AWAY ON MEDICAL LEAVE AND MY FIRST VACATION. HE TOLD ME I WAS NOT ALLOWED A VACATION OR A MEDICAL LEAVE WHEN I ASKED FOR MY PAY.  ALL EMPLOYEES THAT WORKED SHORT TERM INCLUDING CHIRAG PATELS FAMILY WENT ON NUMEROUS VACATIONS AS DID ALL OTHER NAMED DEFENDANTS. I ONLY GOT A VACATION BY COLLLAPSING ON SEPTEMBER 7th, 2005.    ALSO ALL EMPLOYEES FROM INDIA WERE SUPPLIED LIVING QUARTERS AND PAID OVER TIME. HOWEVER I WORKED LONG HOURS AND WAS TO RUN EVERY ASPECT OF HOTEL BUT ONLY PAID $200.00 PER WEEK AND A ROOM WITH NO KITCHEN FOR 3YEARS. ALSO EMPLOYEES CAME AND LEFT AND OF COURSE I WAS RESPONSIBLE FOR THEIR TRAINING.ALL DEFENDANTS RESPONSIBLE FOR ALL ACTIONS INVOLVING MY EMPLOYMENT. EVERYTIME I HAD A PROBLEM I WENT TO HEMMANT PATEL AND MR. SHALISH PATEL AND I WAS TOLD THERE {WAS GOING TO BE A MEETING WITH PARTNERS. THIS WAS  FROM JULY 2005 till SEPTEMBER 2005.
  {E} THERE WAS NOT A SEXUAL HARASSMENT CHARGE REPORTED BECAUSE I JUST FOUND-OUT RECENTLY THAT WHAT CHIRAG PATEL DID WAS CONSIDERED SEXUAL HARASSMENT. WHEN I TOLD ALL DEFENDANTS {PARTNERS WHAT WAS GOING ON, THIS WAS IGNORED. LIKED I STATED EARLIER THERE  WAS GOING TO BE A MEETI{NG.

(F) While working between August 18th 2005 - September 7th 2005, It was discovered our maintence man was stealing guest credit card information, and using them for purchases. This was brought to Mr. Desais Attention he did nothing.

(G) In fact recently I discovered Mr Evan Browery still works for Ramada and Inn South.

(H) Enclosed are copies of Certificate, Grand Jury suppoena right before Katrina. 1099 form just for 2005 even I requested them from Mr. Desai. All these complaints happened at Ramada Inn Airport 1100 W. South Blvd, Montgomery, Ala. 36105.

(I) There has not been a separate complaint or Lawsuit filed separately against defendants as stated in this document I worked under orders of All defendants and with Chirag Patel.

Thanks In All Matters
Joyce A. Popwell

10/26/06

I hereby request a 7 day extension to look-up statues as I was traveling to Mays Landing, N.J. to look these up my car broke down. Also I was illegally locked-out of my apartment upon my return to New Jersey 10/7/06. Copy from Legal Aid enclosed.

My new address is 203 Mathis Dr., Little Egg Harbor Twp. N.J. 08087

609-296-0209
856-332-9821

RECEIVED
2006 OCT 30 A 9:37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA



triprewards℠

certifies that

**Joyce Popwell, Ramada Inn #13668**

has completed part one of the three-part certification process by attending

*"On The Road with TripRewards"*

CENDANT Hospitality Training Services

To receive a fully certified certificate of completion, please mail in this certificate and documentation that you've successfully completed the online portions of TripRewards training to: Cendant Hospitality Training Services, 1 Sylvan Way, Parsippany, NJ 07054

Cheryl Bauer, EdD, Vice President
Fall 2003



# triprewards℠
### TRAVEL IS JUST THE BEGINNING

## Congratulations

# JOYCE POPWELL
# Ramada, # 13668

has completed the certification process for TripRewards:

The world's largest hotel rewards program!*

_Cheryl Bauer_

Cheryl Bauer, Ed.D., Vice President

February 23, 2004

Date



CENDANT
Hospitality Training Services

*Based on number of participating hotels

# RAMADA®

*A very good place to be.*℠

*Be It Known by All that*

**Joyce Popwell**

*Has Earned from Ramada's Institute of Training and Technology on This 14th Day of May, 2004*

*Full Recognition upon Satisfactory Completion of the* **General Manager's Orientation** *Course*

*Conducted at Cendant's Hospitality Training Services Campus in Parsippany, New Jersey*

_____
Paul J. Hanley, President & CEO

**Dear Ramada Guest:**

Welcome to Ramada. Whether you are traveling for business or pleasure, we know you have a choice and we are privileged that you selected Ramada. We pledge to do our personal best to make your stay an enjoyable one.

