**SENDER: COMPLETE THIS SECTION**

Powell

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. 

Kishar Desai
Ramada Inn
1710 W. Highland
Selma, AL 36701

2. Article Number
(Transfer from service label)

2:06cv851 Cmp|am&cmp|summ

7005 1160 0001 2962 4790

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Regina Woods        ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  11-18-06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes