IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOYCE A. POPWELL | * |
| Plaintiff, | * |
| vs. | * CASE NO. 2:06-CV-00851-MHT |
| CENTRAL HOSPITALITY, et al | * |
| Defendants. | * |

## AMENDED ANSWER OF KISHOR DESAI

COMES NOW, the Defendant Kishor Desai, does hereby amend his answer to the Plaintiff's complaint by adding the following defenses:

### SEVENTH DEFENSE

22. This Defendant avers that Plaintiff's allegations are in violation of Title VII of the Civil Rights Act of 1964, 42 USC Section 2000 and related claims are barred by her failure to file a claim with the Equal Employment Opportunity Commission and the Plaintiff's failure to file such a claim entitles this Defendant to a dismissal of the Plaintiff's Title VII claims.

RESPECTFULLY SUBMITTED,

Charles W. Edmondson (EDM002)
Attorney for Kishor Desai

Charles W. Edmondson, P.C.
621 S. Perry Street
Montgomery, Alabama 36104
334-265-9034
Fax 265-9425

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument has been served upon Joyce A. Popwell, P.O. Box 2812, Clanton, Alabama 35046 and George B. Azar, P.O. Box 2028, Montgomery, Alabama 36102-2028, by placing copy of same in the United States Mail, postage prepaid, this 15 day of December, 2006.

Charles W. Edmondson (EDM002)