United States District Court
Middle District Of Alabama

RECEIVED
2006 DEC 27  P 2:32

Joyce A. Popwell
Plaintiff

V

Central Hospitality
Defendants

Case NO:
2:06 CV 851 MHT

I, Joyce A Popwell do hereby certify a change of address to P.O. Box 2812 Clanton, Al. 35046. Also phone to 609-442-4447

12/27/06

Joyce A. Popwell

Case No.
2:06 CV 851 MHT

## Certificate of Service

I Hereby certify on this 27th day of December 2006 a copy of this change of address to P.O. Box 2812 Clanton, Al 35046. I Also certify a recent change of ~~Address~~ Phone No. 609-442-4447.

Hemant Patel
Inn South
4243 Inn South Ave.
Montgomery, Al 36105

Anil Patel
4389 South Alabama Avenue
Monroeville, Al 36460

Kishar Desai
Ramada Inn
1710 West Highland
Selma, Al 36701

Shalish Patel
2041 Kinderton Manor Dr.
Duluth Ga. 30097
Alka-Chandra Patel

George B. Azar
Azar & Azar
Attorneys At Law
Post Office Box 2028
Montgomery, Al. 36102-2028

Charles Wyatt
Edmondson
621. South Perry Street
Montgomery, Al 36104

Joyce A. Popwell
Joyce A. Popwell
12/27/06