RECEIVED
2006 DEC 27 P 2: 35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

United States District Court
Middle District of Alabama

Joyce A. Popwell )        Case No.
    Plainiff )        2:06 CV 851 MHT
    v. )        Opposition to Dismissal
Central Hospitality, et al )        Cross/Claim
    Defendants )        with Proofs

(1) Defendant Hemant Patel knew Plainiff Joyce A. Popwell's address and phone number as he called numerous times even before he was served summons asking Plainiff to withdraw him from complaint. As he had knowledge of complaint in October while attending a New Years celebration at Defendant Anil Patel's motel, in Monroeville, Al.

(2) Since he had knowledge of complaint he hendered service to his Admitted address at 4243 Inn South Boulevard Montgomery, Al, on 10/2/06.

Defendant Hemant Patel also has proof of all Defendants in this complaint as he and all defendants are partners for various motels in state of Alabama and are related to each other. In fact on October 1st, 2006, Central Alabama Hospitality was changed to AVADH LLC. with all defendants listed but a new partner Dilip Patel.

(3) Defendant admits Plaintiff performed services for Central Alabama Hospitality at the (Ramada Inn Airport) located at 1100 West South Boulevard.

Plaintiff was employed as Desk Clerk, Marketing representive and manager, then General Manager from 2003-2005. From 2002 in October to December Desk Clerk and Marketing representive.

(a) Following Proofs are submitted
   (1) Business Card as manager
   (2) Certificates  2003 2004
   (3) General Manager Name tag ordered by Hemant Patel, therefore he had Knowledge of General manager
   (4) Copy of Name plate Manager on Duty
   (5) 1099  2005 only, even though forms were requested.
   (6) W-2 Proof pending From Department of Revenue State of Alabama for 2002.

Defendant Also admitted to prospetive buyers in 11/05 Plaintiff was to have received Commission from business brought into motel (Ramada Inn Airport and Inn South. Plaintiff request No Less than $250,000, for this.

(7) Business Card of Mr. Prem Dutt enclosed, can be brough-in as witness.

Plaintiff was called over to Inn South 11/05 by Defendant Hemant Patel as a way to try and use Plaintiff to sell Ramada Inn due to the business I had brought into motel from 2002-2005, in Marketing etc.

Defendant Hemant Patel also had Knowledge of all the problems going on at Ramada Inn and even tried to enforce Plainiff to go to other properties of other pArtners telling them I was being used and treated poorly.

Defendant Hemant Patel was playing Plainiff against some of the PArtners during 2004-2005 causing stress and anxiety leading up to Plainiff's collapse.

Defendant Hemant Patel and Shalish Patel begged Plainiff to stay-on as General MANAger that all problems would be resolved.

All Defendants had Knowledge of Chirag Patel's Hostile Actions but did Nothing About this.

Defendant Hemant Patel even told Plainiff if I found someone to take his place he would get rid of him.

Defendant Hemant Patel Knew of Anil Patel's threat to impound my car and dispose of my property as Plainiff called Defendant from New Jersey to inform him of this.

Defendant Hemant Patel hired me in 2002 on 10/10. And requested I Fill out a W-2, Sexual hArassment form and Application.

Plainiff has requested copy of this many times, with no results.

Plainiff Never received an income tax form for 2002. and was told since Plainiff was salaried this would be taken care of, this was by all defendants. Then in 2004 Plainiff asked Defendant Kishor Desai and He stated I was to receive a 1099 form. Plainiff only received one for 2005 After many requests.

Plainiff discovered in September 2006 Social Security was only reported a few weeks in 2002. Plainiff was under impression Defendant Hemant Patel and all Defendants were handling this portion of her employments since Plainiff was Never salaried, as an employee before.

Plainiff also submits as proof the following:

(a) Sales tax records reflecting business from sales of rooms while Plainiff was employed in Marketing and as General Manager. Plainiff demands No less than $250,000.

(b) Grand Jury document where other employees were investigated and indicted by stealing guest credit information. All defendants had knowledge of this and did nothing.

There fore Plainiff hereby submit proofs as requested and Ask that dismissal be denied Based on Defendant Hemant Patel creditability as his answers are totally false.

Defendant Hemant Patel is in violation of Social Security Title XVII (42 USC 138 9(1)-(3) Failure to report earnings. Defendants Also are in violation of Civil Rights Act VII 1963 as follows:

(a) Wage Discrimination

Plaintiff received less than all other employees especially employees from India.

(b) Sexual Harassment

(c) Hostile Environment

(d) Age and disability discrimination

Discrimination of Natural Origin Title 1964

Plaintiff was told Americans are disposable and slow, and stupid According to India. Considering requested proofs by Defendant's Attorney and the creditability of said Defendant. I hereby ask the Court to deny dismissal of this Action, as for as answers from Defendant Hemant Patel are clearly false.

## Certificate of Service

I hereby certify that the service of All documents has been served and sent by United States Mail to All defendants listed in the complaint, such as following:

Hemant Patel
Inn South
4243 Inn South Ave.
Montgomery, Al 36105

George B. Azar
Azar & Azar
Attorneys At Law
Post Office Box 2028
Montgomery, Al 36102

Anil Patel
4389 South Alabama Avenue
Monroeville, Al 36460

Charles Wyatt Edmondson
621 South Perry Street
Montgomery, Al 36104

Kishar Desai
Ramada Inn
1710 West Highland
Selma, Al 36701

Shalish Patel
2041 Kinderton Manor Dr.
Duluth Ga. 30097
Alka-Chandra Patel

Joyce A. Popwell
12/27/06



**RAMADA**
**INN AIRPORT**

JOYCE POPWELL
Manager

1100 West South Blvd., Montgomery, AL 36105
Tel (334) 281-1660 • Fax (334) 281-1667

E-mail: Ramada1100@hotmail.com
Website: www.Ramada.com/13668



INDIA-WEST

PREM
DUTT
Advertising Manager

510  383-1147

E-Mail:
prem@indiawest.com

Fax: 510 383-1154

933 MacArthur Blvd.,
San Leandro,
California 94577  USA

www.indiawest.com



**FORM**
# 4506-W
4/2000



**ALABAMA DEPARTMENT OF REVENUE**
INDIVIDUAL AND CORPORATE TAX DIVISION
P. O. Box 327480 • Montgomery, AL 36132-7480

## Request for Copy of Withholding Tax Forms



**IMPORTANT:** Before completing this form, please read all instructions. Type or print all information.

| | |
|---|---|
| 1. Name, trade name, and address of employer as shown on return.<br><br>*Central Alabama Hospitality*<br>*Ramada Inn Airport*<br>*1100 W South Blvd*<br>*Montgomery, Al. 36105* | 4. If name in third party's records differs from Item 1 above, show here *(see instructions for Item 3).* |
| 2. Employee's current name, address, and Social Security Number if W-2 is needed. *Joyce A. Popwell*<br>~~76 Turner Place~~ *P.O Box 2812*<br>~~Montgomery, Al 36104~~<br>*Clanton, Al 35046* | 5. Employer Federal Identification Number as shown on tax form. |
| 3. If information is to be mailed to someone else, show the third party's name and address. | 6. Employer's state withholding tax account number. |

7. Use the following table to compute the amount to submit with your request:

| Tax Period/Year | A-1 | A-6 | A-3 | W-2 | | TOTAL |
|---|---|---|---|---|---|---|
| *2002* | | | | *1* | X $15.00 | *15.00* |
| | | | | | X $15.00 | |
| | | | | | X $15.00 | |
| | | | | | X $15.00 | |
| **Amount Due** | | | | | | *15.00* |

**NOTE: Payment must be in the form of a money order or cashier's check made payable to the Alabama Department of Revenue. Full payment must accompany your request.**

