IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 DEC 29 P 4:43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JOYCE A POPWELL | CASE NO.: |
| PLAINIFF | |
| V. | 2: 06 CV-00851-MHT |
| CENTRAL HOSPITALITY, ET AL | |
| DEFENDANTS, | |

**MOTION FOR REMOVAL OF DEFENDANT'S ATTORNEY FOR KISHOR DESAI, MR. CHARLES EDMONDSON, DUE TO CONFLICT OF INTEREST**

I, Joyce A. Popwell, hereby state that Mr. Charles Edmondson and I had an attorney-client relationship between 1991 - 1993. Also, while working as general manager of Ramada Inn Airport, I took care of the books and had constant dealings and contact with the firm of Azar & Azar from 2002 - 2005.

Therefore, I request the Court to consider this a conflict of interest.

Certificate of Service

I hereby certify that the above and foregoing instrument has been served upon all defendants as listed below:

Respectfully Submitted,

_Joyce A. Popwell_
JOYCE A. POPWELL, PLAINTIFF

CHARLES WYATT EDMONDSON
621 SOUTH PERRY S
MONTGOMERY, AL 3610

Representing - Hemant Patel
Central Hospitality

GEORGE B. AZAR
AZAR-AZAR
ATTORNEYS AT LAW
POST OFFICE BOX 2028
MONTGOMERY, AL 36102

Representing - Kishor Desai

ANIL PATEL 4389 S> ALABAMA AVENUE MONROEVILLE, Al 36460   Pro-se

Shalish Patel - A/K/a Chandra Patel 2041 Kinderton Manor Dr Duluth, GA.

Chirag Patel - 1100 W. South Blvd Montgomery, Al 36105