IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-00851-MHT ) |
| CENTRAL HOSPITALITY, et al., | ) ) |
|     Defendants. | ) ) |

## ORDER

Upon of review of the *Motion for Removal of Defendants' Attorney for Kishor Desai, Mr. Charles Edmondson, Due to Conflict of Interest*, filed by Plaintiff Joyce A. Popwell (Doc. 29, filed December 29, 2006), it is

**ORDERED** that Defendants show cause why this motion should not be granted on or before January 17, 2007.

DONE this 9th day of January, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE