# In the United States District Court
# For the Middle District of Alabama

RECEIVED

2007 JAN 12 P 4 53

| | | |
|---|---|---|
| Joyce A Popwell | ) | Civil Action |
|     Plaintiff | ) | |
| | ) | 2:06 CV-851 MHT |
| v. | ) | |
| | ) | |
| Central Hospitality, et al | ) | |

    Motion and Affidavit for Entry of Default of Shalish Patel and Alka-Chandra Patel Defendants in action above:

    I, Joyce a. Popwell hereby state that I, the Plaintiff, request that the clerk, pursuant to Rule 55 under Federal Rules of Civil Procedure enter a default against the above defendant in the above case for defendant's failing to plead, answer or otherwise defend.

    The Plaintiff being duly sworn, states the following:

(1) That affiant has personal knowledge of the facts set forth in the affidavit.

(2) That defendant was served with a Summons and a copy of the Statement of Claim/Complaint on October 5, 2006.

(3) That more than 20 days have elapsed since the defendant was served with summons and a copy of the statement of Claim/Complaint.

*Joyce A. Popwell*
*P.O. Box 2812*
*Clanton, Al. 35046*
*609- 442-4447*

**In the United States District Court
For the Middle District of Alabama**

| | | |
|---|---|---|
| Joyce A Popwell | ) | Civil Action |
|     Plaintiff | ) | |
| | ) | 2:06 CV-851 MHT |
| v. | ) | |
| | ) | |
| Central Hospitality, et al | ) | |

Certificate of Judgment

Joyce A. Popwell v. Shalish Patel and Alka-Chandra Patel
2041 Kinderton Manor Drive
Monroeville, AL 36450


I, Clerk of the above-named Court hereby certify that on (date)_____,
plaintiff, recovered of defendants in the court a judgment ( ) with ( ) without waiver of
exemptions for the sum of $5,000,000. Joyce A. Popwell, plaintiff, is pro-se on record.

I certify that this instrument was filed for the record in my office on (date)_____
at (time)_____ and duly recorded in book _____ page _____.


_____
United States Magistrate Judge