# In the United States District Court
## For the Middle District of Alabama

RECEIVED

2007 JAN 12  P 4· 53

| | | |
|---|---|---|
| Joyce A Popwell | ) | Civil Action |
| Plaintiff | ) | |
| | ) | 2:06 CV-851 MHT |
| v. | ) | |
| | ) | |
| Central Hospitality, et al | ) | |

Motion and Affidavit for Entry of Default of Anil Patel defendant in action above:

I, Joyce a. Popwell hereby state that I, the Plaintiff, request that the clerk, pursuant to Rule 55 under Federal Rules of Civil Procedure enter a default against the above defendant in the above case for defendant's failing to plead, answer or otherwise defend.

The Plaintiff being duly sworn, states the following:

(1) That affiant has personal knowledge of the facts set forth in the affidavit.

(2) That defendant was served with a Summons and a copy of the Statement of Claim/Complaint on October 3, 2006.

(3) That more than 20 days have elapsed since the defendant was served with summons and a copy of the statement of Claim/Complaint.

*Joyce a. Popwell*
*P.O. Box 2812*
*Clanton, Al. 35046*
*609- 442- 4447*

Certificate Of Service

I hereby certify that on January 12th 2007, that I served a copy of foregoing documents by United States Postal Service.

Anil Patel
4389 South Alabama Avenue
Monroeville, Al 36460

Kishor Desai
Ramada Inn
1710 West Highland

Charles Wyatt
Edmondson
621 South Perry St
Montgomery, Al 36104

Shalish Patel & Alk Chandra Patel
2041 Kinderton Manor Drive
Duluth, GA 30097

George B. Azaz
2940 Zelda Rd. Fourth Floor
P.o Box 2028
Montgomery, Al 36102

— Attorney for
Hemant
Patel/Central
Hospitality

Joyce A. Boswell
P.V. Co 2812
Clanton, Al.
35046

**In the United States District Court**
**For the Middle District of Alabama**

Joyce A Popwell                    )                    Civil Action
       Plaintiff            )
                )                    2:06 CV-851 MHT
       v.                )
                )
Central Hospitality, et al        )

Certificate of Judgment

Joyce A. Popwell v. Anil Patel
        4389 South Alabama Avenue
        Monroeville, AL  36450
        (251) 743-3297

I, Clerk of the above-named Court hereby certify that on (date)_____,
plaintiff, recovered of defendants in the court a judgment (  ) with (  ) without waiver of
exemptions for the sum of $5,000,000. Joyce A. Popwell, plaintiff, is pro-se on record.

I certify that this instrument was filed for the record in my office on (date)_____
at (time)_____ and duly recorded in book _____ page _____.

_____
        United States Magistrate Judge