IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-00851-MHT |
| CENTRAL HOSPITALITY, et al., | ) |
| Defendants. | ) |

## ORDER

Upon of review of the *Motion for Removal of Defendants' Attorney for Kishor Desai, Mr. Charles Edmondson, Due to Conflict of Interest*, filed by Plaintiff Joyce A. Popwell (Doc. 29, filed December 29, 2006) and *Response of Kishor Desai and Attorney Charles W. Edmondson to Motion for Removal and Order to Show Cause* (Doc. 33, filed January 16, 2007, it is for good cause therein

**ORDERED** that Plaintiff's *Motion for Removal of Defendants' Attorney for Kishor Desai, Mr. Charles Edmondson, Due to Conflict of Interest* (Doc. 29) is **DENIED**.

DONE this 18th day of January, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE