IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06-CV-00851-MHT |
| | ) |
| CENTRAL HOSPITALITY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon of review of the *Application to Clerk for Entry of Default against Shalish Patel and Alka-Chandra Patel* (Doc. 31, filed January 12, 2007) and *Application to Clerk for Entry of Default against Anil Patel* (Doc. 32, filed January 12, 2007), filed by Plaintiff Joyce A. Popwell, it is for good cause therein

**ORDERED** that Plaintiff's Applications are **DENIED** at this time. After conferring with the Clerk of Court, there is no evidence that the above-referenced *pro se* defendants were served with the *Amended Complaint* (Doc. 16, filed October 30, 2006). Pursuant to the Order issued by this Court on September 29, 2006, Defendants were instructed to refrain from responding to Plaintiff's claims until the Amended Complaint was filed. While Plaintiff complied and filed an Amended Complaint with the court, there is no indication a copy of the Amended Complaint was served on defendants Shalish Patel, Alka-Chandra Patel, or Anil Patil. Further, Plaintiff's applications for default specifically refer to the Original

Complaint to which defendants were instructed not to respond.[1]  To date, no summons has been issued nor has a certificate of service been provided.  As such, Plaintiff's request must be **DENIED**.

DONE this 26th day of January, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff notes the Defendants Shalish Patel and Alka-Chandra Patel were served with a copy of the Summons and a copy of the Statement of Claim/Complaint on October 5, 2006. (Doc. 31). Plaintiff notes the defendant Anil Patel was served with a copy of the Summons and a copy of the Statement of Claim/Complaint on October 3, 2006. (Doc. 32).