**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Joyce A. Popwell
   PO Box 2812
   Clanton, AL 35046

06-851 Order #35

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Joyce A. Popwell_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    Date of Delivery: 1-29-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0001 2962 1386

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540