IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOYCE A. POPWELL,          )
                                           )
      Plaintiff,               )   Case No.
                                           )   2:06 CV-0085 MHT
                                           )
v.                                         )
                                           )
CENTRAL HOSPITALITY, et al.,   )
                                           )
     Defendants.            )

**PLAINTIFF'S MOTION TO SERVE DEFENDANTS WITH AMENDED
COMPLAINT PURSUANT TO 28 U.S.C. § 1915**

COMES NOW the Plaintiff and hereby moves the clerk of this Court to serve Defendants Shalish Patel, Alka-Chandra Patel, and Anil Patel with Plaintiff's Amended Complaint pursuant to 28 U.S.C. § 1915 because Plaintiff is proceeding in forma pauperis at the addresses set forth in Plaintiff's attached Amended and original complaints.

                                                       _Joyce A. Popwell_
                                                       JOYCE A. POPWELL
                                                       Pro Se

                                                       4/4/07

Certificate Of Service

I hereby certify that the above and foregoing instruments has been served upon all Defendants as listed below:

George B. Azar  
Attorneys At Law  
Post Office Box 2028  
Montgomery, Al 36102

Attorney for  
Hemant Patel  
Central Hospitality  
(Alabama)

Anil Patel  
4389 Alabama Ave.  
Monroeville, Al 36460

Pro-Se

Shalish and Alka-Chandra Patel   Pro-Se  
2041 Kinderton Manor Dr.  
Duluth, Ga. 30097

Charles Edmondson  
621 Perry St  
Montgomery, Al 36102

Attorney for  
Kishsor Desai

Joyce A. Popwell  
~~3/27/07~~ 4/3/07

P.O. Box ~~2812~~ 1413  
Montgomery, Al 36102  
609-442-4447