IN The United States District Court
For The Middle District of Alabama
Northern Division

---

Joyce A Popwell
    Plainiff

Case No:
2:06-CV-00851MHT

V

Central Hospitality et al
    Defendants

Plainiff's Notice of Change of Address

---

P.O. Box 1413
Montgomery, Al 36102


Joyce A. Popwell
4/5/07

## Certificate of Service

I hereby certify that the above and foregoing instruments has been served upon All Defendants as listed below:

George Azar
Attorneys At Law
Post Office Box 2028
Montgomery, Al 36102

Attorney for
Hemant Patel
Central Hospitality
(Alabama)

Anil Patel
4389 Alabama Ave
Monroeville, Al 36460

Pro-se

Shalish and Alka-Chandra Patel
2041 Kinderton Manor Dr.
Duluth, Ga. 30097

Pro-se

Charles Edmondson
621 Perry St.
Montgomery, Al
36102

Attorney for
Kishor Desai

P.O. Box 1413
Montgomery, Al 36102
609-442-4447

Joyce A. Popwell