In The United States District Court
For Middle District of Alabama
Northern Division

Joyce A. Popwell
            Plaintiff

Case No.
2:06-CV-00851 MHT

Vs

Central Hospitality
    (Alabama) et AL
            Defendants

RECEIVED
2007 APR -5 A 9:46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

Motion for Opposition of Dismissal for
Defendant Kishor Desai with Strict Proofs

I, plaintiff Joyce A. Popwell submit opposition
to dismissal with strict proofs.
    (1) Admitted at time of filing.

    (2) Defendant Kishor Desai had and has full
Knowledge of all Defendants as proofs from
Secretary of State will indicate as follows:
    (a) Ownership Registration showing Hemant
Patel and Anil Patel information as partners
of Central Alabama Hospitality.

    (b) Dissolvement of Central (Alabama) Hospitality
by defendant Kishor Desai only days after
filing of this Action. (Note Kishor Desai's
signature.)

    (c) Several documents showing Corporate
filing by Kishor Desai, Anil Patel and Hemant
as partners, on enclosed Secretary of State
documents, enclosed.

(0) Kishor Desai is representing to Franchise Services in Parsippany, N.J. that Ramada Inn at 1100 W. South Blvd Montgomery, Al 36105 is still under Central Alabama Hospitality and that he is Acting manager (General MANAGER) as of March 2006 After Plaintiff requested removal as the General MANAGER and contact person. (Letter to Cendant Legal Departments Attorney is enclosed, in reference to removal.

Franchise Service MANAGER can be reached at Wynham Worldwide, formerly Cendant Corp., at 1 Sylvan Way Parsippany, NJ. Plaintiff spoke with Cathy Pochee Franchise Service manager for Ramada Inn at this location (Site 13668) in Feburary 2007.

Plaintiff Also spoke to MARK Meriwether several times about removal of Plaintiff Joyce A Popwell, as this hendered getting employment at other properties and Plaintiff was not employed as of 11/05.

Plaintiff notified all partners per MARK Meriwether about this problem, as suggested.

Ms Pochee and Mr. Meriwether can be contacted at 973-753-6000.

Defendant Kishor Desai stated Plaintiff would receive at least $200.00 per week while out on medical again. Another form of deception by Mr. Kishor Desai. Plaintiff only received one payment of $200.00 while on medical from 9/7/05 - 11/15/05. Defendant told Plaintiff go to Hemant Patel to receive pay.

(3) Defendant Kishor Desai had full knowlege of every item mentioned in complaint. Plainiff either saw Defendant daily or spoke to him on the phone daily unless he was out of the country on business or in India, England or other points of interest. And even then Plainiff spoke to him at least once per week while acting as MANAGER and General MANAGER of full operations of Ramada Inn.

(4) Defendant came over to Ramada Inn 1100 W. South Blvd in Feburary of 2003.

Prior to Plainiff coming over to Ramada Inn Plainiff was promoted to manager by Hemant Patel and Shleish Patel. Prior to Plainiffs promotion taxes were with held, from Payroll for about 5½ weeks. Even though salary was the same there were no taxes withdrawn except for this period. In fact Plainiff was imformed when she was promoted that Hemant Patel and Shaleish Patel would take care of this.

Defendant Kishor Desai when Asked about this also stated it would be taken care of. All Defendants stated Plainiff's retirement would not be a problem. However there was no contract signed between Plainiff and Defendants, or document that taxes would not be with held.

Even though Plainiff requested W-2 Form Plainiff was told in 2003 she would get a 1099 but when subject came up Defendant, Kishor Desai had another excuse, such as if they counted Plainiffs room she would have to pay taxes or Plainiffs 1099 must have got lost or misplaced.

These comments came directly from Defendant Kishor Desai.

Defendant Kishor Desai hired Vinay Sharma for Marketing at height of time frame that Plainiff was doing all Marketing from 2003-2005. However most of the time Plainiff was doing Marketing as mentioned in complaint yet Mr. Sharma was paid for this position and most the time he was in India and away from Ramada Inn, especially After he was hired, Payroll checks still came in while he was away 5 months. Mr. Sharma was Also at Ramada Inn (Selma).

Defendant wanted Plainiff to continue doing Marketing because as Defendant Kishor Desai stated No one likes Mr. Sharma as he approahed potential Companies and guests, during 2004-2005.

Plainiff had Already brought in company business and other sales before Mr. Sharma was hired, both on property and off property sites.

as business dropped. Plaintiff's shift was changed in 2004 so she could do Marketing during the day. When asked about the commission I was told I needed to bring in more revenue.

Plaintiff never received benefits as promised such as 10% of revenue for Contract Sales, Group Sales, Banquet Sales as well as outside Sales. Plaintiff was told after remodling was completed she would receive the commission. Defendant Kishor Desai claims he never promised me anything, yet he had Tandy Mitchell train me for Marketing in 2003 even though I had years of experience.

September 2006 Plaintiff applied for benefits through Social Security and discovered taxes were never reported except for first few weeks of employment. (2002)

(a) Enclosed is W-2 Form from Department of Revenue, for 2002. (Never received by Defendants)

(b) Enclosed in previous opposition for Defendant Hemant Patel are copies of of Revenues sheets during time Plaintiff was employed 2003-2005 and while plaintiff did Marketing.

Defendant Kishor Desai is clearly in violation of Social Security Title XVII (42 USC 138 A (1)-(3)

Failure to report wages as well as Defendants Hemant Patel and Anil Patel, as well as Shaleish Patel

and Shaliesh Patel's wife Alka Chandra Patel.

Defendant Kishor Desai as stated earlier had full knowledge of how Plaintiff was treated by Chirag Patel and his family and did nothing about his profanity as he used profanity at the workplace too, to employees and guests. Also.

According to Defendant Kishor Desai he was under direction of Anil Patel since Chirag Patel and his family was brought to Ramada Inn by Anil Patel in 2004 and Defendant's partner.

Even though Chirag Patel and family had living accomodations as employees they received higher wages and overtime plus co-signining of a car for the family by Anil Patel.

Also they had numerous vacations and trips while Plaintiff had to work excessive hours to cover for them with no extra wages, or vacations for 3 years.

Defendant Kishor Desai was aware of this because he issued payroll and made out schedules every 2 weeks.

Plaintiff also had concerns of health problems brought to Defendant Kishor Desai, and blew it off as a joke and ignored it, Plaintiff even had to work with a broken arm 4/05 even though plaintiff had a medical excuse while Defendant went off to India.

(a) Document enclosed

Defendant Kishor Desai told Plaintiff After her request for day shift he could work her as many hours as he wanted as she was salaried. And Defendant Also stated Plaintiff would be working 18 hr. days if she was not just out of hospital After Katrina. Plaintiff was called on to work several hours and called several times as Plaintiff also resided at Ramada Inn, Since Plaintiff was General Manager.

(a) Comment Card enclosed showing this during this Time Frame.

