IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-00851-MHT |
| | ) |
| CENTRAL HOSPITALITY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon of review of *Plaintiff's Motion to Serve Defendants with Amended Complaint Pursuant to 28 U.S.C. § 1915* (Doc. 38, filed April 4, 2007), it is

**ORDERED** that the motion is **GRANTED**. Further, the Clerk is **DIRECTED** to reissue copies of the Amended Complaint to all defendants to ensure they have received the Amended Complaint (Doc. 16, filed October 30, 2006).

DONE this 5th day of April, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE