In The United States of District Court

For The Middle District of Alabama Northern Divison

RECEIVED
2007 APR -9 P 3:38
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Joyce A. Popwell
Plaintiff

Case No.
2:06-CV-00851 MHT

vs

Central Hospitality et al
Defendants

Plaintiff's Notice of Dates to Conference Case with all Parties. Order March 30th 2007

I, Joyce A. Popwell will be Available the following dates: April 19th-20th-23rd-24th-25th-26th-27th-29th And 30th. Also May 1st-3rd.

Plaintiff phoned George AZA on April 9th 2007. George AZAr's client is Hemant Patel on record. Mr. AZAr has declined to Conference, case and stated he never received the order. Therefore Plaintiff wishs to submit the Above dates for possible Conference.

Joyce A. Popwell
4/9/07
P.O. Box 1413
Montgomery, Al
36102
Phone 609-442-4447

In The United States District Court
For Middle District of Alabama
Northern Division

Joyce A. Popwell
    Plaintiff

Case NO.
2:06-CV-00851 MHT

vs
Central Hospitality
    (Alabama) et al
        Defendants

Certificate OF Service

George Azar
Attorneys At Law
Post Office Box 2028
Montgomery, Al 36102

Attorney for
Hemant Patel

Anil Patel
4389 Alabama Ave
Monroeville, Al 36460

Pro-Se

Shaliesh Patel and Alka-Chandra
  Patel
2041 Kinderton Manor Dr.
Duluth, GA. 30097

Pro-Se

Charles Edmondson
621 Perry St.
Montgomery, Al 36102

Attorney for
Kishor Desai

Joyce A. Popwell
P.O. Box 1413, Montgomery, Al 36102
609-442-4447