Popwell

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anil Patel
4389 S. Alabama Avenue
Monroeville, AL 36460

2:06cv851-MHT (Cmplam&cmp|smo) 2nd alias

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Judy Martin_  ☐ Agent / ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery  4-9

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED 2007 APR 10 A 10:11
A.P. HACKETT, CLK
U.S. DISTRICT COURT
DISTRICT ALA

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0001 2962 1911

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540