## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06CV851-MHT |
| | ) |
| CENTRAL HOSPITALITY, ET AL., | ) |
| | ) |
|     DEFENDANTS. | ) |

**RESPONSE OF HEMANT PATEL AND CENTRAL ALABAMA HOSPITALITY, L.L.C. TO PLAINTIFF'S NOTICE OF DATES FOR SCHEDULING CONFERENCE**

Central Alabama Hospitality, L.L.C. and Hemant Patel, two of the Defendants in the above action, in response to the notice for dates of conferences filed by Plaintiff shows unto the Court as follows:

1. Due to a problem (which has now been corrected) Defendants had not received the Court's Order on the scheduling conference.

2. After learning the Order had been entered and the undersigned attorney had not received a copy, a copy was obtained and, in response to Plaintiff's listing of dates available, the undersigned attorney has notified Plaintiff, other counsel for Defendants, and Pro Se Defendants of their availability on April 19, 20, 24, 25, 26, and 27 and May 1. By copy of this response, the undersigned attorney states whichever of the above dates is selected by Plaintiff, and cleared with the other parties and attorney in this case, the undersigned attorney will be present and participate in said conference. The undersigned suggested the dates of April 19 or 26.

                                                          Respectfully submitted,

                                                          s/George B. Azar
                                                          George B. Azar

        Bar Number: ASB-3992-A34G
        Elizabeth C. Wible
        Bar Number: ASB-1925-W61E
        Attorneys for Defendants Central Alabama
        Hospitality, L.L.C., & Hemant Patel
        AZAR & AZAR, L.L.C.
        2740 Zelda Road, Fourth Floor
        P.O. Box 2028 (36102-2028)
        Montgomery, Alabama 36106
        Telephone: (334) 265-8551
        Fax: (334) 293-0573
        E-mail: gazar@azarlaw.com / ewible@azarlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Charles W. Edmondson, Esquire
    Attorney for Kishar Desai
    621 S. Perry Street
    Montgomery, AL 36104-5819

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Joyce A. Popwell
    P.O. Box 1413
    Montgomery, AL 36102.

    Anil Patel
    4389 South Alabama Avenue
    Monroeville, AL 36460

    Shalish Patel
    Alka-Chandra Patel
    2041 Kinderton Manor Drive
    Duluth, GA 30097

    Chirag Patel
    1100 West South Boulevard
    Montgomery, AL 36105

        s/George B. Azar