Powell

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Alka-Chandra Patel
2041 Kinderton Manor Drive
Duluth, GA 30097

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): C. Patel
C. Date of Delivery: 4-11

...dress different from item 1? ☐ Yes
r delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

2:06cv851-MHT (cmp/amdcmp/summ.) 20 day entries

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0001 2962 1898

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540