IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOYCE A. POPWELL,** | ) |
| PLAINTIFF, | ) |
| v. | ) CASE NUMBER: 2:06CV851-MHT |
| **CENTRAL HOSPITALITY, ET AL.,** | ) |
| DEFENDANTS. | ) |

**CONFLICT DISCLOSURE STATEMENT OF DEFENDANTS CENTRAL ALABAMA HOSPITALITY, L.L.C., AND HEMANT PATEL**

COME NOW Defendants Central Alabama Hospitality, L.L.C., and Hemant Patel and file this conflict disclosure statement:

1. Dada, L.L.C.
   1100 West South Boulevard
   Montgomery, Alabama 36105-10% Member

2. Shivraj, L.L.C.
   1100 West South Boulevard
   Montgomery, Alabama 36105-10% Member

3. Gordham Family, L.L.C.
   1100 West South Boulevard
   Montgomery, Alabama 36105-20% Member.

                                                                s/ George B. Azar
                                                                 George B. Azar (AZA002)
                                                                 Elizabeth C. Wible (WIB002)
                                                                 Attorneys for Defendants Central Alabama Hospitality, L.L.C., & Hemant Patel

OF COUNSEL:
AZAR & AZAR, L.L.C.
2740 Zelda Road, Fourth Floor
P.O. Box 2028
Montgomery, Alabama 36102-2028

Telephone: (334) 265-8551
Fax: (334) 264-9453
gazar@azarlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Charles W. Edmondson, Esquire
> Attorney for Kishar Desai
> Ramada Inn
> 1710 West Highland
> Selma, AL 36701

and I HEREBY CERTIFY that I served a copy of the foregoing, and a copy of the Notice of Electronic Filing, by United States Postal Service to the following non-CM/ECF participants:

> Joyce A. Popwell
> P.O. Box 1413
> Montgomery, AL 36102.
>
> Anil Patel
> 4389 South Alabama Avenue
> Monroeville, AL 36460
>
> Alka Patel
> Chandra Patel
> 2041 Kinderton Manor Drive
> Duluth, GA 30097

s/George B. Azar

N:\Personal Folders\gazar\Patel-Popwell\Disclosure Statement.wpd