IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     CASE NO. 2:06-CV-00851-MHT |
| | ) |
| CENTRAL HOSPITALITY, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on April 12, 2007 (Doc. 48), and upon an independent and de novo review of the file in this case, said Recommendation is hereby adopted, and it is the **ORDER** of this court that

1. Plaintiff's *Motion for Opposition of Dismissal for Defendant Kishor Desai with Strict Proofs* (Doc. 41, filed April 4, 2007) is **DENIED** as not ripe and without prejudice to being re-filed at a later date; and

2. This case be **REFERRED BACK** to the Magistrate Judge for additional proceedings.

DONE, this the 27th day of April. 2007.

                                                                       /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE