AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

| | |
|---|---|
| JOYCE A. POPWELL | **ALIAS** |
| | **SUMMONS IN A CIVIL CASE** |
| V. | |
| CENTRAL HOSPITALITY, ET AL. | CASE NUMBER: 2:06cv851-MHT |

**RETURNED AND FILED**

**APR 30 2007**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

TO: (Name and address of Defendant)

Shalish Patel
2041 Kinderton Manor Drive
Duluth, GA 30097

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joyce A. Popwell
Pro Se
P. O. Box 1413
Montgomery, AL 36102

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                                April 6, 2007
CLERK                                                                                     DATE

(BY) DEPUTY CLERK

≦AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                *Date*                          *Signature of Server*

                                             _____
                                             *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

MIDDLE DISTRICT OF ALABAMA
OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711
OFFICIAL BUSINESS

7005 1160 0001 2962 1881

RECEIVED
2007 APR 30 A 9: 27
A. P. HACKETT, CLK
DISTRICT COURT
MIDDLE DISTRICT ALA

ATTEMPTED NOT KNOWN

1st
4-9

Addressee Unknown

ATTEMPTED NOT KNOWN

Popwell

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |

Shalish Patel
2041 Kinderton Manor Drive
Duluth, GA 30097

ATTEMPTED NOT KNOWN

2: 06CV851-MHT (Cmplamdcmpl 2nd alias summ)

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7005 1160 0001 2962 1881

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540