United States District Court
Middle District Of Alabama

Joyce A. Popwell
Plaintiff

Case No. 2:06-CV-00851
MHT

VS.

Central Hospitality Et al
Defendants

## Motion For Re-Application Of Default Judgement of Anil Patel

I, Plaintiff Joyce A. Popwell filed a Default Judgement against Anil Patel on 1/12/07. Anil Patel was served Summons and complaint on October 3rd, 2006 according to Docket Report. However there was NO answers required until amended complaint was received. Due to clerical error, amended complaint was not received, even though it was filed October 30th, 2006 according to Docket Report.

As of this date Anil Patel has not responded to Summons, complaint or amended complaint.

SCANNED kw 4/30/07

Amended Complaint was served and received by Anil Patel on April 7th, 2007.

Therefore Plaintiff Joyce A. Popwell hereby request that a Default Judgement be entered against Defendant Anil Patel for amount previously filed on 1/12/07 in the amount of $5,000,000.

Joyce A. Popwell
4/30/07

P.O. Box 1413
Montgomery, AL
36102

## Certificate Of Service

I Hereby Certify that on 4/30/07 I served all parties by mail (regular) the above document.

Anil Patel
4389 S Alabama Ave.
Monroeville, Al 36460

Kishor Desai
Ramada Inn
1710 West Highland
Selma, Al 36701

Attorney
Charles W. Edmondson
621 S Perry St
Montgomery, AL 36

AZAR & AZAR
2740 Zelda Rd Fourth Fl
P.O. Box 2028
Montgomery, Al 36102

Attorney for
Hemant Patel
Central Hospitality

Shalish Patel
2041 Kinderton Manor Drive
Duluth, Ga 30097

Alka Patel
2041 Kinterton Manor Drive
Duluth, GA. 30097

Change of address
for Shaliesh Patel – Alka Patel
340 Ridgewood Dr.
Fayetteville, Ga.
30215