United States District Court
Middle District of Alabama

Joyce A. Popwell
   Plainiff

vs

Central Hospitality Et al
   Defendants

Case No. 2:06-CV-00851
MHT

## Motion To Resend Documents To Shaleish Patel and Alka Patel.

I, Joyce A. Popwell recently discovered that the defendant mentioned in complaint has a new address. And all documents has been refused or sent back to court clerk. This defendant had three months to notify court that he was not the right person. As Defendant was served on October 5th, 2006.

New address to send Summons and All documents is as followings:

Shaliesh Patel and Alka Patel
340 Ridgewood Dr.
Fayetteville, GA.
30215

Phone 678-471-6991

Joyce A. Popwell
P.O. Box 1413
Montgomery, Al 36102

## CERTIFICATE OF SERVICE

I hereby certify that on this ___30th___ day of ___April___, 200_7_, a copy of this ___Motion to Resend Documents To Shaleish Patel and Alka Patel___ was mailed, postage prepaid, to

George Azar
Attorney at Law
P.O. Box 2028
Montgomery, Al 36102
Attorney for Hemant Patel
& Central Hospitality

Charles W. Edmondson
621 S Perry St.
Montgomery, Al 36104
Attorney for Kishor Desai

Shalish Patel
2041 Kinderton Manor Dr.
Duluth, GA 30097
Pro se

Alka-Chandra Patel
2041 Kinderton Manor Dr.
Duluth, GA 30097

Anil Patel    Pro-Se
4389 S Alabama Ave
Monroeville, Al 36460

_Jayne A. Popwell_
PRO SE LITIGANT
4/30/07
P.O. Box 1413
Montgomery, Al
36102