IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-00851-MHT |
| | ) |
| CENTRAL HOSPITALITY, et al., | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

Upon of review of Plaintiff's *Motion to Resend Documents to Shaleish and Alka Patel* (Doc. 54, filed April 30, 2007), it is

**ORDERED** that the motion is **GRANTED**. The Clerk is **DIRECTED** to reissue copies of the Amended Complaint to the new addresses provided in the motion.

DONE this 1st day of May, 2007.

/s/Terrry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE