UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 MAY -1  A 10: 58

| | | |
|---|---|---|
| JOYCE A. POPWELL | ) | |
| | ) | Case No.: 2:06cv851-MHT DEBRA P. HACKETT, CLK |
| v. | ) | U.S. DISTRICT COURT |
| | ) | MIDDLE DISTRICT ALA |
| CENTRAL HOSPITALITY, ET AL. | ) | |
| | ) | |

## DEFENDANT ALKA-CHANDRA PATEL'S ANSWER
## TO PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT

COMES NOW, Defendant Alka-Chandra Patel and files this her answer pro se to

the Plaintiff's Complaint and Amended Complaint and shows this Court as follows:

### First Defense

Plaintiff's Complaint and Amended Complaint fail to state a cause of action upon

which relief can be granted.

### Second Defense

Defendant Alka Patel raises the defenses of lack of personal jurisdiction and

improper venue.

### Third Defense

Defendant Alka Patel states that some or all of Defendant's claims are barred by

the applicable statute of limitations.

### Fourth Defense

Defendant Alka Patel states that Plaintiff's Title VII claims are barred due to the

Plaintiff's failure to file a charge with the EEOC, Plaintiff's failure to request and/or

receive a right to sue letter from the EEOC, and failure to file the pre-requisites required

to bring a Title VII claim under the Civil Rights Act of 1964, 40 U.S.C.§2000 et. seq.

## Fifth Defense

Defendants raise the equitable defenses of laches.

## Sixth Defense

As to the enumerated paragraphs in the Plaintiff's original Complaint Defendant Alka C. Patel responds as follows:

### 1.

As Defendant does not have sufficient information or knowledge to admit or deny this allegation, the same is hereby denied.

### 2.

As Defendant does not have sufficient information or knowledge to admit or deny this allegation, therefore the same is hereby denied.

### 3.

As Defendant does not have sufficient information or knowledge to admit or deny this allegation, therefore the same is hereby denied.

### 4.

As Defendant does not have sufficient information or knowledge to admit or deny this allegation, therefore the same is hereby denied.

### 5.

As Defendant does not have sufficient information or knowledge to admit or deny this allegation, therefore the same is hereby denied.

### 6.

As Defendant does not have sufficient information or knowledge to admit or deny this allegation, therefore the same is hereby denied.

## Seventh Defense

As to the Plaintiff's Amended Complaint pursuant to the Court's Order of September 29, 2006, Defendant Alka Patel states that the Plaintiff has not complied with the Order and as such the Court has ordered the Defendant to "refrain from responding to Plaintiff's claims," but nevertheless in the abundance of caution assuming that Plaintiff's Amended Complaint has complied with that Order Defendant Alka Patel responds to the Plaintiff's Amended Complaint as follows:

### A.

Defendant Alka C. Patel does not have sufficient information or knowledge to admit or deny this claim and thus the same is hereby denied.

### B.

Defendant Alka C. Patel does not have sufficient information or knowledge to admit or deny this claim and thus the same is hereby denied.

### C.

Defendant Alka C. Patel does not have sufficient information or knowledge to admit or deny this claim and thus the same is hereby denied.

### D.

Defendant Alka C. Patel does not have sufficient information or knowledge to admit or deny this claim and thus the same is hereby denied.

### E.

Defendant Alka C. Patel does not have sufficient information or knowledge to admit or deny this claim and thus the same is hereby denied.

**F.**

Defendant Alka C. Patel does not have sufficient information or knowledge to admit or deny this claim and thus the same is hereby denied.

**G.**

Defendant Alka C. Patel does not have sufficient information or knowledge to admit or deny this claim and thus the same is hereby denied.

**H.**

Defendant Alka C. Patel does not have sufficient information or knowledge to admit or deny this claim and thus the same is hereby denied.

**I.**

Defendant Alka C. Patel does not have sufficient information or knowledge to admit or deny this claim and thus the same is hereby denied.

Further, as to each and every other allegation in the Plaintiff's Complaint or Amended Complaint that is not specifically admitted above, the same is hereby denied. Further to Plaintiff's ad dandum clause no response is required, but to the extent that one is, Defendant Alka Patel denies that the Plaintiff is entitled to any relief against Alka Patel.

RESPECTFULLY SUBMITTED this 30th day of April, 2007

_____
Alka C. Patel, pro se

2041 Kinderton Manor Drive
Duluth, GA 30097
(770) 734-9892

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the Defendant's Alka –

Chandra Patel's Answer to Plaintiff's Amended Complaint has been delivered by

depositing a true copy of same in the U. S. Mail, proper postage prepaid, addressed to

counsel of record as follows:

Joyce A. Popwell
Post Office Box 1413
Montgomery, AL 36102

George Azar
Attorneys at Law
Post Office Box 2028
Montgomery, AL 36102

Anil Patel
4389 Alabama Avenue
Monroeville, AL 36460

Charles Edmondson
621 Perry Street
Montgomery, AL 36102

This _30th_ day April, 2007.

_____
Alka C. Patel, pro se

2041 Kinderton Manor Drive
Duluth, GA 30097
(770) 734-9892