IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOYCE A. POPWELL,** | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NUMBER: 2:06CV851-MHT |
| | ) |
| **CENTRAL HOSPITALITY, ET AL.,** | ) |
| | ) |
| DEFENDANTS. | ) |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), on May 2, 2007, the following parties and/or their attorneys held a meeting:

    Joyce A. Popwell, *pro se.*

    Charles W. Edmondson for Defendant Kishor Desai.

    Elizabeth C. Wible for Defendants Hemant Patel and Central Alabama Hospitality.

2. Pre-Discovery Disclosures. The parties will exchange by June 15, 2007, the information required by Fed. R. Civ. P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

    A. Discovery will be needed on the following subjects:

    (1) All of the allegations contained in Plaintiffs' Complaint that have not been admitted by Defendants.

    (2) All of the defenses raised in Defendants' Answers

    (3) All allegations made by Defendants in any counterclaim that have not

been admitted by Plaintiff.

  B.  All discovery commenced in time to be completed by February 15, 2008.

    (1) Maximum of 40 interrogatories, including subparts, by each party to any other party. Responses due 30 days after service, plus the time allowed by the Federal Rules of Civil Procedure for mailing.

    (2) Maximum of 40 requests for admission, including subparts, by each party to any other party. Responses due 30 days after service, plus the time allowed by the Federal Rules of Civil Procedure Rules for mailing.

    (3) Maximum of 10 depositions by Plaintiff and 10 by Defendants. Each deposition, other than of parties, limited to maximum of 7 hours unless extended by agreement of parties.

    (4) Reports from retained experts under Rule 26(a)(2) due:

      from Plaintiffs by: January 15, 2008.

      from Defendants by: January 31, 2008.

    (5) Supplementations under Rule 26(e) due within 14 days of learning that there is additional information and/or documents that should be disclosed.

  4. Other Items.

The parties do not request a conference with the court before entry of the scheduling order. The parties request a pretrial conference in May 2008.

Plaintiffs should be allowed until September 3, 2007, to join additional parties and amend the pleadings.

Defendants should be allowed until September 17, 2007, to join additional parties and amend

the pleadings.

All potentially dispositive motions should be filed by March 1, 2008.

Settlement cannot be evaluated prior to November 1, 2007, and may be enhanced by use of the following alternative dispute resolution procedure: Mediation.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

>from Plaintiffs by:   May 23, 2008.

>from Defendants by:   May 30, 2008.

Parties should have 7 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by June 2008, and at this time is expected to take approximately 3 days.

Date: May 4, 2007.

/s/ Joyce Popwell
Plaintiff Joyce Popwell, *pro se*
P.O. Box 1413
Montgomery, AL 36102

/s/Charles W. Edmondson
Charles W. Edmondson (EDM002)
Attorney for Defendant Kishor Desai
Charles W. Edmondson, P.C.
621 South Perry Street
Montgomery, AL 36104-5819
Office: 265-9034 / Fax: 265-9425
e-mail: charles@cwepc.com

/s/ Elizabeth C. Wible
George B. Azar (AZA002)
Elizabeth C. Wible (WIB002)
Attorneys for Defendants Hemant Patel & Central Alabama Hospitality, LLC.
AZAR & AZAR, L.L.C.
P.O. Box 2028
Montgomery, Alabama 36102-2028
Telephone: (334) 265-8551
Fax: (334) 264-9453
e-mail:  gazar@azarlaw.com
e-mail:  ewible@azarlaw.com