Popwell

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Alka-Chandra Patel
340 Ridgewood Drive
Fayetteville, GA 30215

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  H. S. Patel
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

dress different from item 1?  ☐ Yes
delivery address below:       ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

2:06cv851-MHT (amdcmp 20 dys)
4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number    7005 1160 0001 2556 6513
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Popwell

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Shalish Patel
340 Ridgewood Drive
Fayetteville, GA 30215

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  H. S. Patel
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

'dress different from item 1?  ☐ Yes
delivery address below:        ☐ No

☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

2:06cv851-MHT (amdcmp 20 dys)
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number    7005 1160 0001 2556 6520
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0001 2556 6520**
Status: **Delivered**

Your item was delivered at 3:52 PM on May 3, 2007 in FAYETTEVILLE, GA 30215.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS       site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust       Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0001 2556 6513**
Status: **Delivered**

Your item was delivered at 3:51 PM on May 3, 2007 in FAYETTEVILLE, GA 30215.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy