IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF

ALABAMA NORTHERN DIVISION

JOYCE A. POPWELL

                          CASE NUMBER: 2:06-CV-00851-MHT

Plaintiff

V.

CENTRAL ALABAMA HOSPITALITY, ET AL.

Defendants.

## SHAILESH PATEL & ALKA PATEL ANSWER

COME NOW SHAILESH PATEL & ALKA PATEL Defendants herein, make their Answer to Plaintiff's Complaint as follows:

### FIRST DEFENSE

Plaintiff fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Defendant objects for lack of service.

### THIRD DEFENSE

Defendant objects to the insufficiency of the service of process.

### FOURTH DEFENSE

Plaintiff failed to exhaust administrative remedies.

### FIFTH DEFENSE

Defendant objects to jurisdiction and venue.

### SIXTH DEFENSE

Defendant answers each of Plaintiff's allegations in their numbered

paragraphs as follows:

1.

Defendant denies all allegations in Plaintiff's Complaints. Wherefore,

Defendants pray that:

   (a) That Plaintiff's Complaint be dismissed with prejudice

   (b) The Court grant such other relief as is just and proper in this action

This 16th day of May, 2007

                                    Shailesh Patel & Alka Patel

                                                        Pro Se

340 Ridgewood Drive

Fayetteville, GA 30215

## CERTIFICATE OF SERVICE

I certify I have this date served all counsel of record in the foregoing case with a copy of Defendants by depositing the same in the U.S. Mail, First Class, with sufficient postage thereon, addressed as follows:

Joyce A. Popwell

P.O. Box 1413 Montgomery, AL 36102

This 16th day of May, 2007

*[signature]*
Shailesh Patel & Alka Patel

Pro Se

340 Ridgewood Drive Fayetteville, GA 30215

678-471-6991

FROM:
SHANUSH & ALICIA PATEL
340 RIDGEWOOD DR.
FAYETTEVILLE
GA - 30215

FIRST CLASS

MIDDLE DISTRICT OF ALABAMA
OFFICE OF
CLERK, UNITED STATES DISTRICT
MS. DEBRA P. HACKETT
P.O. BOX 711
MONTGOMERY AL - 36101-0711



7006 3450 0002 3221 7158