AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

JOYCE A. POPWELL

V.

CENTRAL HOSPITALITY, ET AL.

**ALIAS**
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv851-MHT

TO: (Name and address of Defendant)

Chirag Patel
1100 West South Boulevard
Montgomery, AL 36105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joyce A. Popwell
Pro Se
P. O. Box 1413
Montgomery, AL 36102

RETURNED AND FILED

MAY 24 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                             April 6, 2007

CLERK                                                          DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                                   *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DLE DISTRICT OF ALABAMA
OFFICE OF
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

OFFICIAL BUSINESS

7005 1160 0001 2962 1904

MIDDLE DISTRICT OF

Chirag Patel
1100 West South Boulevard
Montgomery, AL 36105

Plaintiff(s),

v.


RETURNED TO SENDER
UNCLAIMED

---

Popwell

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Chirag Patel
1100 West South Boulevard
Montgomery, AL 36105

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

address different from item 1?  ☐ Yes
delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2:06cv851-MHT (cmplaandcmp/sms) 2nd alias

2. Article Number   7005 1160 0001 2962 1904
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

2007 MAY 24 A 9:35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
RECEIVED