RECEIVED 2007 MAY 24 A 10:53 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

In The United States District Court
For The Middle District of Alabama
Northern Division

Joyce A. Popwell          Case No. 2:06-CV-00851
   Plainiff                          MHT
vs
Central Hospitality, Et al
   Defendants

### Demand For Discovery From All Defendants By June 15th, 2007

I, Joyce A. Popwell, Plainiff hereby request following Discovery:

(1) Copies of Application, W-2 and 1099's forms.

(2) Copies of All contracts signed by Plainiff for Group Sales, Banquets room Sales, Chamber of Commerce Sales for local events also print-outs from Ramada Group Sales listing Plainiff as contact person for such sales.

(3) Copies of Direct Billing contracts such as following companies:
  (1) Product Action
  (2) Bruno's Russell and All Trucking Businesses that Plainff did Marketing for while employed at Ramada Inn
  (3) Family Re-Unions

In The United States District Court
For The Middle District of Alabama
Northern Division

Continued Discovery Demand     Case No
                                                        2:06-CV-00851
                                                                MHT

(4) RedCross-Fema
(3) International Paper
(6) Horizon Inc.
(7) Hyundai
(8) Sylvest Inc Now Koch

(4) Copies of all Folios, apology letters and charge backs signed by Plainiff From 2002-2005.

(5) Copy of bill from Tandi Mitchell hired to train Plainiff for Marketing in 2003 even though plainiff was Already working several months as Marketing Agent, Manager and security.

(6) Proof of Residence of Ramada Inn From 10/10/02 - 11/17/05.

(7) Proof of General Manager and Contact person from Ramada Inn Franchise in Parsippany, N.J. Also Proof of removal as General Manager and Contact From Franchise.

Joyce A. Popwell
P.O. Box 1413
Montgomery, Al 36102
609-442-4447

In The United States District Court
For The Middle District Of Alabama

| | |
|---|---|
| Joyce A. Popwell<br>Plaintiff,<br>VS<br>Central Hospitality, Et AL<br>Defendants | Case No 2:06-CV-00851-MHT |

## Certificate Of Service

I hereby certify that the above request for documents of Discovery has been served upon following defendants by regular mail prepaid, this 9th day of May, 2007.

Anil Patel                    Pro-Se
4389 Alabama Ave
Monroeville, Al 36440


George B. Azar                Attorney for
P.O. Box 2028                 Hemant Patel
Montgomery, Al 36102          Central Hospitality
                                  (Alabama)

In The United States District Court
For The Middle District Of Alabama

2:06-CV-00851 MHT

Certificate of Service cont'd

Charles W. Edmondson          Attorney For
621 S Perry St                Kishor Desai
Montgomery, Al 36104

Chirag Patel                  Co-Defendant of
1100 W. South Blvd.           Anil Patel
Montgomery, Al 36105          Pro-Se

Shaleish Patel                Pro-Se
340 Ridgewood Dr.
Fayetturlle, Ga.
     30215

Alka Patel                    Pro-Se
340 Ridgewood Dr.
ayetteville, Ga 30215

                              Joyce A. Popwell
                              P.O. Box 1413
                              Montgomery, Al 36102
                              Phone 609-442-4447
                              May 9th, 2007