IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

JOYCE A. POPWELL

    Plaintiff,

vs.                           CASE NO. 2:06-CV-00851-MHT

CENTRAL HOSPITALITY, et al

    Defendants.

*RECEIVED 2007 JUN 22 P 3:38*

## MOTION TO DISMISS

**COMES NOW** the Plaintiff, Joyce A. Popwell and does hereby move this Honorable Court to dismiss Defendant Kishor Desai with prejudice as to all allegations and claims asserted by the Plaintiff in the subject litigation and as grounds therefore, states that the Plaintiff has entered into a pro tanto settlement with Defendant Kishor Desai such that he is due to be dismissed as a party Defendant to this litigation.

WHEREFORE, the Plaintiff moves that Defendant Kishor Desai be dismissed with prejudice.

                                          *Joyce A. Popwell*
                                          Joyce A. Popwell, pro se
                                          Plaintiff

Joyce A. Popwell
P.O. Box 1413
Montgomery, Alabama 36102

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument has been served upon Charles W. Edmondson, 621 S. Perry Street, Montgomery, Alabama 36104; George B. Azar, P.O. Box 2028, Montgomery, Alabama 36102-2028; Anil Patel, 4389 Alabama Avenue, Monroeville, Alabama 36460 and Alka C. Patel, 2041 Kinderton Manor Drive, Duluth, Georiga 30097, by placing copy of same in the United States Mail, postage prepaid, this 22nd day of June, 2007.

                                          *Joyce A. Popwell*
                                          Joyce A. Popwell, pro se