IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 2:06-CV-00851-MHT |
| CENTRAL HOSPITALITY, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon of review of the *Motion to Dismiss* filed by Plaintiff Joyce A. Popwell (Doc. 68, filed June 22, 2007), it is

**ORDERED** that the Defendants show cause why this request should not be granted on or before July 5, 2007.

DONE this 25th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE