IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JOYCE A. POPWELL** | * |
| **Plaintiff,** | * |
| vs. | * CASE NO. 2:06-CV-00851-MHT |
| **CENTRAL HOSPITALITY, et al** | * |
| **Defendants.** | * |

### RESPONSE OF DEFENDANT KISHOR DESAI TO ORDER REQUIRING DEFENDANTS TO SHOW CAUSE AS TO WHY SAID DEFENDANT SHOULD NOT BE DISMISSED

**COMES NOW** the Defendant, Kishor Desai and for response to the order of the Court requiring Defendants to show cause why such Defendant should not be dismissed from this proceeding states as follows:

1. This Defendant represents to this Honorable Court that he entered into a confidential pro tanto settlement with the Plaintiff and in consideration therefor, she agreed to dismiss said Defendant with prejudice.

2. There are no cross-claims filed in this proceeding involving Defendant Kishor Desai such that his dismissal is proper.

WHEREFORE, the Defendant accordingly would offer no cause to show why the Plaintiff's motion to dismiss him should not be granted and thus respectfully requests the same.

Charles W. Edmondson (EDM002)
Attorney for Defendant Kishor Desai

Charles W. Edmondson, P.C.
Attorneys at Law
621 S. Perry Street
Montgomery, Alabama 36104

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument has been served upon Joyce A. Popwell, P.O. Box 1413, Montgomery, Alabama 36102; George B. Azar, P.O. Box 2028, Montgomery, Alabama 36102-2028; Anil Patel, 4389 Alabama Avenue, Monroeville, Alabama 36460 and Alka C. Patel, 2041 Kinderton Manor Drive, Duluth, Georiga 30097, by placing copy of same in the United States Mail, postage prepaid, this 3rd day of July, 2007.

_____
Charles W. Edmondson (EDM002)