IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOYCE A. POPWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-00851-MHT |
| | ) | (WO) |
| CENTRAL HOSPITALITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636(b)(1) this case was referred to the undersigned United States Magistrate Judge for review and submission of a report with recommended findings of fact and conclusions of law (Doc. 3, filed September 28, 2006).[1] Pending before the Court is Plaintiff's *Motion to Dismiss* (Doc. 68, filed June 22, 2007) and *Response of Defendant Kishor Desai to Order Requiring Defendants to Show Cause as to Why Said Defendant Should Not Be Dismiss* (Doc. 70, filed July 5, 2007). For good cause, it is the Recommendation of the Magistrate Judge to **grant** the Motion to Dismiss.

I. PARTIES

*Pro se* Plaintiff, Joyce A. Popwell ("Popwell" or "Plaintiff"), is a resident of Montgomery in Montgomery County, Alabama, within the Middle District of Alabama. She

---

[1] The case was originally referred to Magistrate Judge Vanzetta P. McPherson. It was later reassigned to the undersigned on January 8, 2007.

brings suit against seven defendants. The relevant defendant for the pending motion is Kishor Desai ("Defendant" or "Desai").

## II. BACKGROUND AND DISCUSSION

Plaintiff initiated this action *pro se* on September 25, 2006. The Court granted Plaintiff's Motion for Leave to Proceed *in forma pauperis* on September 29, 2006, but also issued an order directing Plaintiff to file an Amended Complaint on or before October 26, 2006. *See* Docs. 4-5. Plaintiff filed her Amended Complaint on October 30, 2006. *See* Doc. 16. Desai filed his Answer on December 8, 2006 and an Amended Answer on December 18, 2006. *See* Docs. 23, 26.

Plaintiff filed her voluntary "Motion to Dismiss" on June 22, 2007. In the motion she states the parties - i.e. Plaintiff and Desai - have entered into a *pro tanto* settlement and requests dismissal of Defendant Desai with prejudice. Desai filed his response in agreement on July 5, 2007. No other defendants objected to the dismissal notice.

## III. CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

(1) Plaintiff's *Motion to Dismiss* (Doc. 68) as it pertains to Defendants Shalish Patel and Alka-Chandra Patel be **GRANTED**;

(2) Defendant Kishor Desai be **DISMISSED with prejudice**.

It is further **ORDERED** that the parties are **DIRECTED** to file any objections to the said Recommendation not later than **July 19, 2007**. Any objections filed must specifically

identify the findings in the Magistrate Judge's Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable. Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); *see Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

DONE this 6th day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE