IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 2:06-cv-851-MHT |
| | ) |
| CENTRAL HOSPITALITY, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

Upon consideration of the District Judge's granting of the application for default (Doc. 74) and Plaintiff's request for default judgment against Defendant Anil Patel (Doc. 53), it is

**ORDERED** that this matter be and is hereby set for oral argument and a hearing on **August 21, 2007 at 10:00 a.m**. The hearing shall be in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

At the evidentiary hearing, the parties shall present evidence pertaining to Plaintiff's entitlement to the requested damages.

DONE this 18th day of July, 2007.

                                                /s/Terry F. Moorer
                                                TERRY F. MOORER
                                                UNITED STATES MAGISTRATE JUDGE