# #2:06-cv-00851-MHT

# DOCUMENT #77
# ARBITRATION STATUS REPORT
# IS
# STRICKEN FROM THE RECORD.

# (FILED ERRONEOUSLY
# IN WRONG CASE)