**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                             TELEPHONE (334) 954-3600

August 2, 2007

# NOTICE OF CORRECTION

**To:**              All parties and counsel of record

**From:**            Clerk's Office

**Case Style:**      Joyce A. Popwell v. Central Hospitality, et al.

**Case Number:**     #2:06-cv-00851-MHT

**Referenced Pleading:**   Document #77
                           Arbitration Status Report

**The above referenced pleading was filed electronically on 8/1/2007, and was erroneously filed in Civil Action #2:06-cv-00851-MHT.**

**The referenced pleading is hereby STRICKEN from Civil Action #2:06-cv-0851-MHT, and the parties are instructed to disregard the entry of this pleading on the court's docket.**