IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-cv-851-MHT |
| | ) |
| CENTRAL HOSPITALITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the *Motion to Withdraw by Counsel for Defendant Central Alabama Hospitality, LLC* (Doc. 78, filed August 1 2007), it is

**ORDERED** that this matter be and is hereby set for hearing on **August 21, 2007 at 10:00 a.m**. in conjunction with the hearing on default judgment. The hearing shall be in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 6th day of August, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE