IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NUMBER: 2:06CV851 |
| | ) |
| CENTRAL HOSPITALITY, ET AL., | ) |
| | ) |
| DEFENDANTS. | ) |

## MOTION TO WITHDRAW BY COUNSEL FOR DEFENDANT HEMANT PATEL

COME NOW George B. Azar and Elizabeth C. Wible, who have appeared in this action as counsel for Defendant Hemant Patel ("Patel"), and move the Court to enter an order permitting the undersigned attorneys, Azar & Azar, LLC, and Azar, Azar & Moore LLC, to withdraw as counsel for Defendant Patel for the reasons that follow:

1. There has been an irreconcilable breakdown of the attorney-client relationship with Defendant Hemant Patel.

2. The trial of this action is currently scheduled for June 2008 and none of the deadlines for amending the pleadings, completing discovery, or filing dispositive motions have passed yet, and Defendant Patel will have ample time to secure new counsel.

3. Defendant Patel has been advised that his counsel is filing this motion and acknowledges that there has been an irreconcilable breakdown of the attorney-client relationship and has indicated his acknowledgment by his signature below.

_____
Hemant Patel

        s/ George B. Azar
        Bar Number: ASB-3992-A34G
        s/ Elizabeth C. Wible
        Bar Number: ASB-1925-W61E
        AZAR & AZAR, L.L.C.
        AZAR, AZAR & MOORE, L.L.C.
        2740 Zelda Road, Fourth Floor
        Montgomery, Alabama 36106
        Telephone: (334) 265-8551
        Fax: (334) 264-9453
        E-mail: gazar@azarlaw.com
              ewible@azarlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I served a copy of the foregoing, and a copy of the Notice of Electronic Filing, by United States Postal Service, to the following non-CM/ECF participants:

    Hemant Patel
    Inn South Motel
    4243 Inn South Street
    Montgomery, AL 36105

    Joyce A. Popwell
    P.O. Box 1413
    Montgomery, AL 36102.

    Anil Patel
    4389 South Alabama Avenue
    Monroeville, AL 36460

    Alka Chandra Patel
    340 Ridgewood Drive
    Fayetteville, GA 30215

    Shalish Patel
    340 Ridgewood Drive
    Fayetteville, GA 30215

        s/ George B. Azar
        OF COUNSEL