IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     CIVIL ACTION NO. 2:06-cv-851-MHT |
| | ) |
| CENTRAL HOSPITALITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the *Motion to Withdraw by Counsel for Defendant Hemant Patel* (Doc. 81, filed August 9, 2007), it is

**ORDERED** that this matter be and is hereby set for hearing on **August 21, 2007 at 10:00 a.m**. in conjunction with the hearing on default judgment and the *Motion to Withdraw by Counsel for Defendant Central Alabama Hospitality, LLC* (Doc. 78). The hearing shall be heard in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. All necessary parties shall attend. Counsel shall notify his clients to make them aware of the hearing.

DONE this 9th day of August, 2007.

                                                 /s/ Terry F. Moorer
                                               TERRY F. MOORER
                                               UNITED STATES MAGISTRATE JUDGE