IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

JOYCE A. POPWELL
    Plaintiff,

v.

CENTRAL HOSPITALITY, et al
    Defendants.

2007 AUG 16  P 3: 35

DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No. 2:06-CV-00851-MHT

## MOTION TO SET ASIDE DEFAULT JUDGMENT

Comes now Defendant Anil Patel and respectfully request the Court to set aside the Default

Judgment previously entered in the case in favor of Plaintiff and as grounds states as follows:

1. This Defendant failed to properly understand the significance of a Default Judgment entered

against him and respectfully pleads this Court to grant the relief herein requested.

2. Plaintiff will suffer no prejudice by the setting aside of the Default Judgment and allowing this

Defendant to attempt to secure the services of an attorney and to file a proper response to

Plaintiff's Amended Complaint.

3. This Defendant has not committed any act or omissions which entitles Plaintiff to recover any

damages against this Defendant.

4. Defendant has a legitimate defense to the Complaint filed in this case and this Motion is not

made for the purpose of delay or other improper reaseon.

WHEREFORE, this Defendant respectfully this Court to grant this Motion and to set aside the

Default Judgment previously entered and allow such time as the Court deems appropriate to file

an appropriate answer and such other further or different relief as the Court deems proper.

Respectfully submitted,

_____
Anil Patel
Pro Se
4389 South Alabama Av
Monroeville, Al 36460

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by United States mail, postage prepaid, first class as follows:

Hemant Patel
Inn South Motel
4243 Inn South St
Montgomery, Al 36105

Joyce A. Popwell
P.O. Box 1413
Montgomery, Al 36102

Alka Chandra Patel
340 Ridgewood Dr
Fayetteville, Ga 30215

Shalish Patel
340 Ridgewood Dr.
Fayetville, Ga 30215

Done this 16th day of August, 2007.

Anil Patel
Pro Se