In The United States District Court
For middle District OF Alabama

Joyce A. Popwell
Plainiff

vs

Central Hospitality et al,

Case No. 2:06-CV-00851-MHT

RECEIVED
2007 AUG 20 A 11: 46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Notice OF Change OF Address
For Chirag Patel

I, Joyce A. Popwell, plainiff hereby submits change of address for Chirag Patel in c/o Anil Patel 4389 South Alabama Avenue Monroeville, AL.

Anil Patel as stated in Amended complaint was responsible for bringing Chirag Patel over to Ramada Inn and is aware of where he is residing. Therefore I believe this to be a good address for this defendant.

Joyce A. Popwell
P.O. Box 1413
Montgomery, Al 36102
609-442-4447

8/20/07

In The United States District Court
For Middle District of Alabama
Northern Division

Joyce A. Popwell
Plaintiff

vs

Central Hospitality et al,
Defendants

Case No. 2:06-CV-00851
MHT

Certificate Of Service

I, hereby certify that on August 20th, 2007 I served all parties by regular pre paid mail the above documents.

Anil Patel                                 Pro-Se
4389 S Alabama Ave
Monroeville, Al 36460

Chirag Patel                               Pro-Se
c/o Anil Patel
4389 S Alabama Ave
Monroeville, Al 36460

Alka Patel                                 Pro-Se
240 Ridgewood Dr
Fayetteville, GA. 30215

Shalish Patel                              Pro-Se
240 Ridgewood Dr
Fayetteville, Ga. 30215

Certificate OF Service (Cont'd)

George Azar
2740 Zelda Rd Fourth, Fl
P.O. Box 2028
Montgomery, Al 36102
Elizabeth Wible

Attorneys for Defendants
Hemant Patel
Central Alabama
Hospitality

Joyce A. Popwell
P.O. Box 1413
Montgomery, Al 36102
609-442-4447

8/20/07