In The United States District Court
For The Middle District Of Alabama
Northern Division

Joyce A. Popwell
  Plaintiff

vs

Central Hospitality et al,
  Defendants

Case No. 2:06-00851
MHT

RECEIVED 2007 JUG 20 A 11: 46

Motion To Deny Anil Patel's Motion
To Set Aside Default Judgement

I, Joyce A. Popwell, plaintiff hereby request that motion dated August 16th, 2007 be denied due to following reasons:

(a) Anil Patel was served October 3rd, 2006, where it clearly states on summons, answers to be received within 20 days. Defendant, however was to receive amended complaint before answers could be filed.

(b) Plaintiff assuming all defendants had received amended complaint filed October 3rd 2006, went on to file a Default Judgement against Anil Patel and other Defendants on January 12th, 2007. Denied at that time, as it was discovered certain defendants did not receive amended complaint.

In The United States District Court
For The Middle District Of Alabama
Northern Division

Joyce A. Popwell
Plainiff

Case No 2:06-CV00851
MHT

vs
Central Hospitality et al,
Defendants

## Motion To Deny Anil Patel's Motion To Set Aside Default Judgement Cont'd

(C) <u>Amended Complaint</u> resent and received by Anil Patel on April 7th 2007, once again with instructions to answer within 20 days, once again no answers where received, by April 27th 2007.

(D) Anil Patel was ordered to Appear for meeting of all parties by May 4th 2007. No Response or Appearance.

(e) Anil Patel ordered to appear May 24th 2007. No Response, or Appearance.

Therefore for all the Above reasons I hereby request Motion for Default Judgement to be Set Aside, be denied. As Defendant has had 10 months to secure an Attorney.

Joyce A. Popwell
P.O. Box 1413
Montgomery, Al 36102
609-442-4447

In The United States District Court
For The Middle District of Alabama
Northern Division

Joyce A. Popwell             ) Case No. 2:06-CV00851
   Plaintiff                  )            MHT
vs                            )
Central Hospitality et al,    )

Certificate Of Service

I, Joyce A. Popwell certify that I have served all parties by regular mail, postage paid on this date August 20,# 2007.

George Azar                          Attorney For
2740 Zelda Rd Fourth Fl              Defendants
P.O. Box 2028                        Hemant Patel
Montgomery, Al 36102                 Central Alabama
                                     Hospitality
Shalish Patel
340 Ridgewood Dr.
Fayetteville, Ga                     Pro-Se
        30215

Alka Patel
340 Ridgewood Dr.                    Pro-Se
Fayetteville Ga.
         30215

Certificate Of Service Cont'd

Pro-Se

Anil Patel
4389 South Alabama Ave
Monroeville, Al 36460

Chirag Patel
c/o of Anil Patel
4389 South Alabama Ave
Monroeville, Al 36460

Joyce A. Poswell
P.O. Box 1413
Montgomery, Al 36102
609-492-4447