IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NUMBER: 2:06CV851 |
| | ) |
| CENTRAL HOSPITALITY, ET AL., | ) |
| | ) |
| DEFENDANTS. | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorneys, George B. Azar and Elizabeth C. Wible, and file this Notice of Appearance as attorneys for the following Defendants in the above-styled action:

1.  Anil Patel

2.  Alka Patel

3.  Shalish Patel

Respectfully submitted this 22nd day of August, 2007.

s/ George B. Azar
Bar Number: ASB-3992-A34G
s/ Elizabeth C. Wible
Bar Number: ASB-1925-W61E
Attorneys for Defendants Central Alabama Hospitality, LLC, Hemant Patel, Anil Patel, Shalish Patel, and Alka Patel
AZAR, AZAR & MOORE, L.L.C.
2740 Zelda Road, Fourth Floor
Montgomery, Alabama 36106
Telephone: (334) 265-8551
Fax: (334) 264-9453
E-mail: gazar@azarlaw.com
ewible@azarlaw.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I served a copy of the foregoing, and a copy of the Notice of Electronic Filing, by United States Postal Service, to the following non-CM/ECF participants:

      Joyce A. Popwell
      P.O. Box 1413
      Montgomery, AL 36102

                      <u>s/ George B. Azar</u>
                      OF COUNSEL