# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **JOYCE A. POPWELL,** | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) **CASE NUMBER: 2:06CV851** |
| | ) |
| **CENTRAL HOSPITALITY, ET AL.,** | ) |
| | ) |
| DEFENDANTS. | ) |

### NOTICE OF WITHDRAWAL OF MOTIONS TO WITHDRAW BY COUNSEL FOR DEFENDANTS CENTRAL ALABAMA HOSPITALITY, LLC, AND HEMANT PATEL

COME NOW George B. Azar and Elizabeth C. Wible and by this notice withdraw both their motion to withdraw as counsel for Defendants Central Alabama Hospitality, LLC, filed August 1, 2007 (doc. # 78), and their motion to withdraw as counsel for Defendant Hemant Patel filed August 9, 2007 (doc. # 81).

        s/ George B. Azar
        Bar Number: ASB-3992-A34G
        s/ Elizabeth C. Wible
        Bar Number: ASB-1925-W61E
        Attorneys for Defendants Central Alabama Hospitality, LLC, Hemant Patel, Anil Patel, Shalish Patel, and Alka Patel

OF COUNSEL:
AZAR, AZAR & MOORE, L.L.C.
2740 Zelda Road, Fourth Floor
Montgomery, Alabama 36106
Telephone: (334) 265-8551
Fax: (334) 264-9453
E-mail:    gazar@azarlaw.com
             ewible@azarlaw.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I served a copy of the foregoing, and a copy of the Notice of Electronic Filing, by United States Postal Service, to the following non-CM/ECF participants:

      Joyce A. Popwell
      P.O. Box 1413
      Montgomery, AL 36102

                                              s/ George B. Azar
                                              OF COUNSEL