IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOYCE A. POPWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-cv-851-MHT |
| | ) | |
| CENTRAL HOSPITALITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the *Notice of Withdrawal of Motions to Withdraw by Counsel for Defendants Central Alabama Hospitality, LLC and Hemant Patel* (Doc. 91, filed August 22, 2007), it is **ORDERED** that

(1) *Motion to Withdraw by Counsel for Defendant Central Alabama Hospitality, LLC* (Doc. 78) is **DENIED as moot**.

(2) *Motion to Withdraw by Counsel for Defendant Hemant Patel* (Doc. 81) is **DENIED as moot**.

DONE this 23rd day of August, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE