**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

August 23, 2007

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   Popwell v. Central Hospitality et al

Case No.:   2:06cv851-MHT
            Document #94

This Notice of Correction was filed in the referenced case this date to attach the corrected pdf for Document #94. When originally filed, the Order was not signed. A copy of the signed order is attached to this Notice.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-cv-851-MHT |
| ) | |
| CENTRAL HOSPITALITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

Upon consideration of the *Notice of Withdrawal of Motions to Withdraw by Counsel for Defendants Central Alabama Hospitality, LLC and Hemant Patel* (Doc. 91, filed August 22, 2007), it is **ORDERED** that

(1) *Motion to Withdraw by Counsel for Defendant Central Alabama Hospitality, LLC* (Doc. 78) is **DENIED as moot**.

(2) *Motion to Withdraw by Counsel for Defendant Hemant Patel* (Doc. 81) is **DENIED as moot**.

DONE this 23rd day of August, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE