IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 SEP -4 P 3:31

JOYCE A. POPWELL
VS    PLAINIFF

CASE No. 2:06 CV 00851-MHT

CENTRAL HOSPITALITY ET al,
DEFENDANTS

OBJECTION TO RECOMMENDATION AND REPORT ACCORDING TO RULE 60b AND U.S. CODE 28 *Title XI*
PERTAINING TO DEFENDANT ANIL PATEL"S DEFENSE ON AUGUST 21st,2007. *Default Judgement*

I, JOYCE A. POPWELL HEREBY OBJECTS TO THE SETTING ASIDE OF THE DEFAULT JUDGEMENT BASED ON THE ABOVE RULE AND FEDERAL CODE AS FOLLOWS:

{A} U.S. CODE 28 states an attorney has to enter an appearance of record prior to a hearing and attorney GEORGE AZAR HAD NOT DONE THIS UNTIL AUGUST 22nd, 2007.

{B} PLAINIFF WAS NOT SERVED THE DOCUMENTS SUBMITTED TO COURT IN DEFENDANTS DEFENSE TILL AUGUST 21st, 2007 MINUTES PRIOR TO THE HEARING AND THEY WERE NOT MAILED TILL DAY OF HEARING. THEREFORE PLAINIFF HAD NO TIME TO PREPARE FOR AN ORAL ARGUMENT REGARDING THESE ISSUES.

{C} DEFENDANT HAD FULL KNOWLEDGE THAT HE WAS BEING SUED PRIOR TO THIS THROUGH COURT DOCUMENTS BY WAY OF ALL OTHER DEFENDANTS AND BY A LETTER I HAD WROTE HIM IN NOVEMBER 2005 WHICH I HAVE ENCLOSED. *Letter (2005)*

THEREFORE PLAINFF HEREBY REQUEST THIS OBJECTION TO RECOMMENDATION AND REPORT BE GRANTED BASED ON U S CODE 28, and Rule 60b AS DEFENDANT ANIL PATEL DID NOT HAVE AN ATTORNEY OF RECORD ON AUGUST 16th, 2007 as stated in document no.93-1 HE WAS STILL Pro-se.

AND ATTORNEY GEORGE AZAR WAS NOT AN ATTORNEY OF RECORD AS STATED ON THE DAY OF HEARING. THEREFORE PLAINIFF FEELS THE OUT COME OF THE HEARING WAS UNFAIR AND DEFENSE ATTORNEY WAS MISLEADING TO THE COURT. THEREFORE PLAINIFF HERBY REQUEST THAT A NEW HEARING BE SET CONCERNING THE ISSUE OF DEFAULT JUDGEMENT AGAINST ANIL PATEL...

*Joyce A. Popwell*
*P.O. Box 1413*
*Montgomery, AL.*
*36102*
*609-442-4447*

In The United States District Court
For The Middle District OF Alabama
Northern Division

Joyce A. Popwell
  Plaintiff
vs                                      Case No. 2:06-CV-00851
Central Hospitality et al,                         MHT
  Defendants

## Certificate Of Service

George Azar                              Elizabeth C. Wible
2740 Zelda Rd Fourth Floor
P.O. Box 2028
Montgomery, Al 36102

Attorneys For Hemant Patel
              Central Hospitality
              Shalish Patel
              Alka Patel
              Anil Patel

I, Plaintiff certify
I mailed by regular the          Joyce A. Popwell
above document.                  P.O. Box 1413
                                 Montgomery, Al.
                                          36102

11/29/05

Attn: Anil Patel,

Don't worry you do not have to get me a lawyer, I never threatened to sue. I don't know where you got this idea. But now I find out Social Security was not notified I even worked at Ramada since 2002. And State, Federal taxes etc. was not paid or taken out except for 1st 6 weeks I worked. Also according to Cendant I was not paid adequate wages as General Manager, Marketing Representative or Banquet rooms and group sales. So between legal department at Cendant and lawyers from State and Federal government I do not need a lawyer. The attorney general in Montgomery has also suggested I file with EEOC here.

It's a shame since Chirag & his family came to Ramada, business has gone down. And the way Chirag treated guests from Katrina & Rita and me was unprofessional and improper.

Oh! As General Manager on medical

leave I was asked by Chirag and others to address issues up until 10/10/05. And I left to come to New Jersey on medical leave. And there is Sexual Harassment ~~against~~ due to fact Chirag used the F U word and bitch to me on several occasions. But you did not want to hear it. Guests heard it and so did my family.

And the lobby I met my mom there for breakfast. And he went off on me for simply being in lobby because he was working and I wasn't.

There were 5 rooms used by my family from Louisiana and Texas. And Red Cross paid for these including my daughter and the children. Chirag refused to give breakfast tickets to my daughter & children & they were entitled to this.

The problem I had with Chirag was showing him things he needed to correct such guests not signing in and Chirag charging Hurricane Victims

by credit card or cash.

Guests were appalled at how he talked to me and treated me and stated I should fire him. But since he was connected to you and you co-signed for him to get his car. He told me I would be out the door and he did not have to listen to me about anything.

So until bringing this to Ramada family has brought business down and now you asked other partners to get rid of me. You better get a lawyer for Chris as he will read one. Why would I get you to get me one, when you are a defendant!

Joyce Popwell

cc Cendant Corp.
cc Central Hospitality & all interested parties.
cc Alabama State Income Tax
cc Internal Revenue located in Alabama