IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv851-MHT |
| ) | |
| CENTRAL HOSPITALITY ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's objections (Doc. No. 96) are overruled.

(2) Plaintiff's motion to deny (Doc. No. 88) is denied.

(3) The United States Magistrate Judge's recommendation (Doc. No. 93) is adopted.

(4) Defendant Anil Patel's motion to set aside default judgment (Doc. No. 83) is granted.

(5) The default judgment entered against Anil Patel (Doc. No. 74) is set aside.

It is further ORDERED that this case is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 12th day of September, 2007.

                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE