IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-cv-851-MHT |
| | ) |
| CENTRAL HOSPITALITY, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon of review of Defendant's *Amended Motion to Dismiss* (Doc. 99, filed October 4, 2007), it is **ORDERED** that the motion be stricken for the following reasons:

(1) The document to which the motion purports to amend is the Answer filed by Shailish and Alka Patel (Doc. 61, filed May 21, 2007). There is not currently a pending Motion to Dismiss. Thus, there can be no "Amended" Motion to Dismiss as Court declines to construe the original *pro se* answer as a motion to dismiss.

(2) The Answer (Doc. 61) cannot be amended as the deadline to amend pleadings has passed. *See* § 2 of Scheduling Order (Doc. 65, filed May 24, 2007).

A Motion to Dismiss may still be filed on behalf of these Defendants as per § 3 of the Scheduling Order since the deadline has not yet passed for dispositive motions. However, it may not seek to amend a previously filed pleading without leave of court.

It is further **ORDERED** that Marion Walker to file a Notice of Appearance specifying exactly which defendants she represents.

DONE this 4th day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE