UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL,<br><br>　　Plaintiff,<br><br>v.<br><br>CENTRAL HOSPITALITY, et al.,<br><br>　　Defendants. | CIVIL ACTION NO.<br>2:06-cv-00851-MHT |

## NOTICE OF APPEARANCE

COMES NOW Marion F. Walker of the law firm of Ford & Harrison LLP, and notifies the Court and counsel of record of her appearance in this action as counsel for Defendants, Shailesh Patel and Alka Patel.  Alka Patel is not the same as Alka Chandra Patel.

　　　　　　　　　　　　　　s/ Marion F. Walker
　　　　　　　　　　　　　　Marion F. Walker
　　　　　　　　　　　　　　FORD & HARRISON LLP
　　　　　　　　　　　　　　2100 3rd Avenue North, Suite 400
　　　　　　　　　　　　　　Birmingham, AL 35203
　　　　　　　　　　　　　　Phone:　　205-244-5900
　　　　　　　　　　　　　　Facsimile:　　205-244-5901
　　　　　　　　　　　　　　E-Mail:　　mfwalker@fordharrison.com
　　　　　　　　　　　　　　Bar No. ASB-0734-L73M

　　　　　　　　　　　　　　Attorney for Shailesh Patel and Alka Patel

## CERTIFICATE OF SERVICE

     I hereby certify that on October 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     George B. Azar, Esq.
     Elizabeth C. Wible, Esq.
     AZAR & AZAR, L.L.C.
     2740 Zelda Road, Fourth Floor
     P.O. Box 2028
     Montgomery, AL 36102-2028

     Charles W. Edmondson
     Charles W. Edmondson, P.C.
     621 S. Perry Street
     Montgomery, AL 36104

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

     Joyce A. Popwell
     P.O. Box 1413
     Montgomery, AL 36102

     Chirag Patel
     4389 South Alabama Avenue
     Monroeville, AL 36460

                                   s/ Marion F. Walker
                                   OF COUNSEL

Birmingham:18439.1