UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL HOSPITALITY, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>2:06-cv-00851-MHT |

## MOTION TO DISMISS

NOW COME Shailesh Patel and Alka Patel, by and through their attorney, Marion F. Walker, of Ford & Harrison LLP, and move the Court to dismiss the Complaint, as amended, as to these defendants, and as grounds therefor, say as follows:

1. Shailesh Patel and Alka Patel are husband and wife and hold Green Cards from the Department of Immigration of the United States with a residence located in Fayetteville, Georgia. There is no allegation of their citizenship in Alabama in the Complaint, as amended. Neither Shailesh, nor Alka Patel has ever maintained a residence or citizenship in the Middle District for the State of Alabama. Consequently, there is no personal jurisdiction over either of these people that will allow them to legitimately be party defendants in this case.

2. This Court lacks subject matter jurisdiction of any claims for discrimination or sexual harassment because there is no allegation of, and in fact, no charge was filed with the Equal Employment Opportunity Commission precedent to filing the lawsuit in 2006. More than 180 days have elapsed since the alleged acts of discrimination took place so that it is too late to file any charge with the Equal Employment Opportunity Commission and all discrimination and sexual harassment claims are due to be dismissed.

3. Notwithstanding the lack of filing a charge of sexual harassment with the EEOC, any claim for sexual harassment is due to be dismissed against Shailesh Patel and Alka Patel for that neither of them is identified as having any control over the corporation's management. Plaintiff specifically claims she never reported any sexual harassment at page 2, paragraph E, of her amended Complaint. For these reasons, assuming *arguendo* a claim of sexual harassment is properly pled, it is due to be dismissed as to Shailesh and Alka Patel.

4. While notice pleading is the norm in federal court complaints, the Complaint, as amended, in this case is so vague that neither Shailesh, nor Alka Patel can be said to have received sufficient notice as to what legal charges or claims are being leveled against them, in violation of the Due Process Clause of the Fifth Amendment to the United States Constitution.

5.  Shailesh and Alka Patel specifically adopt and incorporate all bases for dismissal set forth in that document carrying the misnomer "Answer" which was in effect a Motion to Dismiss filed May 21, 2007.

6.  Defendant objects to venue in this case for that Shailesh and Alka Patel live in the State of Georgia making it extremely inconvenient for them to defend a lawsuit in the Middle District of Alabama.

7.  The Complaint, as amended, contains "apparent claims" having to do with failure to report payroll taxes. There is no allegation whatsoever that Shailesh Patel or Alka Patel ever entered into any agreement whatsoever to pay any salary or other sums to Plaintiff for any work whatsoever, so that no liability for payroll taxes could possibly arise. Further, to the extent Plaintiff's claim is against Central Hospitality, Inc. for failure to pay payroll taxes, there is no allegation whatsoever that identifies any association, or control Shailesh or Alka Patel had with respect to Central Hospitality, Inc. in any way that would potentially confer liability upon them. Therefore, no claim is stated against, either Shailesh Patel, or Alka Patel in the Complaint, as amended, and they are due to be dismissed as named defendants.

8.  The Complaint, as amended, generally sets forth dissatisfaction Plaintiff had in working for Central Hospitality, Inc., but fails to establish, or even allege, any office or position Shailesh Patel or Alka Patel held that would justify, or allow any control over the operation of the corporation property, or its

employees or independent contractors. For this reason, the Complaint is due to be dismissed against Shailesh and Alka Patel.

9. To the extent any state claims are, or can be identified in the Complaint, as amended, they are not properly brought before this Court and this Court does not have subject matter jurisdiction of any state claims.

10. Shailesh Patel is merely an investor in the corporation and is not an officer, nor an agent, servant or employee of the corporation. Alka Patel is an investor along with her husband and is not an officer, nor an agent, servant or employee of the corporation.

WHEREFORE, PREMISES CONSIDERED, Shailesh Patel and Alka Patel hereby move the Court to set this Motion down for hearing and/or dismiss Shailesh and Alka Patel as named defendants in this lawsuit.

                s/ Marion F. Walker
                Marion F. Walker
                FORD & HARRISON LLP
                2100 3rd Avenue North, Suite 400
                Birmingham, AL 35203
                Phone:        205-244-5900
                Facsimile:    205-244-5901
                E-Mail:    mfwalker@fordharrison.com
                Bar No. ASB-0734-L73M

                Attorney for Shailesh Patel and Alka Patel

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

     George B. Azar, Esq.
     Elizabeth C. Wible, Esq.
     AZAR & AZAR, L.L.C.
     2740 Zelda Road, Fourth Floor
     P.O. Box 2028
     Montgomery, AL 36102-2028

     Charles W. Edmondson
     Charles W. Edmondson, P.C.
     621 S. Perry Street
     Montgomery, AL 36104

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

     Joyce A. Popwell
     P.O. Box 1413
     Montgomery, AL 36102

     Chirag Patel
     4389 South Alabama Avenue
     Monroeville, AL 36460

                                        s/ Marion F. Walker
                                      OF COUNSEL

Birmingham:18438.1