IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-00851-MHT |
| ) | |
| CENTRAL HOSPITALITY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon of review of the *Motion to Dismiss* (Doc.102, filed October 4, 2007) filed by Defendants Shailesh Patel and Alka Patel, it is hereby

**ORDERED** that the motion be submitted without oral argument on **November 2, 2007.**

It is further **ORDERED** that the Plaintiff, Joyce Popwell, file a response which shall include a brief and evidentiary materials on or before **October 26, 2007**. Defendant may file a reply brief on or before **November 2, 2007**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

**IN DEFERENCE TO THE PLAINTIFF'S STATUS AS A NON-LAWYER, PRO-SE LITIGANT, THE COURT ADVISES:**

1. The *pro se* Plaintiff is advised that if she fails to file *any* response, the court will proceed to decide on the merits of Defendant's motion without the benefit of a response.

2. Failure to follow the requirements of this Order in responding to the Defendants' motion may result in the entry of a final judgment in Defendants' favor without any trial.

DONE this 5th day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE