**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JOYCE A. POPWELL,** | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | **CASE NUMBER: 2:06CV851** |
| | ) | |
| **CENTRAL HOSPITALITY, ET AL.,** | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

COME NOW George B. Azar and Elizabeth C. Wible, who have appeared in this action as counsel for Defendants Shailesh Patel and Alka Patel and move the Court to enter an order permitting the undersigned attorneys, Azar & Azar, LLC, and Azar, Azar & Moore LLC, to withdraw as counsel of record for Defendants Shailesh Patel and Alka Patel.

1.    Attorney Marion F. Walker has filed a notice of appearance for Shailesh Patel and Alka Patel.

Respectfully submitted this 5th day of October, 2007.

s/ George B. Azar
Bar Number: ASB-3992-A34G
s/ Elizabeth C. Wible
Bar Number: ASB-1925-W61E
AZAR & AZAR, L.L.C.
AZAR, AZAR & MOORE, L.L.C.
2740 Zelda Road, Fourth Floor
Montgomery, Alabama 36106
Telephone: (334) 265-8551
Fax: (334) 264-9453
E-mail: gazar@azarlaw.com
         ewible@azarlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such fiing to the following:

Marion F. Walker
FORD & HARRISON, LLP
2100 3RD Avenue North, Suite 400
Birmingham, AL 35203

and that I served a copy of the foregoing, and a copy of the Notice of Electronic Filing, by United States Postal Service, to the following non-CM/ECF participants:

Joyce A. Popwell
P.O. Box 1413
Montgomery, AL 36102.

s/ George B. Azar
OF COUNSEL