IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOYCE A. POPWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-cv-851-MHT |
| | ) | |
| CENTRAL HOSPITALITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pending before the Court are two Motions to Withdraw as counsel (Docs. 104-105, filed October 5, 2007). For good cause, it is **ORDERED** that the motions are **GRANTED**. George B. Azar and Elizabeth Wible are no longer counsel of record for Defendants Shailesh Patel and Alka Patel. They are still counsel of record for Defendants Central Hospitality, Hemmant Patel, and Anil Patel.

DONE this 5th day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE