IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-00851-MHT |
| | ) |
| CENTRAL HOSPITALITY, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon of review of the *Motion to Amend Answer and for Additional Time to File Further Amendments to Answer of Defendants Central Alabama Hospitality, L.L.C., Hemant Patel, and Anil Patel* (Doc.107, filed October 9, 2007), it is hereby

**ORDERED** that the remaining parties shall file their responses in favor or opposition of the motion on or before **October 19, 2007**.

The Clerk is also **DIRECTED** to send a copy of this order along with the motion (Doc. 107) to Charles Edmondson, counsel for Kishor Desai, to ensure he is aware of Defendants' request.

DONE this 9th day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE