UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOYCE A. POPWELL,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CENTRAL HOSPITALITY, et al.,**<br><br>**Defendants.** | **CIVIL ACTION NO.**<br>**2:06-cv-00851-MHT** |

## **JOINDER WITH MOTION TO AMEND**

NOW COME Shailesh and Alka Patel, by and through their attorney, and join in the motions filed by defendant Central Hospitality, LLC et al pertaining to seeking leave of court to amend its Answer in light of certain pending discovery and says further:

1.   Should Defendant Central Hospitality LLC's Motion to Amend be granted, the Patel defendants likewise seek permission to amend the Motion to Dismiss and the Answer heretofore filed.

2.   No prejudice will inure to plaintiff if this Joinder is allowed.

                                                  s/ Marion F. Walker
                                                  Marion F. Walker
                                                  FORD & HARRISON LLP
                                                  2100 3rd Avenue North, Suite 400
                                                  Birmingham, AL 35203
                                                  Phone:  205-244-5900
                                                  Facsimile:  205-244-5901
                                                  E-Mail:  mfwalker@fordharrison.com
                                                  Bar No. ASB-0734-L73M
                                                  Attorney for Shailesh Patel and Alka Patel

## CERTIFICATE OF SERVICE

  I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  George B. Azar, Esq.
  Elizabeth C. Wible, Esq.
  AZAR & AZAR, L.L.C.
  2740 Zelda Road, Fourth Floor
  P.O. Box 2028
  Montgomery, AL 36102-2028

  Charles W. Edmondson
  Charles W. Edmondson, P.C.
  621 S. Perry Street
  Montgomery, AL 36104

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

  Joyce A. Popwell
  P.O. Box 1413
  Montgomery, AL 36102

  Chirag Patel
  4389 South Alabama Avenue
  Monroeville, AL 36460

          s/ Marion F. Walker
          OF COUNSEL

Birmingham:18488.1