Ramada property owners and employees are committed to providing you with the high level of service you've come to expect from Ramada. Our goal is to exceed your expectations by providing memorable service and clean, comfortable accommodations. Should you have any problems during your stay, please call the front desk immediately. If the problem is not resolved, please ask to speak to the General Manager. Since each property is individually owned and operated, we want to resolve any issues while you are still at the hotel.

Again, thanks for choosing Ramada. We look forward to seeing you again soon,

*Paul Hanley*
Paul Hanley,
President and CEO
Ramada Franchise Systems, Inc.

**Your name and address:** (optional)
Name _Julio E. Muñoz_
Address _~~scratched out~~ 22 Seminole Trail_
City, State, ZIP _Pensacola, FL_
Phone Number _32506_

Please fold and seal with tape before mailing, or leave this card at the front desk for our immediate attention.



RAMADA
RAMADA LIMITEDS • INNS • PLAZA HOTELS

---

Ramada Location _1100 W South Blvd, Montgomery AL_ Room Number _205_
Arrival Date _Sat. 10·1·05_ Departure Date _M 10·3·05_

1. Did our front desk staff do their Personal Best to make you feel welcome?
   YES ☒ NO ☐
   If not, what could we have done better? ____

2. Were the public areas clean and well-maintained?  YES ☐ NO ☐
   If not, what was the problem? _Carpets need cleaning._

3. Did you find your room and bath area clean and well-maintained?
   YES ☒ NO ☐
   If not, what was the problem? _Found a few ants._

4. Did you experience any problems with the following?
   bedding ☐    lights ☒    television ☒
   telephone ☐    heat/air ☐
   electronic lock ☐    other ☒ _Recliner smelled!!_
   If you marked any of the above, please identify the problem:
   _Picture not clear. Even live sports!! Lamp by mirror defective_ _Bulb o.k.!_

5. If you dined at the restaurant or ordered room service, were you pleased with
   the quality of the food?    YES ☐ NO ☐
   the quality of service?    YES ☐ NO ☐
   If not, please tell us what we can do to improve: ____

6. If you had a problem, was it resolved to your satisfaction?
   YES ☐ NO ☐
   If not, what was the problem? ____

7. Would you stay at this Ramada again? _Maybe!_ YES ☐ NO ☐
   If not, please tell us what we can do to retain your valued business:
   _Shampoo carpet. & smells!_

8. Would you consider staying at another Ramada in the future?
   YES ☒ NO ☐
   Please tell us why: ____

9. What prompted you to stay at this Ramada location?
   road sign ☐    advertisement ☐    referral ☐    travel agent ☐
   travel club ☐    reputation ☐    location ☐    other ☒

10. Please identify any member of our staff who did their Personal Best to make your stay more enjoyable: _Joyce 10 Pwell_

11. Upon checkout:
    • were you served quickly and in a friendly manner? YES ☒ NO ☐
    • was your bill correct?    YES ☒ NO ☐
    • were you asked if you were completely satisfied with your stay?
      YES ☐ NO ☒
    If you answered "NO" to any of the above, please tell us what the problem was: ____

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Rents $ | OMB No. 1545-0115 **2005** Form 1099-MISC | **Miscellaneous Income** |
|---|---|---|---|---|
| CENTRAL ALABAMA HOSPITALITY, LLC 1100 W. SOUTH BLVD. MONTGOMERY  AL  36105-3025 | | 2 Royalties $ | | Copy B For Recipient |
| PAYER'S Federal identification number 68-0513963 | RECIPIENT'S identification number 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 | 3 Other income $ | 4 Federal income tax withheld $ | |
| | | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name JOYCE POPWELL Street address (including apt. no.) City, state, and ZIP code | | 7 Nonemployee compensation $ 8150.00 | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | | 11 | 12 | |
| Account number (see instructions) | | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form **1099-MISC**        (keep for your records)        Department of the Treasury - Internal Revenue Service

DAA



*12/23/04 and 12/24/04*

# GRAND JURY SUBPOENA

DUCES TECUM
NO. 2005-259

THE STATE OF ALABAMA
MONTGOMERY COUNTY             15TH JUDICIAL CIRCUIT

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA, GREETINGS:

You are hereby commanded to summon CUSTODIAN OF RECORDS, RAMADA INN, 1100 WEST SOUTH BOULEVARD, MONTGOMARY, AL 36104