▶ *Joyce A. Popwell*
Your Signature

▶ *12/23/06*
Date

Telephone number of requester ( ~~651-111-1111~~ )
*334-263-0607*

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| CENTRAL ALABAMA HOSPITALITY, LLC | $ | | |
| 1100 W. SOUTH BLVD. | 2 Royalties | **2005** | |
| | $ | Form 1099-MISC | |
| MONTGOMERY      AL      36105-3025 | 3 Other income | 4 Federal income tax withheld | Copy B |
| | $ | $ | For Recipient |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments |
|---|---|---|---|
| 68-0513963 | 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 | $ | $ |

| RECIPIENT'S name | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest |
|---|---|---|
| JOYCE POPWELL | $              8150.00 | $ |

| Street address (including apt. no.) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds |
|---|---|---|
| | | $ |

| City, state, and ZIP code | 11 | 12 |
|---|---|---|

| Account number (see instructions) | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|
| | $ | $ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| 15a Section 409A deferals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|
| $ | $ | $ | | $ |
| | | $ | | $ |

Form **1099-MISC**     (keep for your records)     Department of the Treasury - Internal Revenue Service

DAA

# RAMADA®

## A very good place to be.℠

Be It Known by All that

### Joyce Popwell

Has Earned from Ramada's Institute of Training and Technology
on This 14th Day of May, 2004

Full Recognition upon Satisfactory Completion of
the **General Manager's Orientation** Course

Conducted at Cendant's Hospitality Training Services Campus
in Parsippany, New Jersey

Paul J. Hanley, President & CEO



# triprewards ℠

**TRAVEL IS JUST THE BEGINNING**

## Congratulations

## JOYCE POPWELL

## Ramada, # 13668

has completed the certification process for TripRewards:

The world's largest hotel rewards program!*

February 23, 2004

_Cheryl Bauer, Ed.D., Vice President_ / **Date**

*Based on number of participating hotels



**CENDANT**
Hospitality Training Services



triprewards℠

certifies that

**Joyce Popwell, Ramada Inn #13668**

has completed part one of the three-part
certification process by attending

*"On The Road with TripRewards"*

Cheryl Bauer, Ed.D., Vice President
Fall 2003

C CENDANT
Hospitality Training Services

To receive a fully certified certificate of completion, please mail in this certificate and documentation that you've successfully completed the online
portions of TripRewards training to: Cendant Hospitality Training Services, 1 Sylvan Way, Parsippany, NJ 07054

## MONTGOMERY PULMONARY CONSULTANTS, P.A.

JOYCE A. POPWELL
06-29-04
INITIAL CONSULTATION
DOB:

Ms. Popwell is seen in consultation at the request of Dr. Leslie Harris for evaluation of possible obstructive sleep apnea.

This 59 year old female has a history of shift work problems, varying from 7:00 until 3:00 in the morning and from 3:00 until 11:00 at night working in the motel area/Ramada Inn. She is a desk clerk there and feels that she averages only 4 to 5 hours of sleep at night mainly because of a shift work problem. She also does have a history of frequent arousals and there is concern that she may have trouble with obstructive sleep apnea. She has excessive daytime sleepiness with some strangling arousals. Her Epworth Sleepiness Scale is 14. She does have some trouble initiating and maintaining sleep she feels because of her shift work issues. She characterizes her sleepiness as severe throughout much of the day. She has no hypertension, heart disease and no weight gain, but has chronically been a little bit obese. She drinks two caffeinated beverages a day with no alcohol or cigarettes.

PAST HISTORY: OPERATIONS – Hysterectomy in 1985. Right knee repair in 1987. Right knee again operated on 2000. Ankle surgery in 1993. Scar repair in 1995.

HOSPITALIZATIONS: In 2001 she was hospitalized with GI problems, type uncertain and also said to have reaction to Celebrex.

MEDICATION:

1. Singulair.
2. Amoxil p.r.n.
3. Advair.
4. Neurontin.

**ALLERGIES: Celebrex, Codeine and Demerol as well as Sulfa, reactions unspecified.**

FAMILY HISTORY: Mother had asthma. One sister has vascular disease.

REVIEW OF SYSTEMS: GEN: The patient denies weight change, fever, chills, or night sweats. HEENT: Glaucoma. No sinus or hearing problems. SKIN: No rashes, no pruritus, and no abnormal bruising. C-V: No history of chest pain, orthopnea, edema or palpitations. RESPIRATORY: History of passive smoking with some obstructive lung

MONTGOMERY PULMONARY CONSULTANTS, P.A.

Page Two
06-29-04
JOYCE A. POPWELL

REVIEW OF SYSTEMS:  Continued

changes and diagnosed as asthma with meds as outlined.  ABDOMEN:  No abdominal pain, nausea, vomiting or symptoms of reflux disease or melena.  GU:  No hematuria, nocturia, polyuria, dysuria or incontinence.  ENDOCRINE:  No polydipsia, polyphagia, heat or cold intolerance. MUSCULOSKELETAL: History of arthritis involving her back and knees with a herniated cervical disc. NEURO:  No double vision, syncope, seizures, numbness or tingling.

PHYSICAL EXAM:    Weight 191.    GEN:  An obese female. HEENT: PEERLA, EOM's intact, conjunctiva clear. TM's are clear. Nares are without polyps. Conjunctiva and mucosa are clear. THROAT: Class III to IV pharynx with tonsillar tissue present and visible. NECK:  Thyroid not enlarged, carotids are equal without bruits. There is no lymphadenopathy in any region. LUNGS: The lungs have symmetrical expansion with no wheezes, rales or rhonchi. C-V:  RSR with no murmur, gallop or rub. ABD:  Soft, non-tender with no organomegaly or masses.  No evidence of ascites. EXT:  No clubbing, cyanosis or edema, or evidence of phlebitis. NEURO: Oriented x 3. Moves extremities symmetrical with no focal neurological deficits elicited.

IMPRESSION AND RECOMMENDATIONS:

1.  Obstructive sleep apnea.
2.  Mild obesity.
3.  Cervical disc disease.
4.  Arthritis.
5.  Shift work disorder with subsequent insomnia.
6.  Reaction to medications including narcotics and Celebrex.
7.  Obstructive lung disease/asthma.

Ms. Popwell does present a history raising the question of obstructive sleep apnea with a marked elevation in the Epworth Scale.  I will proceed with polysomnography and follow-up accordingly. Discussed with the patient in detail.

FRED D. HUNKER, M.D.

FDH/csv
cc: 1. Leslie Harris, M.D. – UAB Internal Medicine Clinic
    2. Baptist Sleep Disorders Center

12/23/04 and 12/24/04

# GRAND JURY SUBPOENA

### DUCES TECUM
### NO. 2005-259

**THE STATE OF ALABAMA**
**MONTGOMERY COUNTY**                         15TH JUDICIAL CIRCUIT

**TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA, GREETINGS:**

You are hereby commanded to summon CUSTODIAN OF RECORDS, RAMADA INN, 1100 WEST SOUTH BOULEVARD, MONTGOMARY, AL 36104

**************************************************************************************

to appear before the Grand Jury of Montgomery County, on the third floor of the Montgomery County Courthouse, 100 South Lawrence Street, Montgomery, Alabama, at 1:00 P.M. on the 24th day of AUGUST, 2005, and to bring and produce at the time and place aforesaid, to be used as evidence, the following:

CERTIFIED COPY OF THE DAILY AUDIT PACK OR PRINTOUT MADE ON A DAILY ROUTINE FOR ANY DAY APPLICABLE TO INCLUDE ALL GUEST NAMES, ROOM NUMBER ASSIGNED, CREDIT CARD NUMBER AND EXPIRATION DATE OF THE CREDIT CARD. THIS PACK OR PRINTOUT MAY BE FROM ANY DATE, PREFERABLY A DATE THAT THE MOTEL IS AT CLOSE TO FULL CAPACITY.

** NON DISCLOSURE

** COMPLIANCE TO THIS SUBPOENA MAY BE MADE BY TENDERING THE ABOVE LISTED INFORMATION OVER TO CORPORAL B.M. WALKER, MONTGOMERY POLICE DEPARTMENT 334-241-2831.

And then and there to testify and the whole truth to speak, concerning all and singular those things which may be inquired of by the said Grand Jury and concerning all and singular those things of which the said witness may have knowledge, or the said instrument or instruments of writing doth import of, and concerning all things relating thereto which may now or hereafter be a matter of inquiry by the said Grand Jury, and then the said witness shall in nowise omit under the penalty of what the law directs, and have you then and there this writ, with your endorsement thereon, in what manner you shall have executed the same.