Plaintiff was Also told while away in New Jersey on medical leave, by Anil Patel he told partners to impound my car and throw-out my personal possessions., Defendant Kishor Desai was called, by Plaintiff and was told he called Anil Patel. On Plaintiff's return 11/15/05.

Plaintiff called due to the fact Defendant Kishor Desai told me I was replaceable but Also stated to me "Americans are disposable"!

Plaintiff also called Hemant Patel and he knew about Anil Patel's decision to get rid of me, while on medical.

Chirag Patel is Co-Defendant with Anil Patel and it recently came to Plaintiff's Attention Hemant Patel has been hendering service of this Defendant. Defendant Kishor Desai as well as All Defendant have conspired in this Action to hender service.

Defendant Kishor Desai as All Defendants in this Civil Matter had Knowledge of following Violations:

(a) Social Security Title XVII (42 USC 138 A(1) - (3) Failure to Report Earnings as of Febarary 2003 as Defendant Kishor Desai took care of Payroll and deductions. and failed to report Plainiffs earnings.

(b) Civil Rights Act VII 1963

(1) Wage Discrimination

Plainiff received less than employees especially employees from India

(2) Sexual Harassment

(3) Hostile Environment

(4) Age and disability discrimination

(5) Discrimination of National Origin
     Title 1964

Plainiff hereby request dismissal of EEOC be denied due to late filing by defendant Attorney on December 15th, 2006, Filing due December 8th, 2006.

I, Plainiff Joyce A Popwell hereby request that dismissal of Kishor Desai be denied, as Plainiffs strict proofs clearly shows Defendant Kishor Desai answers are clearly false.

4/5/07

Joyce A. Popwell

## First Defense

(1) There is clearly a cause of Action mentioned in Cross/claim as well as complaint and amended Complaint.

## Second Defense

(2) Guilty or iNNOcent is clearly evident in this Opposition to Dismissal.

## Third Defense

(1) Defendant Knew the risks when he illegally handled Plainiff's employment and All Aspects of all items mentioned in complaint.

(2) Central Alabama Hospitality LLC does not cover or handle such claims as this case. Defendant Was AwAre of company being dissolved when he received Summons for this MATTer, 2 days After filling of this Case. (Enclosed documents from Secretary of State.)

## Fourth Defense

Considering All Proofs there is No claim for Defense under the Fourth Defense

## Fifth Defense

Plaintiff contends that as far as laws are concerned mentioned here there is a 2 year statue in most instances.

## Sixth Defense

Punitive Damages is set-up to show an example of defendants for wrong doing.

And in these matters Alabama Constitutional Laws due not apply under Federal Rules of this court. All violations are Federal Matters in content.

6th Amendment to Constitution applies here due to the fact it is a criminal offense not to report earnings of an employee. Under Social Security Title XVII (42 USC 138 A) 1 - (3).

14th Amendment - Burden of Proofs has been submitted

Plaintiff hereby request Punitive Damages be awarded due to facts submitted in the illegal this Defendant handled Plaintiffs employment and the inconsiderate way plaintiff was treated and used by Defendant Kishor Desai.

Joyce A. Popwell
4/5/07
609-2142-4447
P.O Box 1413
Montgomery, Al 36102

## Certificate of Service

I hereby certify that the Above and foregoing instruments has been served upon all Defendants as listed below:

George Azar
Attorneys At Law
Post Office Box 2028
Montgomery, Al 36102

Attorney for
Hemant Patel
Central Hospitality
(Alabama)

Anil Patel
4389 Alabama Ave
Monroeville, Al 36460

Pro-Se

Shaliesh and Alka-Chandra Patel    Pro-Se
2041 Kinderton Manor Dr.
Duluth, GA 30097

Charles Edmondson
621 Perry St.
Montgomery, Al 36102

Attorney for
Kishor Desai

Change of Address

Joyce A. Popwell

P.O. Box 1413
Montgomery, Al
36102

609-442-4447

## Certificate of Service

I hereby certify that the above and foregoing instruments has been served upon All Defendants as listed below:

George Azar
Attorneys At Law
Post Office Box 2028
Montgomery, Al 36102

Attorney for
Hemant Patel
Central Hospitality
(Alabama)

Anil Patel
4389 Alabama Ave
Monroeville, Al 36460

Pro-Se

Shalish and Alka-Chandra Patel
2041 Kinderton Manor Dr.
Duluth, Ga. 30097

Pro-Se

Charles Edmondson
621 Perry St.
Montgomery, Al
            36102

Attorney for
Kishor Desai

P.O. Box 1413
Montgomery, Al 36102
609-442-4447
Joyce A. Popwell



# State of Alabama
# Department of Revenue

(www.revenue.alabama.gov)
50 North Ripley Street
Montgomery, Alabama 36132

**G. THOMAS SURTEES**
Commissioner

**CYNTHIA UNDERWOOD**
Assistant Commissioner
**LEWIS A. EASTERLY**
Secretary

February 9, 2007

Joyce Popwell
P. O. Box 2812
Clanton, Al  35046

Re: Request for W-2

Ms. Popwell,

The Alabama Department of Revenue has received the form 4506-W, which is a form requesting copies of your W-2 form.  Please find enclosed a copy of your W-2 form for the year 2002.

If you have any further questions concerning this matter, please contact me at the number shown below.

Thank you,

Lakessia Turner, Revenue Examiner II
Alabama Individual and Corporate Tax Division
Withholding Tax Section
P. O. Box 327480
Montgomery, Al  36132-7480
(334) 242-1300
Fax (334) 242-0112
Email: lakessia.turner@revenue.alabama.gov

| a Control number | 22222 | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|

POP

| b Employer identification number | | 1 Wages, tips, other compensation 700.00 | 2 Federal income tax withheld 4.00 |
|---|---|---|---|

68-0513963

| c Employer's name, address, and ZIP code | 3 Social security wages 700.00 | 4 Social security tax withheld 43.40 |
|---|---|---|

CENTRAL ALABAMA HOSPITALITY LLC
1100 W SOUTH BLVD
MONTGOMERY, AL 36108

| | 5 Medicare wages and tips 700.00 | 6 Medicare tax withheld 10.16 |
|---|---|---|
| | 7 Social security tips | 8 Allocated tips |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

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

| e Employee's first name and initial     Last name | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|

POPWELL          JOYCE

| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
|---|---|
| 14 Other | 12c |
| | 12d |

f Employee's address and ZIP code

| 15 State   Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| AL   406097 | 700.00 | 18.00 | 700.00 | | |

Form **W-2** **Wage and Tax Statement**
INFORMATION RETURN
For State, City or Employer File Copy D

**2002**
(Rev. February 2002)

Department of the Treasury—Internal Revenue Service
**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**
FORM 5204

This is a true and correct copy of document on file with the Alabama Department of Revenue.