*********************************************************************************

to appear before the Grand Jury of Montgomery County, on the third floor of the Montgomery County Courthouse, 100 South Lawrence Street, Montgomery, Alabama, at 1:00 P.M. on the 24th day of AUGUST, 2005, and to bring and produce at the time and place aforesaid, to be used as evidence, the following:

CERTIFIED COPY OF THE DAILY AUDIT PACK OR PRINTOUT MADE ON A DAILY ROUTINE FOR ANY DAY APPLICABLE TO INCLUDE ALL GUEST NAMES, ROOM NUMBER ASSIGNED, CREDIT CARD NUMBER AND EXPIRATION DATE OF THE CREDIT CARD. THIS PACK OR PRINTOUT MAY BE FROM ANY DATE, PREFERRABLY A DATE THAT THE MOTEL IS AT CLOSE TO FULL CAPACITY.

** NON DISCLOSURE

** COMPLIANCE TO THIS SUBPOENA MAY BE MADE BY TENDERING THE ABOVE LISTED INFORMATION OVER TO CORPORAL B.M. WALKER, MONTGOMERY POLICE DEPARTMENT 334-241-2831.

And then and there to testify and the whole truth to speak, concerning all and singular those things which may be inquired of by the said Grand Jury and concerning all and singular those things of which the said witness may have knowledge, or the said instrument or instruments of writing doth import of, and concerning all things relating thereto which may now or hereafter be a matter of inquiry by the said Grand Jury, and then the said witness shall in nowise omit under the penalty of what the law directs, and have you then and there this writ, with your endorsement thereon, in what manner you shall have executed the same.

Witness my hand this 15TH day of AUGUST, 2005.

*[signature]*
DEPUTY DISTRICT ATTORNEY, FIFTEENTH JUDICIAL CIRCUIT

*[signature: Calvin Williams]*

8

# GRAND JURY SUBPOENA
# DUCES TECUM
# NO. 2005-259

## IMPORTANT NOTICE

All inquiries concerning this subpoena should be made to the Office of the District Attorney, Fifteenth Judicial Circuit, Montgomery County Courthouse, 100 South Lawrence Street, P.O. Box 1667, Montgomery, Alabama 36102-2501, (334) 832-2550.

### CERTIFICATION

I hereby certify that I have executed this subpoena by placing a copy of the same in hand upon the person of __Joyce Popwell__ on this __18th__ day of __August__, 2005, at __1455__ P.M.

__MPD__
Law Enforcement Agency

__Cpl B.M.Walker #1097__
Duly Authorized Agent

# SOUTH JERSEY LEGAL SERVICES, INC.

CUMBERLAND AND SALEM COUNTY NEIGHBORHOOD OFFICE
AND WORKER'S RIGHTS PROJECT

22 WASHINGTON STREET
BRIDGETON, NEW JERSEY 08302
CUMBERLAND COUNTY PHONE: (856) 451-0003
TOLL FREE PHONE: 1-(800) 510-2492
FAX: (856) 455-4945

LARRY D. DeCOSTA, ESQ.
EXECUTIVE DIRECTOR

DOUGLAS E. GERSHUNY, ESQ.
DEPUTY DIRECTOR – LITIGATION & ADVOCACY

ANN M. GORMAN, ESQ.
DEPUTY DIRECTOR – ADMINISTRATION & FINANCE

E. JANE MOLT, ESQ.
MANAGING ATTORNEY

BRENDA L. RASCHER, ESQ.
SENIOR ATTORNEY - CED

JOELLA M. KLINGHOFFER, ESQ.
DANA M. BLANEY, ESQ.
MELISSA A. CORDNER, ESQ.
JANNA M. CHERNETZ, ESQ.
CHERYL R. TURK, ESQ.
ANDREW VAZQUEZ-SCHROEDINGER, ESQ.

October 10, 2006

Mary Ann Cannon
510 N. High Street
Millville, NJ 08332

Re:  JOYCE A. POPWELL
     510 N. HIGH STREET, REAR APT.
     MILLVILLE, NJ 08332
     ILLEGAL LOCKOUT

Dear Ms. Cannon:

Please be advised that Joyce A. Popwell, residing at 510 N. High St., Rear Apt. Millville, NJ 08332 came to our office today and informed me that you have locked her out of her residence at the above address.