Witness my hand this 15TH day of AUGUST, 2005.

_____
DEPUTY DISTRICT ATTORNEY, FIFTEENTH JUDICIAL CIRCUIT

_Calvin Williams_

8

# GRAND JURY SUBPOENA
# DUCES TECUM
# NO. 2005-259

## IMPORTANT NOTICE

All inquiries concerning this subpoena should be made to the Office of the District Attorney, Fifteenth Judicial Circuit, Montgomery County Courthouse, 100 South Lawrence Street, P.O. Box 1667, Montgomery, Alabama 36102-2501, (334) 832-2550.

## CERTIFICATION

I hereby certify that I have executed this subpoena by placing a copy of the same in hand upon the person of _____ _Joyce Ragwell_ _____ on this _18th_ day of _August_ , 2005, at _4:55_ P.M.

_____ _MPD_ _____      _Cpl B Lwalker #1097_
Law Enforcement Agency         Duly Authorized Agent

```
EC: 0        ALABAMA 4% LODGINGS TAX DETAIL              DAC: __
-RVX2ST39---------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                            A/R:
1100 W SOUTH BLVD                        FTYPE: P        PYMT:
MONTGOMERY        AL 36105 3025                           LOC:
BF:                                                       SHADOW: 00
--------------------------------------------------------------------
ACCOUNT #: 5100 06972      PERIOD: 01 08 2002 DLC: 10 18 02 TIN:    680513963
CONTROL #: 70228221800 DELQ: N  FORM: 2320 USERID: P35  CHAIN #: 000669178 001
====================================================================
1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................      29,878.00
   B) TOTAL COLLECTIONS ON CREDIT CHARGES....................            .00
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......      29,878.00
3. TOTAL DEDUCTIONS.........................................            .00
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................      29,878.00
5. AMOUNT OF TAX (4% OF LINE 4)............................        1,195.12
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)...............           23.90
7. PENALTY AND INTEREST.....................................            .00
8. CREDIT CLAIMED...........................................            .00
8. TOTAL AMOUNT DUE.........................................        1,171.22
9. TOTAL AMOUNT REMITTED...................................        1,171.22
```

```
14:08:28 Tue Dec 12, 2006
   EC: 0        ALABAMA 4% LODGINGS TAX DETAIL              DAC: __
   -RVX2ST39-------------------------------------------------RVY20187-
   CENTRAL ALABAMA HOSPITALITY LL                           A/R:
   1100 W SOUTH BLVD                          FTYPE: P   PYMT:
   MONTGOMERY        AL 36105 3025                          LOC:
   BF:                                                 SHADOW: 00
   ----------------------------------------------------------------
   ACCOUNT #: 5100 06972    PERIOD: 01 09 2002 DLC: 11 21 02 TIN:    680513963
   CONTROL #: 70231130000 DELQ: N  FORM: 2320 USERID: P35  CHAIN #: 000669178 001
   ================================================================
```