Certified by _Patricia Sims_
Title _Revenue Examiner_
Date _2/9/07_

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

as appears on file and of record in this office, the pages
hereto attached, contain a true, accurate and literal copy of
articles of organization of Central Alabama Hospitality, L.L.C.,
as received and filed in the office of the Secretary of State of
Alabama on July 29, 2002, showing the date of organization as
July 24, 2002, the date said instrument was filed in the office
of the Judge of Probate of Montgomery County.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**

02/06/07

**Date** _Beth Chapman_

**Beth Chapman**                                    **Secretary of State**

CORP  236 PAGE  328

# ARTICLES OF ORGANIZATION

## OF

## CENTRAL ALABAMA HOSPITALITY, L.L.C.
### an Alabama Limited Liability Company

#  683640

Posted by.          Checked by:

**July 2002**

RECEIVED

JUL 2 9 2002

SECRETARY
OF STATE

**AZAR & AZAR, L.L.C.**
**Attorneys at Law**
**P.O. Box 2028**
**Montgomery, AL 36102-2028**

**(334) 265-8551**

# ARTICLES OF ORGANIZATION

## OF

## CENTRAL ALABAMA HOSPITALITY, L.L.C.
### an Alabama Limited Liability Company

### ARTICLE I

### NAME

The name of the limited liability company (the "Company") is,
**"CENTRAL ALABAMA HOSPITALITY, L.L.C."**

### ARTICLE II

### DURATION

The period of duration of the Company shall be ninety-nine years from the date of the recording of these Articles with the Judge of Probate of Montgomery County, Alabama, unless earlier terminated by agreement of the members or by the operation of law.

### ARTICLE III

### PURPOSE

The purpose of the Company is to engage in the business of operating of a motel and to engage in other businesses and perform any acts permitted by Alabama law to be engaged in or performed by a limited liability company.

### ARTICLE IV

### INITIAL REGISTERED OFFICE AND AGENT

The location and mailing address of the initial registered office of the Company is, **1100 West South Boulevard, Montgomery, Alabama 36105.** The name of the initial registered agent for the Company is **Kishor Desai**.

RECEIVED

JUL 2 9 2002

SECRETARY
OF STATE

CORP  236 PAGE  330

-2-

## ARTICLE V

### INITIAL MEMBERS

The names and mailing addresses of the initial members of the Company are:

Kishor Desai
995 West South Boulevard
Montgomery, Alabama 36105
SS # 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
33 1/3% Member

Anil Patel
4389 South Alabama Avenue
Monroeville, Alabama
SS# 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
33 1/3% Member

Hemant V. Patel
4243 Inn South Avenue
Montgomery, Alabama 36105
SS # 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
331/3% Member

## ARTICLE VI

### ADMISSION OF ADDITIONAL MEMBERS

No person shall be admitted as an additional member without the consent of the Manager and a majority in interest of the members.

## ARTICLE VII

### CONTINUATION OF BUSINESS

Upon the occurrence of an event of dissociation which terminates the continued membership of a member, the remaining members may continue the legal existence and business of the Company if (i) there are at least two remaining members or a new member is admitted, and (ii) a majority in interest of the remaining members consent in writing to the continuation of the business within ninety (90) days after the occurrence of the event of dissociation.

## ARTICLE VIII

### MANAGEMENT

The Company shall be managed by managers (the "Managers"). The Managers will be **Kishor Desai, Anil Patel** and **Hemant V. Patel,** until they resign or is removed by the operation of law or the vote of members owing at least fifty (50%) percent of the interests in the Company (other than any interest owned by the Manager as a member).

-3-

## ARTICLE IX

## AMENDMENTS

Any amendment to these Articles of Organization shall require the approval of the Manager and a majority in interest of the then members.

## ARTICLE X

## EXECUTION AND DATE

These Articles of Organization are executed by and on behalf of the initial Members as of the ___20th___ day of July, 2002.


_____
**Kishor Desai**

_____
**Anil Patel**


_____
**Hemant V. Patel**


PREPARED BY:

Edward J. Azar
AZAR & AZAR, L.L.C.
Attorneys at Law
P.O. Box 2028
Montgomery, Al 36102-2028
(334) 265-8551

g:\wp51\CORP\ kunalllc\articles

State of Alabama Montgomery Co
I Certify This Document
was filed on
7/24/02 3:18:55 PM   Abstract# 24056
Reese McKinney, Jr.
Judge of Probate

| | LLC (Limited Liability Corp) | $ 40.00 |
|---|---|---|
| 1 | Index Fee | $5.00 |
| 4 | 80.00per page fee | $0.00 |
| 1 | Recording Fee | $35.00 |

CERTIFIED COPY
I hereby certify this document was filed in
Montgomery County, Alabama on 7/24/02
Book  236
Page  338
_____
Judge of Probate

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody
of the Great and Principal Seal of said State, do hereby certify that**

as appears on file and of record in this office, the pages

hereto attached, contain a true, accurate and literal copy

of articles of dissolution of Central Alabama Hospitality,

L.L.C., as received and filed in the Office of the

Secretary of State of Alabama on October 3, 2006, showing

the date of dissolution as September 29, 2006, the date

said instrument was filed in the office of the Judge of

Probate of Montgomery County.



**In Testimony Whereof, I have hereunto set my hand
and affixed the Great Seal of the State, at the Capitol,
in the City of Montgomery, on this day.**
02/06/07

**Date**    _Beth Chapman_

CORP 00266 PAGE 0941

#683-640

Posted By: / Checked by:

# STATE OF ALABAMA

## DOMESTIC LIMITED LIABILITY COMPANY
## ARTICLES OF DISSOLUTION GUIDELINES

INSTRUCTIONS:

STEP 1: FILE ORIGINAL AND TWO COPIES WITH THE JUDGE OF PROBATE IN THE COUNTY WHERE THE ORIGINAL ARTICLES OF ORGANIZATION WERE FILED. ATTACH SECRETARY OF STATE AND JUDGE OF PROBATE FEES. THE SECRETARY OF STATE'S FILING FEE IS $10. PLEASE CONTACT THE JUDGE OF PROBATE OFFICE TO VERIFY THEIR FILING FEES.

PURSUANT TO THE PROVISIONS OF THE ALABAMA LIMITED LIABILITY COMPANY ACT AND SECTION 10-12-37 OF THIS ACT, THE UNDERSIGNED DOMESTIC LIMITED LIABILITY COMPANY SUBMITS THE FOLLOWING ARTICLES OF DISSOLUTION.

Article I      The name of the limited liability company:

Central Alabama Hospitality

Article II     The date of filing of the articles of organization: 7/24/02

Article III    The reason for filing the articles of dissolution: 9/29/06

SOLD BUISNESS TO NEW BUYER

Article IV     The dissolution was authorized by written consent of all members and effective on

Et September 29, 2006.

Article V      Attach other information the members or managers filing the articles of dissolution deem appropriate.