**SUCH SELF-HELP EVICTION MEASURES ARE ILLEGAL. UNDER THE LAW IN NEW JERSEY, NOT ONLY ARE YOU ARE REQUIRED TO SUE TENANTS IN LANDLORD/TENANT COURT FOR EVICTION BUT THE <u>COURT MUST ENTER A JUDGMENT FOR POSSESSION IN YOUR FAVOR</u>.**

**PLEASE BE AWARE THAT IN JANUARY 2006 THE LAW HAS CHANGED MAKING IT A CRIMINAL OFFENSE TO LOCKOUT TENANTS WITHOUT A LAWFUL COURT ORDER ISSUED BY THE LANDLORD-TENANT COURT.**

I suggest that you return Ms. Popwell to her property **IMMEDIATELY** and then consult with an attorney and continue to pursue the proper way to seek a tenant's removal rather than using **ILLEGAL SELF-HELP MEASURES**. Ms. Popwell is protected under the law as a tenant and you must first win your eviction action before you take any action to seek her



removal. **OTHERWISE, YOU MAY BE SUED FOR A RESTRAINING ORDER, TREBLE MONEY DAMAGES, COURT COSTS AND OTHER CIVIL PENALTIES FOR ANY UNLAWFUL SELF-HELP ACTIONS YOU TAKE WHICH INTERFERES WITH HER CONTINUED RIGHT TO POSSESSION OF THE PREMISES.**

**IN ADDITION, UNDER THE NEW LAW, YOU MAY BE SUBJECT TO ARREST BY THE POLICE AND OTHER CRIMINAL PENALTIES FOR UNLAWFUL LOCKOUT ACTIONS.**

**FURTHERMORE, MS. POPWELL IS NOT A CRIMINAL TRESPASSER,** and it would be unlawful for you to seek to have her arrested as a trespasser. If you do, you (as well as the arresting officer and the police department) may be subject to a lawsuit for money damages.

Please guide your actions accordingly.

Very truly yours,

SOUTH JERSEY LEGAL SERVICES, INC.

By: _____
Dana M. Blaney, Esq.

cc: Joyce A. Popwell

2

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Joyce A. Popwell
510 N. High St rear Apt
Millville, N.J. 08332
      Plaintiff(s),

v.

Central Hospitality
1100 W. South Blvd
Montgomery, AL 36105
      Defendant(s).
Hemmant Patel, Anil Patel,
Kishor Desai, Shalish Patel
Chirag Patel, Alka Patel

RECEIVED
2006 SEP 25 P 12:05

[stamp: DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA]

CIVIL ACTION NO.
Tax Violations
Employment Discrimination
Sexual Harassment
Fraud

2:06 CV-851=MHT

**COMPLAINT**

1. Plaintiff(s)' address and telephone number: 510 N. High St rear Apt Millville, N.J. 08332   856-413-0553   856-332-9821 (cell)

2. Name and address of defendant(s): Hemmant Patel, 4243 Inn South Blvd. Montgomery, AL 36105, Kishor Desai 9232 Prentiss Ct 36117 Montgomery, AL 36105, Anil Patel, 4389 S. Alabama Ave Monroeville, Al Hwy 84+21 36460 Chirag Patel 1100 W South Blvd Montgomery, AL 36105, Shaleish Patel (Alka-Chandra Patel) 2041 Kinderton Manor Dr. 30097 Duluth, Ga.

3. Place of alleged violation of civil rights: Ramada Inn Airport 1100 W. South Blvd Montgomery, AL 36105

4. Date of alleged violation of civil rights: October 2002 - October 2005
Duration of employment

5. State the facts on which you base your allegation that your constitutional rights have been violated: Social Security Income and Federal Taxes were not reported except for a few weeks. Also I was sexually harassed by Chirag Patel and approached by Hemmant Patel. I collapsed at work 9/7/05 and was on medical leave when I was told by Anil Patel that they were impounding my car and disposing of my personal possessions. Last day of work was 10/11/05. I returned 11/15/05 and I was terminated. Also I was told I would receive a commission for my marketing for Auto plants, paper plants and all other bookings yet this was never received. Also Central Hospitality is still representing me to Cendant Corp in New Jersey that I am still their General Manager when I have not worked since 10/11/05. Also I only received one 1099 that states I was a none employee. I was General Manager from 2003-2005 overseeing entire hotel with lots of responsibilities and paid lower than anyone.

6. Relief requested: I requested all pay due pay for my services as an employee as I worked overtime at front desk, on call 24-7, did marketing. Employees other than myself received overtime, especially employees from India. Salary should have $65,500 therefore I requested $196,500. for this. Also I can not receive 3 years Social Security I worked for, due to illegal way this was handled. I also Requested $10,000,000 and $15,000,000 in punitive damages.

Date: 9/21/06

Joyce A. Popwell
Jayce A. Popwell
Plaintiff(s) Signature

2