1. A) TOTAL GROSS CHARGES FROM RENTALS ETC.................... 36,311.64
   B) TOTAL COLLECTIONS ON CREDIT CHARGES.................... .00
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION....... 36,311.64
3. TOTAL DEDUCTIONS......................................... .00
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................. 36,311.64
5. AMOUNT OF TAX (4% OF LINE 4)............................. 1,452.47
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................ 32.05
7. PENALTY AND INTEREST..................................... .00
8. CREDIT CLAIMED.......................................... .00
8. TOTAL AMOUNT DUE......................................... 1,420.42
9. TOTAL AMOUNT REMITTED.................................... 1,420.42

```
EC: 0       ALABAMA 4% LODGINGS TAX DETAIL              DAC: __
-RVX2ST39--------------------------------------------------------RVY20187-
 CENTRAL ALABAMA HOSPITALITY LL                         A/R:
 1100 W SOUTH BLVD                        FTYPE: P   PYMT:
 MONTGOMERY       AL 36105 3025                        LOC:
 BF:                                                SHADOW: 00
-----------------------------------------------------------------------
 ACCOUNT #: 5100 06972     PERIOD: 01 10 2002 DLC: 12 04 02 TIN:    680513963
 CONTROL #: S0232513304 DELQ: N  FORM: 2320 USERID: P35  CHAIN #: 000669178 001
=======================================================================
 1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................    44,914.75
    B) TOTAL COLLECTIONS ON CREDIT CHARGES...................          .00
 2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    44,914.75
 3. TOTAL DEDUCTIONS.........................................          .00
 4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................    44,914.75
 5. AMOUNT OF TAX (4% OF LINE 4)..............................     1,796.59
 6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................        38.93
 7. PENALTY AND INTEREST.....................................          .00
 8. CREDIT CLAIMED...........................................          .00
 8. TOTAL AMOUNT DUE..........................................     1,757.66
 9. TOTAL AMOUNT REMITTED.....................................     1,757.66
```

```
EC: 0        ALABAMA 4% LODGINGS TAX DETAIL                    DAC: __
-RVX2ST39------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                                 A/R:
1100 W SOUTH BLVD                          FTYPE: P    PYMT:
MONTGOMERY        AL 36105 3025                         LOC:
BF:                                                    SHADOW: 00
-------------------------------------------------------------------------
ACCOUNT #: 5100 06972     PERIOD: 01 02 2003 DLC: 03 26 03 TIN:   680513963
CONTROL #: S0307811103 DELQ: N  FORM: 2320 USERID: P35  CHAIN #: 000669178 001
=========================================================================
1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................    47,171.25
   B) TOTAL COLLECTIONS ON CREDIT CHARGES....................          .00
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    47,171.25
3. TOTAL DEDUCTIONS.........................................      9,593.25
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................     37,578.00
5. AMOUNT OF TAX (4% OF LINE 4).............................      1,503.12
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)...............         33.06
7. PENALTY AND INTEREST....................................           .00
8. CREDIT CLAIMED..........................................           .00
8. TOTAL AMOUNT DUE........................................      1,470.06
9. TOTAL AMOUNT REMITTED...................................•.    1,470.06
```

```
  EC: 0        ALABAMA 4% LODGINGS TAX DETAIL                  DAC: __
-RVX2ST39---------------------------------------------------------RVY20187-
  CENTRAL ALABAMA HOSPITALITY LL                              A/R:
  1100 W SOUTH BLVD                          FTYPE: P  PYMT:
  MONTGOMERY        AL 36105 3025                            LOC:
  BF:                                                     SHADOW: 00
--------------------------------------------------------------------------
  ACCOUNT #: 5100 06972    PERIOD: 01 12 2002 DLC: 02 03 03 TIN:    680513963
  CONTROL #: S030221240 DELQ: N  FORM: 2320 USERID: P35  CHAIN #: 000669178 001
==========================================================================
  1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................    26,998.00
     B) TOTAL COLLECTIONS ON CREDIT CHARGES...................          .00
  2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    26,998.00
  3. TOTAL DEDUCTIONS..........................................     3,800.00
  4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................    23,198.00
  5. AMOUNT OF TAX (4% OF LINE 4).............................        927.92
  6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................         21.56
  7. PENALTY AND INTEREST......................................          .00
  8. CREDIT CLAIMED............................................          .00
  8. TOTAL AMOUNT DUE..........................................        906.36
  9. TOTAL AMOUNT REMITTED...................................•....      906.36
```

```
   EC: 0        ALABAMA 4% LODGINGS TAX DETAIL              DAC: __
-RVX2ST39---------------------------------------------------------RVY20187-
   CENTRAL ALABAMA HOSPITALITY LL                      A/R:
   1100 W SOUTH BLVD                      FTYPE: P     PYMT:
   MONTGOMERY        AL 36105 3025                      LOC:
   BF:                                                 SHADOW: 01
-----------------------------------------------------------------------------
   ACCOUNT #: 5100 06972    PERIOD: 01 01 2003 DLC: 03 31 03 TIN:   680513963
   CONTROL #: S0305011512 DELQ: N  FORM: 2320 USERID: TMM  CHAIN #: 000669178 001
=============================================================================
   1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................     22,399.00
      B) TOTAL COLLECTIONS ON CREDIT CHARGES...................           .00
   2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......     22,399.00
   3. TOTAL DEDUCTIONS..........................................           .00
   4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................     22,399.00
   5. AMOUNT OF TAX (4% OF LINE 4)..............................        895.96
   6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................         20.92
   7. PENALTY AND INTEREST......................................           .00
   8. CREDIT CLAIMED............................................           .00
   8. TOTAL AMOUNT DUE..........................................        875.04
   9. TOTAL AMOUNT REMITTED.....................................        875.04
```

```
EC: 0        ALABAMA 4% LODGINGS TAX DETAIL                    DAC: __
-RVX2ST39------------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                             A/R:
1100 W SOUTH BLVD                              FTYPE: P   PYMT:
MONTGOMERY        AL 36105 3025                            LOC:
BF:                                                        SHADOW: 00
-------------------------------------------------------------------------------
ACCOUNT #: 5100 06972      PERIOD: 01 03 2003 DLC: 05 06 03 TIN:    680513963
CONTROL #: 70311374505 DELQ: N  FORM: 2320 USERID: P35  CHAIN #: 000669178 001
===============================================================================
  1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................    61,374.25
     B) TOTAL COLLECTIONS ON CREDIT CHARGES....................          .00
  2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    61,374.25
  3. TOTAL DEDUCTIONS..........................................    13,450.25
  4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................    47,924.00
  5. AMOUNT OF TAX (4% OF LINE 4)..............................     1,916.96
  6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................        41.34
  7. PENALTY AND INTEREST......................................          .00
  8. CREDIT CLAIMED............................................          .00
  8. TOTAL AMOUNT DUE..........................................     1,875.62
  9. TOTAL AMOUNT REMITTED.....................................     1,875.62
```

```
EC: 0         ALABAMA 4% LODGINGS TAX DETAIL                    DAC: __
-RVX2ST39----------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                          A/R:
1100 W SOUTH BLVD                            FTYPE: P   PYMT:
MONTGOMERY        AL 36105 3025                          LOC:
BF:                                                     SHADOW: 00
----------------------------------------------------------------------------
ACCOUNT #: 5100 06972     PERIOD: 01 04 2003 DLC: 06 04 03 TIN:   680513963
CONTROL #: S0314212505 DELQ: N  FORM: 2320 USERID: P35  CHAIN #: 000669178 001
============================================================================
  1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................      69,046.88
     B) TOTAL COLLECTIONS ON CREDIT CHARGES...................            .00
  2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......      69,046.88
  3. TOTAL DEDUCTIONS..........................................      16,571.88
  4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................      52,475.00
  5. AMOUNT OF TAX (4% OF LINE 4)..............................       2,099.00
  6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................          44.98
  7. PENALTY AND INTEREST......................................            .00
  8. CREDIT CLAIMED............................................            .00
  8. TOTAL AMOUNT DUE..........................................       2,054.02
  9. TOTAL AMOUNT REMITTED.....................................       2,054.02
```

```
EC: 0       ALABAMA 4% LODGINGS TAX DETAIL                DAC: __
-RVX2ST39-----------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                      A/R:
1100 W SOUTH BLVD                          FTYPE: P  PYMT:
MONTGOMERY       AL 36105 3025                       LOC:
BF:                                              SHADOW: 00
-------------------------------------------------------------------
ACCOUNT #: 5100 06972     PERIOD: 01 05 2003 DLC: 07 08 03 TIN:    680513963
CONTROL #: 70318174405 DELQ: N  FORM: 2320 USERID: P35  CHAIN #: 000669178 001
===================================================================
1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................    59,688.50
   B) TOTAL COLLECTIONS ON CREDIT CHARGES...................          .00
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    59,688.50
3. TOTAL DEDUCTIONS.........................................     11,412.50
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................      4,827.60
5. AMOUNT OF TAX (4% OF LINE 4).............................      1,931.04
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)...............         41.62
7. PENALTY AND INTEREST.....................................          .00
8. CREDIT CLAIMED...........................................          .00
8. TOTAL AMOUNT DUE.........................................      1,889.42
9. TOTAL AMOUNT REMITTED................................‧........  1,889.42
```

```
EC: 0        ALABAMA 4% LODGINGS TAX DETAIL                    DAC: __
-RVX2ST39--------------------------------------------------------------RVX2319--
CENTRAL ALABAMA HOSPITALITY LL                          A/R:
1100 W SOUTH BLVD                          FTYPE: P    PYMT:
MONTGOMERY        AL 36105 3025                          LOC:
BF:                                                     SHADOW: CC
--------------------------------------------------------------------------------
ACCOUNT #: 5100 06972      PERIOD: 01 06 2003 DLC: 07 30 03 TIN:      680513963
CONTROL #: 70320431200 DELQ: N  FORM: 2320 USERID: P35  CHAIN #: 0006691?8 ???
================================================================================
1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................    56,535.25
   B) TOTAL COLLECTIONS ON CREDIT CHARGES....................          .00
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    56,535.25
3. TOTAL DEDUCTIONS.........................................     9,863.25
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................    46,642.00
5. AMOUNT OF TAX (4% OF LINE 4).............................     1,865.68
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................        41.32
7. PENALTY AND INTEREST.....................................          .00
8. CREDIT CLAIMED...........................................          .00
8. TOTAL AMOUNT DUE.........................................     1,825.36
9. TOTAL AMOUNT REMITTED....................................     1,825.36
```

```
EC: 1        ALABAMA 4% LODGINGS TAX DETAIL              DAC: __
-RVX2ST39-------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                      A/R:
1100 W SOUTH BLVD                        FTYPE: P   PYMT:
MONTGOMERY        AL 36105 3025                      LOC:
BF:                                              SHADOW: 00
-------------------------------------------------------------------------
ACCOUNT #: 5100 06972    PERIOD: 01 09 2003 DLC: 11 05 03 TIN:   680513963
CONTROL #: 70330069806 DELQ: N  FORM: 2320 USERID: P35  CHAIN #: 000669178 001
=========================================================================
  1. A) TOTAL GROSS CHARGES FROM RENTALS ETC..................       .00
     B) TOTAL COLLECTIONS ON CREDIT CHARGES...................       .00
  2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......  40,099.50
  3. TOTAL DEDUCTIONS..........................................   9,984.50
  4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................  30,115.00
  5. AMOUNT OF TAX (4% OF LINE 4)..............................   1,204.60
  6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................      27.09
  7. PENALTY AND INTEREST......................................       .00
  8. CREDIT CLAIMED............................................       .00
  8. TOTAL AMOUNT DUE..........................................   1,177.51
  9. TOTAL AMOUNT REMITTED.....................................   1,177.51
```

```
EC: 2        ALABAMA 4% LODGINGS TAX DETAIL              DAC: __
-RVX2ST39--------------------------------------------------------RVY2018-
CENTRAL ALABAMA HOSPITALITY LL                         A/R:
1100 W SOUTH BLVD                       FTYPE: P  PYMT:
MONTGOMERY      AL 36105 3025                          LOC:
BF:                                                SHADOW: 00
--------------------------------------------------------------------------
ACCOUNT #: 5100 06972    PERIOD: 01 07 2003 DLC: 11 17 03 TIN:  680513963
CONTROL #: 70323366419 DELQ: N  FORM: 2320 USERID: BJW  CHAIN #: 000669178 001
==========================================================================
  1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................     70,065.25
     B) TOTAL COLLECTIONS ON CREDIT CHARGES....................          .00
  2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......          .00
  3. TOTAL DEDUCTIONS..........................................     20,182.25
  4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................     49,883.00
  5. AMOUNT OF TAX  4% OF LINE 4...............................      1,995.32
  6. DISCOUNT (5% OF FIRST $100 - 2% OVER $100)................         42.90
  7. PENALTY AND INTEREST......................................          .00
  8. CREDIT CLAIMED............................................          .00
  8. TOTAL AMOUNT DUE..........................................      1,952.42
  9. TOTAL AMOUNT REMITTED.....................................      1,952.42
```

```
EC: 1        ALABAMA 4% LODGINGS TAX DETAIL  EFT              TAX
-RVX2ST39-------------------------------------------------
CENTRAL ALABAMA HOSPITALITY LL                          A F
1100 W SOUTH BLVD                           FTYPE: W   FTMD
MONTGOMERY       AL 36105 3025                          LOC
BF:                                                   SHADOW   I
---------------------------------------------------------------
ACCOUNT #: 5100 06972      PERIOD: 11 03 2003 DLC: 11 19 03 TIN:      441503963
CONTROL #: N0332203440 DELQ: N  FORM     USERID: PMC  CHAIN #:
===============================================================
1. A) TOTAL GROSS CHARGES FROM RENTALS ETC............             37 941 81
   B) TOTAL COLLECTIONS ON CREDIT CHARGES ...............             .00
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION ......      37 941 81
3. TOTAL DEDUCTIONS..........................               23 577 81
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX................        14 364 00
5. AMOUNT OF TAX  4% OF LINE 4)................              574 61
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100  ...........             11 33
7. PENALTY AND INTEREST................................             .00
8. CREDIT CLAIMED...................................             .00
8. TOTAL AMOUNT DUE...................................             563 28
9. TOTAL AMOUNT REMITTED PAYMENT RECEIVED  Y ...............        563 28
```

```
EC: 1        ALABAMA 4% LODGINGS TAX DETAIL                    DAC: __
-RVX2ST39----------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                           A/R:
1100 W SOUTH BLVD                             FTYPE: P   PYMT:
MONTGOMERY       AL 36105 3025                            LOC:
BF:                                                      SHADOW: 01
------------------------------------------------------------------------
ACCOUNT #: 5100 06972      PERIOD: 01 09 2003 DLC: 12 17 03 TIN:    680513963
CONTROL #: 70330069806 DELQ: N  FORM: 2320 USERID: GNP  CHAIN #: 000669178 001
========================================================================
 1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................    40,099.50
    B) TOTAL COLLECTIONS ON CREDIT CHARGES...................          .00
 2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    40,099.50
 3. TOTAL DEDUCTIONS.........................................      9,984.50
 4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................     30,115.00
 5. AMOUNT OF TAX (4% OF LINE 4)............................      1,204.60
 6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)...............         27.09
 7. PENALTY AND INTEREST....................................           .00
 8. CREDIT CLAIMED..........................................           .00
 8. TOTAL AMOUNT DUE........................................      1,177.51
 9. TOTAL AMOUNT REMITTED...................................      1,177.51
```

```
EC: 1       ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC: __
-RVX2ST39----------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                          A/R:
1100 W SOUTH BLVD                          FTYPE: W    PYMT:
MONTGOMERY        AL 36105 3025                          LOC:
BF:                                                     SHADOW: 01
-------------------------------------------------------------------------------
ACCOUNT #: 5100 06972     PERIOD: 01 11 2003 DLC: 12 21 03 TIN:    680513963
CONTROL #: N0335207559 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
===============================================================================
  1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................      70,904.00
     B) TOTAL COLLECTIONS ON CREDIT CHARGES...................            .00
  2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......      70,904.00
  3. TOTAL DEDUCTIONS..........................................      44,328.00
  4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................      26,576.00
  5. AMOUNT OF TAX (4% OF LINE 4)..............................       1,063.04
  6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................          24.26
  7. PENALTY AND INTEREST......................................            .00
  8. CREDIT CLAIMED............................................            .00
  8. TOTAL AMOUNT DUE..........................................       1,038.78
  9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ................       1,038.78
```

```
EC: 0      ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC:
-RVX2ST39------------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                       A/R:
1100 W SOUTH BLVD                          FTYPE: W   PYMT:
MONTGOMERY      AL 36105 3025                         LOC:
BF:                                                  SHADOW: 00
-----------------------------------------------------------------------------
ACCOUNT #: 5100 06972    PERIOD: 01 12 2003 DLC: 01 21 04 TIN:     680513963
CONTROL #: N0401901606 DELQ: N  FORM: 2320 USERID: P35  CHAIN #: 000669178 001
=============================================================================
1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................     46,239.50
   B) TOTAL COLLECTIONS ON CREDIT CHARGES....................           .00
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......     46,239.50
3. TOTAL DEDUCTIONS.........................................     28,264.00
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................     17,975.50
5. AMOUNT OF TAX (4% OF LINE 4)............................        719.02
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)...............         17.38
7. PENALTY AND INTEREST....................................           .00
8. CREDIT CLAIMED.........................................           .00
8. TOTAL AMOUNT DUE.........................................        701.64
9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ................        701.64
```

```
EC:            ALABAMA 4% LODGINGS TAX DETAIL (EFT)          DAC: __
-RVX2ST39---------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                      A/R:
1100 W SOUTH BLVD                         FTYPE: P  PYMT:
MONTGOMERY        AL 36105 3025                      LOC:
BF:                                                 SHADOW: 01
--------------------------------------------------------------------
ACCOUNT #: 5100 06972      PERIOD: 01 08 2003 DLC: 02 26 04 TIN:    680513963
CONTROL #: 70326775727 DELQ: N  FORM: 2320 USERID: BJW  CHAIN #: 000669178 001
====================================================================
  1. A) TOTAL GROSS CHARGES FROM RENTALS ETC..................     76,403.75
     B) TOTAL COLLECTIONS ON CREDIT CHARGES...................           .00
  2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......           .00
  3. TOTAL DEDUCTIONS.........................................     25,503.75
  4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................     50,900.00
  5. AMOUNT OF TAX (4% OF LINE 4)..............................      2,036.00
  6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................         43.72
  7. PENALTY AND INTEREST.....................................           .00
  8. CREDIT CLAIMED...........................................           .00
  8. TOTAL AMOUNT DUE.........................................      1,992.28
  9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ................      1,992.28
```

```
14:09:04 Tue Dec 12, 2006

    EC: 1          ALABAMA 4% LODGINGS TAX DETAIL (EFT)          DAC: __
   -RVX2ST39------------------------------------------------------RVY20187-
    CENTRAL ALABAMA HOSPITALITY LL                          A/R:
    1100 W SOUTH BLVD                           FTYPE: W     PYMT:
    MONTGOMERY        AL 36105 3025                          LOC:
    BF:                                                   SHADOW: 01
   --------------------------------------------------------------------------
    ACCOUNT #: 5100 06972      PERIOD: 01 02 2004 DLC: 03 19 04 TIN:      680513963
    CONTROL #: N0407002943 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
   ==========================================================================
    1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................      49,826.00
       B) TOTAL COLLECTIONS ON CREDIT CHARGES...................            .00
    2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......      49,826.00
    3. TOTAL DEDUCTIONS........................................            .00
    4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................      49,826.00
    5. AMOUNT OF TAX (4% OF LINE 4).............................       1,993.04
    6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................          42.86
    7. PENALTY AND INTEREST.....................................            .00
    8. CREDIT CLAIMED..........................................            .00
    8. TOTAL AMOUNT DUE.........................................       1,950.18
    9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ................       1,950.18
```

```
EC: 0        ALABAMA 4% LODGINGS TAX DETAIL (EFT)           DAC: __
-RVX2ST39----------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                         A/R:
1100 W SOUTH BLVD                          FTYPE: W   PYMT:
MONTGOMERY        AL 36105 3025                        LOC:
BF:                                                   SHADOW: 00
--------------------------------------------------------------------------
ACCOUNT #: 5100 06972     PERIOD: 01 03 2004 DLC: 04 12 04 TIN:    680513963
CONTROL #: N0410001896 DELQ: N  FORM: 2320 USERID: P35  CHAIN #: 000669178 001
==========================================================================
1. A) TOTAL GROSS CHARGES FROM RENTALS ETC..................    61,374.00
   B) TOTAL COLLECTIONS ON CREDIT CHARGES...................         .00
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    61,374.00
3. TOTAL DEDUCTIONS.........................................         .00
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................    61,374.00
5. AMOUNT OF TAX (4% OF LINE 4)............................     2,454.96
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)...............        52.10
7. PENALTY AND INTEREST....................................         .00
8. CREDIT CLAIMED..........................................         .00
8. TOTAL AMOUNT DUE........................................     2,402.86
9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ...............     2,402.86
```

```
EC: 1        ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC: __
-RVX2ST39-------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                        A/R:
1100 W SOUTH BLVD                            FTYPE: W   PYMT:
MONTGOMERY        AL 36105 3025                        LOC:
BF:                                                   SHADOW: 01
--------------------------------------------------------------------------
ACCOUNT #: 5100 06972    PERIOD: 01 04 2004 DLC: 05 19 04 TIN:   680513963
CONTROL #: N0413104627 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
==========================================================================
1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................      58,077.00
   B) TOTAL COLLECTIONS ON CREDIT CHARGES....................            .00
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......      58,077.00
3. TOTAL DEDUCTIONS.........................................            .00
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................      58,077.00
5. AMOUNT OF TAX (4% OF LINE 4)............................       2,323.08
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)...............          49.46
7. PENALTY AND INTEREST.....................................            .00
8. CREDIT CLAIMED...........................................            .00
8. TOTAL AMOUNT DUE.........................................       2,273.62
9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ...............       2,273.62
```

```
EC: 1        ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC: __
-RVX2ST39-------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                      A/R:
1100 W SOUTH BLVD                          FTYPE: W  PYMT:
MONTGOMERY        AL 36105 3025                      LOC:
BF:                                                 SHADOW: 01
--------------------------------------------------------------------------
ACCOUNT #: 5100 06972     PERIOD: 01 05 2004 DLC: 06 18 04 TIN:    680513963
CONTROL #: N0416101495 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
==========================================================================
  1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................     52,351.14
     B) TOTAL COLLECTIONS ON CREDIT CHARGES....................           .00
  2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......     52,351.14
  3. TOTAL DEDUCTIONS.........................................           .00
  4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................     52,351.14
  5. AMOUNT OF TAX (4% OF LINE 4).............................      2,094.05
  6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................         44.88
  7. PENALTY AND INTEREST.....................................           .00
  8. CREDIT CLAIMED...........................................           .00
  8. TOTAL AMOUNT DUE.........................................      2,049.17
  9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ................      2,049.17
```

```
EC: 1       ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC: __
-RVX2ST39-------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                          A/R:
1100 W SOUTH BLVD                           FTYPE: W    PYMT:
MONTGOMERY       AL 36105 3025                          LOC:
BF:                                                     SHADOW: 01
-------------------------------------------------------------------------
ACCOUNT #: 5100 06972      PERIOD: 01 06 2004 DLC: 07 19 04 TIN:    680513963
CONTROL #: N0419501306 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
=========================================================================
 1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................    61,144.90
    B) TOTAL COLLECTIONS ON CREDIT CHARGES...................          .00
 2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    61,144.90
 3. TOTAL DEDUCTIONS.........................................          .00
 4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................     61,144.90
 5. AMOUNT OF TAX (4% OF LINE 4)............................       2,445.80
 6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)..............          51.92
 7. PENALTY AND INTEREST....................................          .00
 8. CREDIT CLAIMED..........................................          .00
 8. TOTAL AMOUNT DUE........................................       2,393.88
 9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ..............       2,393.88
```

```
EC: 1        ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC: __
-RVX2ST39------------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                           A/R:
1100 W SOUTH BLVD                              FTYPE: W   PYMT:
MONTGOMERY       AL 36105 3025                            LOC:
BF:                                                       SHADOW: 01
------------------------------------------------------------------------------
ACCOUNT #: 5100 06972     PERIOD: 01 07 2004 DLC: 08 19 04 TIN:    680513963
CONTROL #: N0422904068 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
==============================================================================
 1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................      67,413.00
    B) TOTAL COLLECTIONS ON CREDIT CHARGES...................             .00
 2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......      67,413.00
 3. TOTAL DEDUCTIONS..........................................             .00
 4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................      67,413.00
 5. AMOUNT OF TAX (4% OF LINE 4).............................        2,696.52
 6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................          56.93
 7. PENALTY AND INTEREST......................................             .00
 8. CREDIT CLAIMED............................................             .00
 8. TOTAL AMOUNT DUE..........................................       2,639.59
 9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ................       2,639.59
```

```
EC: 1              ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC: __
-RVX2ST39-------------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                           A/R:
1100 W SOUTH BLVD                              FTYPE: W   PYMT:
MONTGOMERY         AL 36105 3025                          LOC:
BF:                                                       SHADOW: 01
---------------------------------------------------------------------------
ACCOUNT #: 5100 06972     PERIOD: 01 08 2004 DLC: 09 17 04 TIN:    680513963
CONTROL #: N0425302425 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
===========================================================================
  1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................    43,901.70
     B) TOTAL COLLECTIONS ON CREDIT CHARGES....................          .00
  2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    43,901.70
  3. TOTAL DEDUCTIONS.........................................          .00
  4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................    43,901.70
  5. AMOUNT OF TAX (4% OF LINE 4)..............................     1,756.07
  6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................        38.12
  7. PENALTY AND INTEREST.....................................          .00
  8. CREDIT CLAIMED...........................................          .00
  8. TOTAL AMOUNT DUE.........................................     1,717.95
  9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ................     1,717.95
```

```
EC: 1           ALABAMA 4% LODGINGS TAX DETAIL (EFT)            DAC: ___
-RVX2ST39--------------------------------------------------------FTYP:187-
CENTRAL ALABAMA HOSPITALITY LL                          A R:
1100 W SOUTH BLVD                           FTYPE: W    PYMT:
MONTGOMERY        AL 36105 3025                         LOC:
BF:                                                     SHADOW: II
-------------------------------------------------------------------------
ACCOUNT #: 5100 06972     PERIOD: 01 09 2004 DLC: 10 19 04 TIN:    98:513365
CONTROL #: N0428902429 DELQ: N  FORM: 2320 USERID: PMO  CHAIN #: 000591TE III
=========================================================================
1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................     III III 31
   B) TOTAL COLLECTIONS ON CREDIT CHARGES....................          II
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......     III III 31
3. TOTAL DEDUCTIONS.........................................          II
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................     III III 31
5. AMOUNT OF TAX (4% OF LINE 4).............................     4 432 II
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)...............        92 34
7. PENALTY AND INTEREST.....................................          II
8. CREDIT CLAIMED...........................................          II
8. TOTAL AMOUNT DUE.........................................     4 399 24
9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ...............     4 399 24
```

```
EC: 0        ALABAMA 4% LODGINGS TAX DETAIL (EFT)            DAC: __
-RVX2ST39------------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                        A/R:
1100 W SOUTH BLVD                          FTYPE: W   PYMT:
MONTGOMERY        AL 36105 3025                        LOC:
BF:                                                  SHADOW: 00
-------------------------------------------------------------------------------
ACCOUNT #: 5100 06972      PERIOD: 01 10 2004 DLC: 11 18 04 TIN:    680513963
CONTROL #: N0432205492 DELQ: N  FORM: 2320 USERID: P35  CHAIN #: 000669178 001
===============================================================================
 1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................      76,503.00
    B) TOTAL COLLECTIONS ON CREDIT CHARGES...................            .00
 2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......      76,503.00
 3. TOTAL DEDUCTIONS.........................................            .00
 4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................      76,503.00
 5. AMOUNT OF TAX (4% OF LINE 4).............................       3,060.12
 6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................          64.20
 7. PENALTY AND INTEREST.....................................            .00
 8. CREDIT CLAIMED..........................................             .00
 8. TOTAL AMOUNT DUE.........................................       2,995.92
 9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ...............       2,995.92
```

```
EC: 1        ALABAMA 4% LODGINGS TAX DETAIL (EFT)            DAC: __
-RVX2ST39----------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                      A/R:
1100 W SOUTH BLVD                        FTYPE: W   PYMT:
MONTGOMERY        AL 36105 3025                     LOC:
BF:                                                 SHADOW: 01
-----------------------------------------------------------------
ACCOUNT #: 5100 06972    PERIOD: 01 11 2004 DLC: 12 17 04 TIN:    680513963
CONTROL #: N0434404508 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
=================================================================
  1. A) TOTAL GROSS CHARGES FROM RENTALS ETC..................    53,546.00
     B) TOTAL COLLECTIONS ON CREDIT CHARGES...................         .00
  2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    53,546.00
  3. TOTAL DEDUCTIONS..........................................         .00
  4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................    53,546.00
  5. AMOUNT OF TAX (4% OF LINE 4).............................     2,141.84
  6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................        45.84
  7. PENALTY AND INTEREST.....................................         .00
  8. CREDIT CLAIMED...........................................         .00
  8. TOTAL AMOUNT DUE.........................................     2,096.00
  9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ...............     2,096.00
```

```
EC: 1       ALABAMA 4% LODGINGS TAX DETAIL (EFT)                DAC: __
-RVX2ST39-----------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                           A/R:
1100 W SOUTH BLVD                                FTYPE: W  PYMT:
MONTGOMERY        AL 36105 3025                           LOC:
BF:                                                      SHADOW: 01
-----------------------------------------------------------------------------
ACCOUNT #: 5100 06972      PERIOD: 01 12 2004 DLC: 01 19 05 TIN:    680513963
CONTROL #: N0501401215 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
=============================================================================
  1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................     26,847.00
     B) TOTAL COLLECTIONS ON CREDIT CHARGES....................           .00
  2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......     26,847.00
  3. TOTAL DEDUCTIONS..........................................           .00
  4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................     26,847.00
  5. AMOUNT OF TAX (4% OF LINE 4).............................      1,073.88
  6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................         24.48
  7. PENALTY AND INTEREST......................................           .00
  8. CREDIT CLAIMED............................................           .00
  8. TOTAL AMOUNT DUE..........................................      1,049.40
  9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ................      1,049.40
```

```
EC: 1         ALABAMA 4% LODGINGS TAX DETAIL (EFT)        DAC: __
-RVX2ST39---------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                            A/R:
1100 W SOUTH BLVD                          FTYPE: W    PYMT:
MONTGOMERY       AL 36105 3025                           LOC:
BF:                                                    SHADOW: 01
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ACCOUNT #: 5100 06972    PERIOD: 01 01 2004 DLC: 02 20 04 TIN:   680513963
CONTROL #: N0404702568 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
================================================================================
1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................    30,490.00
   B) TOTAL COLLECTIONS ON CREDIT CHARGES....................          .00
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    30,490.00
3. TOTAL DEDUCTIONS.........................................          .00
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................    30,490.00
5. AMOUNT OF TAX (4% OF LINE 4)............................     1,219.60
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)...............        27.39
7. PENALTY AND INTEREST.....................................          .00
8. CREDIT CLAIMED...........................................          .00
8. TOTAL AMOUNT DUE.........................................     1,192.21
9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ...............     1,192.21
```

```
EC:                    ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC: __
-RVX2ST39-------------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                                  A/R: RN
1100 W SOUTH BLVD                             FTYPE: P   PYMT:
MONTGOMERY          AL 36105 3025                        LOC:
BF:                                                     SHADOW: 00
-------------------------------------------------------------------------------
ACCOUNT #: 5100 06972     PERIOD: 01 08 2003 DLC: 02 26 04 TIN:    680513963
CONTROL #: 70326775727 DELQ: N  FORM: 2320 USERID: BJW  CHAIN #: 000669178 001
===============================================================================
```