# RECEIVED

9/29/06

Date

OCT 3 - 2006

## SECRETARY OF STATE

KISHOR DESAI

Type or Print Member's Name and Title

signature

Signature of Authorized Member

## CERTIFIED COPY

I hereby certify this document was filed in Montgomery County, Alabama on 9/29/06 in

Book Corp 266

Page 941

Reese McKinney Jr.
Judge of Probate

STATE OF ALA.
MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT
WAS FILED ON
CORP 00266 PG 0941 2006 Sep 29
04:37 PM
REESE MCKINNEY JR.
JUDGE OF PROBATE

| | |
|---|---|
| INDEX | $5.00 |
| REC FEE | $5.00 |
| CERT | $0.00 |
| CASH TOTAL | $10.00 |

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

as appears on file and of record in this office, the pages hereto attached, contain a true, accurate and literal copy of articles of organization of AVADH, L.L.C., as received and filed in the office of the Secretary of State of Alabama on August 25, 2006, showing the date of organization as August 22, 2006, the date said instrument was filed in the office of the Judge of Probate of Montgomery County.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

02/06/07

_____
**Date**

_____
**Beth Chapman**                    **Secretary of State**

CORP 00266 PAGE 0233

## ARTICLES OF ORGANIZATION

### OF

**AVADH, L. L. C.**
**an Alabama Limited Liability Company**



August 2006



**AZAR & AZAR, LLC**
**Attorneys at Law**
**P.O. Box 2028**
**Montgomery, AL 36102-2028**
**(334) 265-8551**

**Paul E. Burkett, Attorney at Law**

1

CORP 00266 PAGE 0234

# ARTICLES OF ORGANIZATION

## OF

# AVADH, L. L. C.
## an Alabama Limited Liability Company

## ARTICLE I

### NAME

The name of the limited liability company (the "Company") is,
" AVADH, L. L. C. "

## ARTICLE II

### DURATION

The period of duration of the Company shall be perpetual from the date of the recording of these Articles with the Judge of Probate of Montgomery County, Alabama, unless earlier terminated by agreement of the members or by the operation of law.

## ARTICLE III

### PURPOSE

The purpose of the Company is to engage in the business of hotel and motel property management and operations of all kinds associated therewith; and to engage in any other businesses and perform acts permitted by Alabama law to be engaged in or performed by a limited liability company in this state.

## ARTICLE IV

### INITIAL REGISTERED OFFICE AND AGENT

The location and mailing address of the initial registered office of the Company is, 1100 West South Boulevard, Montgomery, Alabama 36105. The name and address of the initial registered agent for the Company is Hemant V. Patel, 1100 West South Boulevard, Montgomery, Alabama 36105.

CORP 00266 PAGE 0235

## ARTICLE V

## INITIAL MEMBERS

The name and mailing address of the initial members of the Company and their percentage ownership interests are as follows:

Hemant V. Patel
1100 West South Boulevard
Montgomery, Alabama 36105
Hemant V. Patel  has a 100% (One Hundred) Ownership Interest in Shares of Company

## ARTICLE VI

## ADMISSION OF ADDITIONAL MEMBERS

No person shall be admitted as an additional member without the consent of all the interested members.

## ARTICLE VII

## CONTINUATION OF BUSINESS

Upon the occurrence of an event of dissociation which terminates the continued membership of a member, the remaining members may continue the legal existence and business of the Company if (i) there is at least one remaining member or a new member(s) is/are admitted, and (ii) a majority in interest of the remaining member(s) consent in writing to the continuation of the business within ninety (90) days after the occurrence of the event of dissociation.

## ARTICLE VIII

## MANAGEMENT

The Company shall be managed by a manager or managers appointed by the member(s) of the company.

CORP 00266 PAGE 0236

## ARTICLE IX

## AMENDMENTS

Any amendment to these Articles of Organization shall require the approval of all the then members.

## ARTICLE X

## EXECUTION AND DATE

These Articles of Organization are executed by and on behalf of the initial members as of the 21 day of **August**, 2006.

_____
Hemant V. Patel, Organizer/Member

**CERTIFIED COPY**
I hereby certify this document was filed in
Montgomery County, Alabama on _8/22/06_ in
Book _Corp 266_
Page _233-236_
_Reese McKinney, Jr._
**Judge of Probate**

PREPARED BY:
Paul E. Burkett
AZAR & AZAR, L.L.C.
Attorneys at Law
P.O. Box 2028
Montgomery, Al 36102-2028

STATE OF ALA.
MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT
WAS FILED ON
CORP 00266 PG 0233-0236 2006 Aug 22
11:17 AM
REESE MCKINNEY JR.
JUDGE OF PROBATE

| INDEX | |
|---|---|
| REC FEE | $5.00 |
| CERT | $35.00 |
| CHECK TOTAL | $0.00 |
| 29893 | $40.00 |
| | Clerk: SHAUNTE 11:24 AM |

4

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

JOYCE A. POPWELL             *
                                     *
        Plaintiff,        *
                                       *
vs.                           *      CASE NO. 2:06-CV-00851-MHT
                                       *
CENTRAL HOSPITALITY, et al   *
                                       *
        Defendants.      *

## AMENDED ANSWER OF KISHOR DESAI

COMES NOW, the Defendant Kishor Desai, does hereby amend his answer to the Plaintiff's

complaint by adding the following defenses:

### SEVENTH DEFENSE

22.      This Defendant avers that Plaintiff's allegations are in violation of Title VII of the Civil

Rights Act of 1964, 42 USC Section 2000 and related claims are barred by her failure to file a claim

with the Equal Employment Opportunity Commission and the Plaintiff's failure to file such a claim

entitles this Defendant to a dismissal of the Plaintiff's Title VII claims.

RESPECTFULLY SUBMITTED,

Charles W. Edmondson (EDM002)
Attorney for Kishor Desai

Charles W. Edmondson, P.C.
621 S. Perry Street
Montgomery, Alabama 36104
334-265-9034
Fax 265-9425

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing instrument has been served upon Joyce A. Popwell, P.O. Box 2812, Clanton, Alabama 35046 and George B. Azar, P.O. Box 2028, Montgomery, Alabama 36102-2028, by placing copy of same in the United States Mail, postage prepaid, this ___15___ day of December, 2006.

Charles W. Edmondson (EDM002)

# Southern
# Orthopaedic
# Surgeons *LLC*

DONALD F. HODURSKI, M.D., FAAOS, FACS
JAMESH. ARMSTRONG, M.D., FAAOS
SAMUEL L. MILLER, M.D., FAAOS, FACS
CHARLES T. FLETCHER, JR., M.D., FAAOS, FACS

P.O. Box 250450
MONTGOMERY, AL 36125-0450
(334) 613-9000

MICHAEL E. FREEMAN, M.D., FAAOS, FACS
ROLAND A. HESTER, IV, M.D., FAAOS, FACS
JOSEPH F. CURTIS, JR., M.D., FAAOS, FACS
N TUCKER MATTOX, JR., M.D., FAAOS, FACS
STEPHEN W. SAMELSON, M.D., FAAOS

DATE _4/20/05_            CHART # _89094_

EMPLOYEE NAME _Joyce Ingwell_

EMPLOYER NAME _____

DIAGNOSIS _____

TREATMENT _____

DISPOSITION   EMPLOYEE _____ OR _✓_ RETURN
              MAY            MAY (NOT)

TO WORK _4/20/05_ TO _____ OR _____
        DATE            NORMAL DUTY    LIGHT DUTY

RESTRICTIONS _X 2wks_

APPROXIMATE TIME OUT OF WORK _____

DATE TO RETURN TO DOCTOR _May 4 2:00_

DATE DISMISSED BY DOCTOR _____

PHYSICIAN'S SIGNATURE _____

REMARKS

SOS-11
Printed by: Creativa Printing (334) 281-1315

```
Corporation Data As Of  2/06/2007          Secretary Of State
For Account Number....: 683-640          Corporations Division
                                              P.O. Box 5616
Requested By:                            Montgomery, AL  36103
                                            www.sos.state.al.us
JOYCE                                        (334)242-5324
```

_____ As Filed With The Corporations Section _____

Domestic LLC _____

   Central Alabama Hospitality, L.L.C.