1. A) TOTAL GROSS CHARGES FROM RENTALS ETC................... 76,403.75
   B) TOTAL COLLECTIONS ON CREDIT CHARGES.....................       .00
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......       .00
3. TOTAL DEDUCTIONS......................................... 25,503.75
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................. 50,900.00
5. AMOUNT OF TAX (4% OF LINE 4)..............................  2,036.00
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................      43.72
7. PENALTY AND INTEREST.....................................       .00
8. CREDIT CLAIMED..........................................        .00
8. TOTAL AMOUNT DUE.........................................  1,992.28
9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: N ..●............       .00

```
EC: 0        ALABAMA 4% LODGINGS TAX DETAIL (EFT)        DAC: __
-RVX2ST39------------------------------------------------RVY20197-
CENTRAL ALABAMA HOSPITALITY LL                    A/R:
1100 W SOUTH BLVD                       FTYPE: W   PYMT:
MONTGOMERY       AL 36105 3025                     LOC:
BF:                                                SHADOW: 00
--------------------------------------------------------------------
ACCOUNT #: 5100 06972    PERIOD: 01 01 2005 DLC: 02 18 05 TIN:    680513963
CONTROL #: N0504807999 DELQ: N  FORM: 2320 USERID: P35  CHAIN #: 00066917 8 001
====================================================================
```