County Filed In _____

   Montgomery County

Formed Date _____

   07-24-2002  Dissolved.: 09-29-2006

Report Date _____

   * Not On Data Base

Registered Agent _____

   DESAI, KISHOR
   1100 WEST SOUTH BLVD
   MONTGOMERY, AL  36105

Principal Address _____

   MONTGOMERY, AL

Nature Of Business _____

   MOTEL

Names Of Partners _____

   DESAI, KISHOR

   PATEL, HERMANT V

   PATEL, ANIL

```
Corporation Data As Of  2/06/2007              Secretary Of State
For Account Number....: 689-441             Corporations Division
                                                P.O. Box 5616
Requested By:                               Montgomery, AL  36103
                                              www.sos.state.al.us
JOYCE                                           (334)242-5324
```

─────────── As Filed With The Corporations Section ───────────

## Domestic LLC

DADA, L.L.C.

## County Filed In

Montgomery County

## Formed Date

04-17-2003

## Report Date

* Not On Data Base

## Registered Agent

DESAI, KISHOR
1100 W SOUTH BLVD
MONTGOMERY, AL  36105

## Principal Address

MONTGOMERY, AL

## Nature Of Business

OPERATE A MOTEL

## Names Of Partners

DESAI, MANISHA

DESAI, VISHAAL

DESAI, SANJAY

Corporation Data As Of  2/06/2007
For Account Number....: 689-440

Requested By:

JOYCE

                    Secretary Of State
                    Corporations Division
                    P.O. Box 5616
                    Montgomery, AL  36103
                    www.sos.state.al.us
                    (334)242-5324

## As Filed With The Corporations Section

### Domestic LLC

   Shivraj, L.L.C.

### County Filed In

   Montgomery County

### Formed Date

   04-17-2003

### Report Date

   * Not On Data Base

### Registered Agent

   DESAI, KISHOR
   1100 W SOUTH BLVD
   MONTGOMERY, AL  36105

### Principal Address

   MONTGOMERY, AL

### Nature Of Business

   OPERATE A MOTEL

### Names Of Partners

   DESAI, NIRAJ KIRIT

   DESAI, SHIVAM KIRIT

```
Corporation Data As Of  2/06/2007          Secretary Of State
For Account Number....:  234-145          Corporations Division
                                              P.O. Box 5616
Requested By:                             Montgomery, AL  36103
                                             www.sos.state.al.us
JOYCE                                         (334)242-5324
```

## As Filed With The Corporations Section

### Domestic Corp.

   s & k Investment Management, Inc.

### Incorporation Place

   Montgomery County

### Incorporation Date

   03-16-2004

### Filed Date

   * Not On Data Base

### Registered Agent

   DESAI, KISHOR
   9232 PRENTISS CT
   MONTGOMERY, AL  36117

### Principal Address

   MONTGOMERY, AL

### Capital Amounts

   $1,000 Authorized  --- Paid In

### Nature Of Business

   ACQUIRE/OPERATE MOTEL PROPERTIES

### Names Of Incorporators

   DESAI, KISHOR

Corporation Data As Of   2/06/2007
For Account Number....:  234-145

Requested By:

JOYCE

Secretary Of State
Corporations Division
P.O. Box 5616
Montgomery, AL  36103
www.sos.state.al.us
(334)242-5324

------------------- As Submitted On 2006 Annual Report -------------------

Reporting Address

   S & K INVESTMENT MANAGEMENT INC
   9232 PRESTISS COURT
   MONTGOMERY, AL  36117

Agent As Reported

   DESAI, KISHOR
   9232 PRENTISS CT
   MONTGOMERY, AL  36117-8468

President Of Corp.

   * Not Reported

Secretary Of Corp.

   * Not Reported

General Business

   MOTEL MANAGEMENT

Telephone Number

   * Not Reported

Processed By Revenue

   09-25-2006

Corporation Data As Of   2/06/2007                     Secretary Of State
For Account Number....: 145-704                      Corporations Division
                                                          P.O. Box 5616
Requested By:                                        Montgomery, AL  36103
                                                       www.sos.state.al.us
JOYCE                                                    (334)242-5324

---

### As Submitted On 2006 Annual Report

#### Reporting Address

    PARASMANI INC
    995 W SOUTH BLVD
    MONTGOMERY, AL  36105-3038

#### Agent As Reported

    DESAI, KISHOR
    995 W SOUTH BLVD
    MONTGOMERY, AL  36105-3038

#### President Of Corp.

    DESAI, KISHOR K
    260 WASHINGTON ST
    MONTGOMERY, AL  36104-4250

#### Secretary Of Corp.

    DESAI, KIRIT
    4200 OLD GENTILLY BLVD
    NEW ORLEANS, LA  70126

#### General Business

    MOTEL/RESTAURANT
    995 W SOUTH BLVD
    MONTGOMERY, AL  36105

#### Telephone Number

    334-284-4004

#### Processed By Revenue

    06-21-2006

```
Corporation Data As Of  2/06/2007          Secretary Of State
For Account Number....: 679-376           Corporations Division
                                              P.O. Box 5616
Requested By:                             Montgomery, AL  36103
                                            www.sos.state.al.us
JOYCE                                         (334)242-5324
```

## As Filed With The Corporations Section

### Domestic LLC

Reinmissa Holdings, L.L.C.

### County Filed In

Montgomery County

### Formed Date

12-27-2001

### Report Date

* Not On Data Base

### Registered Agent

DESAI, KISHOR
995 WEST SOUTH BLVD
MONTGOMERY, AL  36105

### Principal Address

MONTGOMERY, AL

### Nature Of Business

OPERATE A MOTEL

### Names Of Partners

DESAI, KISHOR

PATEL, DIPAK

PATEL, TARA

```
Corporation Data As Of  2/06/2007              Secretary Of State
For Account Number....: 686-562             Corporations Division
                                                P.O. Box 5616
Requested By:                               Montgomery, AL  36103
                                              www.sos.state.al.us
JOYCE                                            (334)242-5324
```

_____ As Filed With The Corporations Section _____

Domestic LLC _____

   Hospitality Management Investment Services, L.L.C.