1. A) TOTAL GROSS CHARGES FROM RENTALS ETC.................    33,553.00
   B) TOTAL COLLECTIONS ON CREDIT CHARGES...................          .00
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    33,553.00
3. TOTAL DEDUCTIONS.........................................          .00
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................    33,553.00
5. AMOUNT OF TAX (4% OF LINE 4)............................     1,342.12
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)...............         29.84
7. PENALTY AND INTEREST....................................          .00
8. CREDIT CLAIMED..........................................          .00
8. TOTAL AMOUNT DUE........................................     1,312.28
9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ..............     1,312.28

```
14:09:38 Tue Dec 12  2005
     EC: 1      ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC:
 -RVX2ST39----------------------------------------------------RVY20187-
     CENTRAL ALABAMA HOSPITALITY LL                        A/R: RN
     1100 W SOUTH BLVD                          FTYPE: W   PYMT:
     MONTGOMERY       AL 36105 3025                         LOC:
     BF:                                                    SHADOW: 00
 -------------------------------------------------------------------------
     ACCOUNT #: 5100 06972    PERIOD: 01 02 2005 DLC: 03 16 05 TIN:  680513963
     CONTROL #: N0507403993 DELQ: N  FORM: 2320 USERID: P35  CHAIN #: 000669178 001
 =========================================================================
     1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................     41,447.00
        B) TOTAL COLLECTIONS ON CREDIT CHARGES....................           .00
     2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......     41,447.00
     3. TOTAL DEDUCTIONS.........................................          .00
     4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................     41,447.00
     5. AMOUNT OF TAX (4% OF LINE 4)............................      1,657.88
     6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)...............         36.16
     7. PENALTY AND INTEREST....................................           .00
     8. CREDIT CLAIMED..........................................           .00
     8. TOTAL AMOUNT DUE........................................      1,621.72
     9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: N ...............          .00
```

```
EC: 1          ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC: ___
-RVX2ST39-------------------------------------------------------RVY20187-
   CENTRAL ALABAMA HOSPITALITY LL                            A/R:
   1100 W SOUTH BLVD                           FTYPE: W    PYMT:
   MONTGOMERY        AL 36105 3025                          LOC:
   BF:                                                   SHADOW: 01
--------------------------------------------------------------------------
ACCOUNT #: 5100 06972      PERIOD: 01 03 2005 DLC: 04 19 05 TIN:    680513963
CONTROL #: N0510302858 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
==========================================================================
 1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................    78,383.00
    B) TOTAL COLLECTIONS ON CREDIT CHARGES....................          .00
 2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    78,383.00
 3. TOTAL DEDUCTIONS..........................................          .00
 4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................    78,383.00
 5. AMOUNT OF TAX (4% OF LINE 4)..............................     3,135.32
 6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................        65.71
 7. PENALTY AND INTEREST......................................          .00
 8. CREDIT CLAIMED............................................          .00
 8. TOTAL AMOUNT DUE..........................................     3,069.61
 9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ................     3,069.61
```

```
EC: 1        ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC: __
-RVX2ST39-------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                      A/R:
1100 W SOUTH BLVD                       FTYPE: W   PYMT:
MONTGOMERY        AL 36105 3025                     LOC:
BF:                                             SHADOW: 01
------------------------------------------------------------------------
ACCOUNT #: 5100 06972      PERIOD: 01 04 2005 DLC: 05 19 05 TIN:   680513963
CONTROL #: N0513601730 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
========================================================================
 1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................    71,126.00
    B) TOTAL COLLECTIONS ON CREDIT CHARGES...................          .00
 2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    71,126.00
 3. TOTAL DEDUCTIONS..........................................          .00
 4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................    71,126.00
 5. AMOUNT OF TAX (4% OF LINE 4)..............................     2,845.04
 6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................        59.90
 7. PENALTY AND INTEREST......................................          .00
 8. CREDIT CLAIMED............................................          .00
 8. TOTAL AMOUNT DUE..........................................     2,785.14
 9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ................     2,785.14
```

```
  EC: 1        ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC:
-RVX2ST39 --------------------------------------------------------RVY20187-
  CENTRAL ALABAMA HOSPITALITY LL                      A/R:
  1100 W SOUTH BLVD                         FTYPE: W   PYMT:
  MONTGOMERY        AL 36105 3025                      LOC:
  BF:                                                  SHADOW: 01
-------------------------------------------------------------------------
  ACCOUNT #: 5100 06972    PERIOD: 01 05 2005 DLC: 06 17 05 TIN:   680513963
  CONTROL #: N0516508702 DELQ: N FORM: 2320 USERID: PM0 CHAIN #: 000669178 001
=========================================================================
  1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................    59,964.00
     B) TOTAL COLLECTIONS ON CREDIT CHARGES...................          .00
  2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    59,964.00
  3. TOTAL DEDUCTIONS.......................................          .00
  4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................    59,964.00
  5. AMOUNT OF TAX (4% OF LINE 4)............................     2,398.56
  6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)..............        50.97
  7. PENALTY AND INTEREST...................................          .00
  8. CREDIT CLAIMED.........................................          .00
  8. TOTAL AMOUNT DUE.......................................     2,347.59
  9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ................     2,347.59
```

```
EC: 1        ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC: ___
-RVX2ST39-----------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                       A/R:
1100 W SOUTH BLVD                         FTYPE: W   PYMT:
MONTGOMERY        AL 36105 3025                       LOC:
BF:                                                  SHADOW: 01
--------------------------------------------------------------------
ACCOUNT #: 5100 06972      PERIOD: 01 06 2005 DLC: 07 19 05 TIN:    680513963
CONTROL #: N0519606725 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
====================================================================
```