County Filed In _____

   Montgomery County

Formed Date _____

   12-13-2002

Report Date _____

   * Not On Data Base

Registered Agent _____

   DESAI, KISHOR
   1100 WEST SOUTH BLVD
   MONTGOMERY, AL  36105

Principal Address _____

   MONTGOMERY, AL

Nature Of Business _____

   OPERATE A MOTEL

Names Of Partners _____

   DESAI, KISHOR

   PATEL, DHARMESH S

   PATEL, ANIL

   PANCHAL, ANAND

```
Corporation Data As Of   2/06/2007          Secretary Of State
For Account Number....: 686-444          Corporations Division
                                               P.O. Box 5616
Requested By:                            Montgomery, AL  36103
                                             www.sos.state.al.us
JOYCE                                          (334)242-5324
```

<u>          As Filed With The Corporations Section          </u>

<u>Domestic LLC          </u>

   Gordhan Family, L.L.C.

<u>County Filed In          </u>

   Montgomery County

<u>Formed Date          </u>

   12-12-2002

<u>Report Date          </u>

   * Not On Data Base

<u>Registered Agent          </u>

   DESAI, KISHOR
   1100 WEST SOUTH BLVD
   MONTGOMERY, AL   36105

<u>Principal Address          </u>

   MONTGOMERY, AL

<u>Nature Of Business          </u>

   OPERATE A MOTEL

<u>Names Of Partners          </u>

   GORDHAN, SHERINA

   GORDHAN, SHIVAN

   GORDHAN, PRIYANA

```
Corporation Data As Of   2/06/2007              Secretary Of State
For Account Number....:  652-900               Corporations Division
                                                    P.O. Box 5616
Requested By:                                  Montgomery, AL  36103
                                                  www.sos.state.al.us
JOYCE                                               (334)242-5324
```

_____ As Filed With The Corporations Section _____

Domestic LLC _____

   S.K. Management, L.L.C.

County Filed In _____

   Montgomery County

Formed Date _____

   11-29-1995   Dissolved.: 02-23-2005

Report Date _____

   12-11-1995

Registered Agent _____

   DESAI, KISHOR
   995 WEST SOUTH BLVD
   MONTGOMERY, AL  36105

Principal Address _____

   995 WEST SOUTH BLVD
   MONTGOMERY, AL  36105

Office Of Records _____

   995 WEST SOUTH BLVD
   MONTGOMERY, AL  36105

Nature Of Business _____

   OPERATION OF VARIOUS MOTEL PROPERTIES

Names Of Partners _____

   DESAI, KISHOR

   DESAI, SMITA

```
Corporation Data As Of   2/06/2007              Secretary Of State
For Account Number....: 247-832               Corporations Division
                                                   P.O. Box 5616
Requested By:                                  Montgomery, AL  36103
                                                 www.sos.state.al.us
JOYCE                                              (334)242-5324
```

As Filed With The Corporations Section

Domestic Corp.

   Alabama Owners Group, Inc.

Incorporation Place

   Jefferson County

Incorporation Date

   06-15-2006

Filed Date

   * Not On Data Base

Registered Agent

   PATEL, ANIL
   2127 7TH AVE SOUTH
   BIRMINGHAM, AL  35233-3105

Principal Address

   BIRMINGHAM, AL

Capital Amounts

   $1,000 Authorized  $1,000 Paid In

Nature Of Business

   INVEST/TRADE/DEAL IN VARIOUS MERCHANDISE/GOODS/WARES

Names Of Incorporators

   PATEL, ANIL

```
Corporation Data As Of   2/06/2007          Secretary Of State
For Account Number....: 226-606           Corporations Division
                                               P.O. Box 5616
Requested By:                            Montgomery, AL  36103
                                            www.sos.state.al.us
JOYCE                                         (334)242-5324
```

<u>As Filed With The Corporations Section</u>

<u>Domestic Corp.</u>

   HETY, INC.

<u>Incorporation Place</u>

   Madison County

<u>Incorporation Date</u>

   12-23-2002   Dissolved.: 04-01-2005

<u>Filed Date</u>

   * Not On Data Base

<u>Registered Agent</u>

   PATEL, ANIL
   214 LONGWOOD DR
   HUNTSVILLE, AL  35801

<u>Principal Address</u>

   HUNTSVILLE, AL

<u>Capital Amounts</u>

   $2,000 Authorized  $1,000 Paid In

<u>Nature Of Business</u>

   OPERATE A CONVENIENCE STORE

<u>Names Of Incorporators</u>

   PATEL, ANIL

   PATEL, ATULKUMAR B

```
Corporation Data As Of  2/06/2007          Secretary Of State
For Account Number....: 886-528          Corporations Division
                                              P.O. Box 5616
Requested By:                            Montgomery, AL  36103
                                            www.sos.state.al.us
JOYCE                                       (334)242-5324
```

_____ As Filed With The Corporations Section _____

Foreign Corp. _____

   Corporate Computers of Mobile, Inc.

State Of Incorporation _____

   Mississippi

Qualified Date _____

   06-10-1985

Incorporation Date _____

   * Not On Data Base

Registered Agent _____

   PATEL, ANIL
   2866 DAUPHIN ST  STE U
   MOBILE, AL  36606

Principal Address _____

   80 48TH STREET
   GULFPORT, MS  39501

Nature Of Business _____

   COMPUTER SALES AND SERVICE

```
Corporation Data As Of   2/06/2007              Secretary Of State
For Account Number....: 886-528               Corporations Division
                                                   P.O. Box 5616
Requested By:                                 Montgomery, AL  36103
                                                www.sos.state.al.us
JOYCE                                             (334)242-5324
```

_____ As Submitted On 2001 Annual Report _____

Reporting Address _____

   CORPORATE COMPUTERS OF MOBILE INC
   80 48TH ST
   GULFPORT, MS  39507-4049

Agent As Reported _____

   PATEL, ANIL
   SUITE U
   2866 DAUPHIN ST
   MOBILE, AL  36606-2482

President Of Corp. _____

   PETERS, MICHAEL W
   707 SARAZEN DR
   GULFPORT, MS  39507-2227

Secretary Of Corp. _____

   CAMPBELL, ANDREW B JR
   603 BRIARWOOD DR
   LONG BEACH, MS  39560

Alabama Business _____

   COMPUTER SALES & SER
   2866 DAUPHIN ST SUITE U
   MOBILE, AL  36606

General Business _____

   COMPUTER SALES & SER
   80 48TH ST
   GULFPORT, MS  39507

Telephone Number _____

   601-868-5510

Processed By Revenue _____

   02-01-2005

```
Corporation Data As Of   2/06/2007            Secretary Of State
For Account Number....: 453-702            Corporations Division
                                               P.O. Box 5616
Requested By:                            Montgomery, AL  36103
                                             www.sos.state.al.us
JOYCE                                          (334)242-5324
```

<u>As Filed With The Corporations Section</u>

<u>Domestic LLC</u>

   Dada Hotel Investments, LLC

<u>County Filed In</u>

   Montgomery County

<u>Formed Date</u>

   07-30-2004

<u>Report Date</u>

   * Not On Data Base

<u>Registered Agent</u>

   PATEL, SHITAL
   2625 ZELDA RD
   MONTGOMERY, AL  36107

<u>Principal Address</u>

   MONTGOMERY, AL

<u>Nature Of Business</u>

   OPERATE MOTEL REAL ESTATE PROPERTIES

<u>Names Of Partners</u>

   PATEL, SHITAL

   DESAI, KISHOR

   PATEL, DIPIKA

   PATEL, MANHAR

Corporation Data As Of  2/06/2007
For Account Number....: 150-376

Requested By:

JOYCE

Secretary Of State
Corporations Division
P.O. Box 5616
Montgomery, AL  36103
www.sos.state.al.us
(334)242-5324

As Submitted On 2006 Annual Report

Reporting Address

AUM INC
4389 S ALABAMA AVE
MONROEVILLE, AL  36460-9408

Agent As Reported

PATEL, ANIL
4389 S ALABAMA AVE
MONROEVILLE, AL  36460

President Of Corp.