1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................      55,343.00
   B) TOTAL COLLECTIONS ON CREDIT CHARGES...................            .00
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......      55,343.00
3. TOTAL DEDUCTIONS..........................................            .00
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................      55,343.00
5. AMOUNT OF TAX (4% OF LINE 4).............................       2,213.72
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................          47.27
7. PENALTY AND INTEREST.....................................            .00
8. CREDIT CLAIMED...........................................            .00
8. TOTAL AMOUNT DUE.........................................       2,166.45
9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ...............       2,166.45

```
EC: 1           ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC: ___
-RVX2ST39---------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                             A/R:
1100 W SOUTH BLVD                            FTYPE: W      PYMT:
MONTGOMERY       AL 36105 3025                             LOC:
BF:                                                        SHADOW: 01
-----------------------------------------------------------------------------
ACCOUNT #: 5100 06972    PERIOD: 01 07 2005 DLC: 08 19 05 TIN:  680513963
CONTROL #: N0522903091 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
=============================================================================
1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................     85,291.00
   B) TOTAL COLLECTIONS ON CREDIT CHARGES...................           .00
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......     85,291.00
3. TOTAL DEDUCTIONS..........................................           .00
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX..................     85,291.00
5. AMOUNT OF TAX (4% OF LINE 4).............................       3,411.64
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................          71.23
7. PENALTY AND INTEREST......................................           .00
8. CREDIT CLAIMED............................................           .00
8. TOTAL AMOUNT DUE..........................................      3,340.41
9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ................      3,340.41
```

```
14:10:00 Tue Dec 13 2005

EC: 1           ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC: __
-RVX2ST39--------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                          A/R:
1100 W SOUTH BLVD                          FTYPE: W     PYMT:
MONTGOMERY        AL 36105 3025                          LOC:
BF:                                                     SHADOW: 01
--------------------------------------------------------------------------
ACCOUNT #: 5100 06972    PERIOD: 01 08 2005 DLC: 09 19 05 TIN:   680513963
CONTROL #: N0525701866 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
==========================================================================
 1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................    73,528.00
    B) TOTAL COLLECTIONS ON CREDIT CHARGES...................          .00
 2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    73,528.00
 3. TOTAL DEDUCTIONS.........................................          .00
 4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................    73,528.00
 5. AMOUNT OF TAX (4% OF LINE 4).............................     2,941.12
 6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)...............        61.82
 7. PENALTY AND INTEREST.....................................          .00
 8. CREDIT CLAIMED...........................................          .00
 8. TOTAL AMOUNT DUE.........................................     2,879.30
 9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: ¥ ...............     2,879.30
```

```
EC: 1              ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC: ___
RVK2ST39------------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                          A/R:
1100 W SOUTH BLVD                           FTYPE: W    PYMT:
MONTGOMERY        AL 36105 3025                         LOC:
BF:                                                    SHADOW: 01
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ACCOUNT #: 5100 06972    PERIOD: 01 09 2005 DLC: 10 19 05 TIN:    680513963
CONTROL #: N0529109712 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
=============================================================================
1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................      69,393.00
   B) TOTAL COLLECTIONS ON CREDIT CHARGES....................            .00
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......      69,393.00
3. TOTAL DEDUCTIONS.........................................            .00
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................      69,393.00
5. AMOUNT OF TAX (4% OF LINE 4)..............................       2,775.72
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................          58.51
7. PENALTY AND INTEREST......................................            .00
8. CREDIT CLAIMED...........................................            .00
8. TOTAL AMOUNT DUE..........................................       2,717.21
9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: ⅄ ................       2,717.21
```

```
EC: 1            ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC: __
-RVX2ST39-------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                          A/R:
1100 W SOUTH BLVD                          FTYPE: W   PYMT:
MONTGOMERY          AL 36105 3025                         LOC:
BF:                                                   SHADOW: 01
-------------------------------------------------------------------------
ACCOUNT #: 5100 06972    PERIOD: 01 10 2005 DLC: 11 18 05 TIN:    680513963
CONTROL #: N0532001386 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
=========================================================================
```