PATEL, ANIL
4389 S ALABAMA AVE
MONROEVILLE, AL  36460

Secretary Of Corp.

PATEL, KISHOR
4389 S ALABAMA AVE
MONROEVILLE, AL  36460

General Business

MOTEL
RT 3 BOX 195
MONROEVILLE, AL  36460

Telephone Number

251-743-3297

Processed By Revenue

03-23-2006

Corporation Data As Of   2/06/2007
For Account Number....: 150-376

Requested By:

JOYCE

Secretary Of State
Corporations Division
P.O. Box 5616
Montgomery, AL  36103
www.sos.state.al.us
(334)242-5324

<u>As Filed With The Corporations Section</u>

<u>Domestic Corp.</u>

   AUM, Inc.

<u>Incorporation Place</u>

   Monroe County

<u>Incorporation Date</u>

   05-20-1992

<u>Filed Date</u>

   * Not On Data Base

<u>Registered Agent</u>

   PATEL, ANIL
   ROUTE 3 BOX 195
   MONROEVILLE, AL  36460

<u>Principal Address</u>

   MONROEVILLE, AL

<u>Capital Amounts</u>

   $1,000 Authorized  $1,000 Paid In

<u>Nature Of Business</u>

   ANY LAWFUL ACTIVITY

<u>Names Of Incorporators</u>

   PATEL, ANIL

   PATEL, KISHOR

```
Corporation Data As Of   2/06/2007           Secretary Of State
For Account Number....: 191-223            Corporations Division
                                                P.O. Box 5616
Requested By:                             Montgomery, AL  36103
                                             www.sos.state.al.us
JOYCE                                          (334)242-5324
```

_____  As Submitted On 2002 Annual Report  _____

Reporting Address  _____

   SHORTER ENTERPRISES INC
   450 MAIN ST
   SHORTER, AL  36075-4316

Agent As Reported  _____

   PATEL, R L
   1101 INDUSTRIAL PKWY
   SARALAND, AL  36571-3721

President Of Corp.  _____

   PATEL, R L
   1101 INDUSTRIAL PKWY
   SARALAND, AL  36571-3721

Secretary Of Corp.  _____

   PATEL, ANIL
   4389 S ALABAMA AVE
   MONROEVILLE, AL  36450

General Business  _____

   OPER HOTELS/MOTELS
   1101 INDUSTRIAL PKWY
   SARALAND, AL  36571

Telephone Number  _____

   334-727-6034

Processed By Revenue  _____

   06-23-2003

```
Corporation Data As Of    2/06/2007           Secretary Of State
For Account Number....: 191-223             Corporations Division
                                                  P.O. Box 5616
Requested By:                              Montgomery, AL  36103
                                              www.sos.state.al.us
JOYCE                                           (334)242-5324
```

_____ As Filed With The Corporations Section _____

Domestic Corp. _____

   Shorter Enterprises, Inc.

Incorporation Place _____

   Macon County

Incorporation Date _____

   10-31-1997  Dissolved.: 05-27-2003

Filed Date _____

   * Not On Data Base

Registered Agent _____

   PATEL, R L
   DAYS INN
   1101 INDUSTRIAL PKWY
   SARALAND, AL  36571

Principal Address _____

   SARALAND, AL

Capital Amounts _____

   $1,000 Authorized  $1,000 Paid In

Nature Of Business _____

   OPERATE MOTELS, HOTELS AND INNS

Names Of Incorporators _____

   PATEL, ANIL

   PATEL, R L

   DESAI, A B

Corporation Data As Of   2/06/2007
For Account Number....: 193-274

Requested By:

JOYCE

Secretary Of State
Corporations Division
P.O. Box 5616
Montgomery, AL  36103
www.sos.state.al.us
(334)242-5324

As Submitted On 2006 Annual Report

Reporting Address

    MONROEVILLE INN INC
    4419 S ALABAMA AVE
    MONROEVILLE, AL  36460-5639

Agent As Reported

    PATEL, ANIL
    4389 S ALABAMA AVE
    MONROEVILLE, AL  36460-5629

President Of Corp.

    PATEL, ANIL
    4389 S ALABAMA AVE
    MONROEVILLE, AL  36460-5629

Secretary Of Corp.

    PATEL, KISHOR
    4389 S ALABAMA AVE
    MONROEVILLE, AL  36460-5629

General Business

    MOTEL
    RR 3 BOX 195
    MONROEVILLE, AL  36460

Telephone Number

    251-867-3801

Processed By Revenue

    04-05-2006

Corporation Data As Of  2/06/2007
For Account Number....: 484-623

Requested By:

JOYCE

Secretary Of State
Corporations Division
P.O. Box 5616
Montgomery, AL  36103
www.sos.state.al.us
(334)242-5324

## As Filed With The Corporations Section

### Domestic LLC

Soham Group III, LLC

### County Filed In

Jefferson County

### Formed Date

09-29-2006

### Report Date

* Not On Data Base

### Registered Agent

SONI, NEIL
1691 SOUTHPOINT DR
HOOVER, AL  35244

### Principal Address

HOOVER, AL

### Nature Of Business

COMMERCIAL/RESIDENTIAL REAL ESTATE

### Names Of Partners

PATEL, ANIL

SONI, NEAL

SONI, INDRA

SONI, ANAL

PATEL, HEMALI

PATEL, GIRISH

PATEL, HENNA

```
Corporation Data As Of   2/06/2007              Secretary Of State
For Account Number....:  478-427              Corporations Division
                                                   P.O. Box 5616
Requested By:                                Montgomery, AL  36103
                                               www.sos.state.al.us
JOYCE                                            (334)242-5324
```