1. A) TOTAL GROSS CHARGES FROM RENTALS ETC................... 56,050.64
   B) TOTAL COLLECTIONS ON CREDIT CHARGES................... .00
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION...... 56,050.64
3. TOTAL DEDUCTIONS........................................ .00
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX................ 56,050.64
5. AMOUNT OF TAX (4% OF LINE 4)............................ 2,242.03
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)................ 47.84
7. PENALTY AND INTEREST.................................... .00
8. CREDIT CLAIMED.......................................... .00
8. TOTAL AMOUNT DUE......................................... 2,194.19
9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ................ 2,194.19

```
EC: 1        ALABAMA 4% LODGINGS TAX DETAIL (EFT)              DAC: __
-RVX2ST39--------------------------------------------------------RVY20187-
CENTRAL ALABAMA HOSPITALITY LL                        A/R:
1100 W SOUTH BLVD                          FTYPE: W    PYMT:
MONTGOMERY        AL 36105 3025                        LOC:
BF:                                                    SHADOW: 01
------------------------------------------------------------------------
ACCOUNT #: 5100 06972    PERIOD: 01 11 2005 DLC: 12 19 05 TIN:  680513963
CONTROL #: N0534302359 DELQ: N  FORM: 2320 USERID: PM0  CHAIN #: 000669178 001
========================================================================
1. A) TOTAL GROSS CHARGES FROM RENTALS ETC...................    51,259.18
   B) TOTAL COLLECTIONS ON CREDIT CHARGES...................          .00
2. TOTAL GROSS CHARGES HERETOFORE CLAIMED AS DEDUCTION.......    51,259.18
3. TOTAL DEDUCTIONS.........................................          .00
4. TOTAL AMOUNT REMAINING AS MEASURE OF TAX.................    51,259.18
5. AMOUNT OF TAX (4% OF LINE 4).............................     2,050.37
6. DISCOUNT (5% OF FIRST $100 + 2% OVER $100)...............        44.01
7. PENALTY AND INTEREST.....................................          .00
8. CREDIT CLAIMED...........................................          .00
8. TOTAL AMOUNT DUE.........................................     2,006.36
9. TOTAL AMOUNT REMITTED/PAYMENT RECEIVED: Y ...............     2,006.36
```