As Filed With The Corporations Section

Domestic LLC

   Ganesh Hospitality, LLC

County Filed In

   Montgomery County

Formed Date

   05-02-2006

Report Date

   * Not On Data Base

Registered Agent

   PATEL, SHITAL
   2625 ZELDA RD
   MONTGOMERY, AL  36107

Principal Address

   MONTGOMERY, AL

Nature Of Business

   MOTEL REAL ESTATE PROPERTY MANAGEMENT

Names Of Partners

   PATEL, SHITAL

   PATEL, BHUPENDRA

   DESAI, KISHOR

   PATEL, VIJAYKUMAR

   LEVA, RAJESH

Corporation Data As Of   2/06/2007                    Secretary Of State
For Account Number....: 478-428                     Corporations Division
                                                         P.O. Box 5616
Requested By:                                      Montgomery, AL  36103
                                                     www.sos.state.al.us
JOYCE                                                  (334)242-5324

_____ As Filed With The Corporations Section _____

Domestic LLC _____

   Parvarti Hospitality, LLC

County Filed In _____

   Montgomery County

Formed Date _____

   05-02-2006

Report Date _____

   * Not On Data Base

Registered Agent _____

   PATEL, SHITAL
   2625 ZELDA RD
   MONTGOMERY, AL  36107

Principal Address _____

   MONTGOMERY, AL

Nature Of Business _____

   MOTEL REAL ESTATE PROPERTY MANAGEMENT

Names Of Partners _____

   PATEL, SHITAL

   PATEL, BHUPENDRA

   DESAI, KISHOR

   PATEL, VIJAYKUMAR

   LEVA, RAJESH

Corporation Data As Of   2/06/2007
For Account Number....:  694-159

Requested By:

JOYCE

Secretary Of State
Corporations Division
P.O. Box 5616
Montgomery, AL  36103
www.sos.state.al.us
(334)242-5324

## As Filed With The Corporations Section

Domestic LLC

   Devi, LLC

County Filed In

   Montgomery County

Formed Date

   10-21-2003

Report Date

   * Not On Data Base

Registered Agent

   PATEL, SHITAL
   2625 ZELDA RD
   MONTGOMERY, AL  36107

Principal Address

   MONTGOMERY, AL

Nature Of Business

   ACQUIRE MOTEL REAL ESTATE PROPERTIES

Names Of Partners

   PATEL, SHITAL

   DESAI, KISHOR

```
Corporation Data As Of  2/06/2007        Secretary Of State
For Account Number....: 483-383         Corporations Division
                                             P.O. Box 5616
Requested By:                          Montgomery, AL  36103
                                          www.sos.state.al.us
JOYCE                                       (334)242-5324
```

## As Filed With The Corporations Section

### Domestic LLC

  H Financial of Alabama, LLC

### County Filed In

  Montgomery County

### Formed Date

  08-25-2006

### Report Date

  * Not On Data Base

### Registered Agent

  PATEL, SHITAL
  2625 ZELDA RD
  MONTGOMERY, AL  36107

### Principal Address

  MONTGOMERY, AL

### Nature Of Business

  FINANCIAL HOLDING COMPANY

### Names Of Partners

  PATEL, SHITAL

  DESAI, KISHOR

  DESAI, RAJA

  PATEL, VIJAY

  LEVA, RAJESH ISHVARBHAI

  PATEL, AMIT

Corporation Data As Of  2/06/2007                Secretary Of State
For Account Number....: 145-704                  Corporations Division
                                                      P.O. Box 5616
Requested By:                                    Montgomery, AL  36103
                                                    www.sos.state.al.us
JOYCE                                                 (334)242-5324

_____ As Submitted On 2006 Annual Report _____

Reporting Address _____

   PARASMANI INC
   995 W SOUTH BLVD
   MONTGOMERY, AL  36105-3038

Agent As Reported _____

   DESAI, KISHOR
   995 W SOUTH BLVD
   MONTGOMERY, AL  36105-3038

President Of Corp. _____

   DESAI, KISHOR K
   260 WASHINGTON ST
   MONTGOMERY, AL  36104-4250

Secretary Of Corp. _____

   DESAI, KIRIT
   4200 OLD GENTILLY BLVD
   NEW ORLEANS, LA  70126

General Business _____

   MOTEL/RESTAURANT
   995 W SOUTH BLVD
   MONTGOMERY, AL  36105

Telephone Number _____

   334-284-4004

Processed By Revenue _____

   06-21-2006

```
Corporation Data As Of  2/06/2007          Secretary Of State
For Account Number....: 191-223           Corporations Division
                                              P.O. Box 5616
Requested By:                             Montgomery, AL  36103
                                             www.sos.state.al.us
JOYCE                                         (334)242-5324
```

_____ As Submitted On 2002 Annual Report _____

Reporting Address _____

   SHORTER ENTERPRISES INC
   450 MAIN ST
   SHORTER, AL  36075-4316

Agent As Reported _____

   PATEL, R L
   1101 INDUSTRIAL PKWY
   SARALAND, AL  36571-3721

President Of Corp. _____

   PATEL, R L
   1101 INDUSTRIAL PKWY
   SARALAND, AL  36571-3721

Secretary Of Corp. _____

   PATEL, ANIL
   4389 S ALABAMA AVE
   MONROEVILLE, AL  36450

General Business _____

   OPER HOTELS/MOTELS
   1101 INDUSTRIAL PKWY
   SARALAND, AL  36571

Telephone Number _____

   334-727-6034

Processed By Revenue _____

   06-23-2003

```
Corporation Data As Of  2/06/2007          Secretary Of State
For Account Number....: 656-139           Corporations Division
                                               P.O. Box 5616
Requested By:                            Montgomery, AL  36103
                                             www.sos.state.al.us
JOYCE                                          (334)242-5324
```

As Filed With The Corporations Section

Domestic LLC

   Sairam International, LLC

County Filed In

   Butler County

Formed Date

   03-25-1997

Report Date

   04-10-1997

Registered Agent

   PATEL, ARVIND
   106 CAHABA RD
   GREENVILLE, AL  36037

Principal Address

   106 CAHABA RD
   GREENVILLE, AL  36037

Office Of Records

   415 E COMMERCE ST
   GREENVILLE, AL  36037

Nature Of Business

   OWN/OPERATE HOTELS & MOTELS

Names Of Partners

   PATEL, ARVIND

   PATEL, RAMESH

   PATEL, DINESH

   DESAI, KISHOR

Corporation Data As Of  2/06/2007                    Secretary Of State
For Account Number....: 193-274                    Corporations Division
                                                         P.O. Box 5616
Requested By:                                     Montgomery, AL  36103
                                                    www.sos.state.al.us
JOYCE                                                 (334)242-5324

                    As Filed With The Corporations Section
_____

Domestic Corp. _____

   Monroeville Inn, Inc.

Incorporation Place _____

   Monroe County

Incorporation Date _____

   02-27-1998

Filed Date _____

   * Not On Data Base

Registered Agent _____

   PATEL, ANIL
   RT 3 BOX 195
   MONROEVILLE, AL   36460

Principal Address _____

   MONROEVILLE, AL

Capital Amounts _____

   $1,000 Authorized  --- Paid In

Nature Of Business _____

   ANY LAWFUL ACTIVITY

Names Of Incorporators _____

   PATEL, ANIL

   PATEL, KISHOR