IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

JOYCE A. POPWELL

     Plaintiff,

v.

CENTRAL HOSPITALITY, et al

     Defendants.

CASE NO. 2:06-CV-00851-MHT

\*
\*
\*
\*
\*
\*
\*

## MOTION FOR PROTECTIVE ORDER

COMES NOW, the Defendant Kishor Desai, by and through the undersigned counsel who does hereby move this Honorable Court pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to issue a protective order relieving him from the obligation to respond to a request for production of the settlement agreement between this Defendant and the Plaintiff, Joyce A. Popwell and as grounds therefore, states as follows:

1.    That on or about June 22, 2007, this Defendant entered into a confidential pro tanto settlement agreement with the Plaintiff. As a part of the bargained for benefit of said agreement, the terms of the same and the amount of the consideration to be paid were to be held confidential by both parties.

2.    That as a result of said agreement, the Plaintiff filed a voluntary Motion to Dismiss on that same date. This Defendant filed his response to said motion in agreement on July 5, 2007.

3.    That on or about July 16, 2007, Defendants Central Alabama Hospitality, LLC ("Central") and Hemant Patel filed a request for production of documents on this Defendant seeking a complete copy of the settlement agreement. This Defendant has respectfully declined to respond to said request due to the confidentiality provisions of the agreement and pending dismissal of the action against this Defendant and has stated such to said Defendants.

4.    That on or about July 31, 2007, this Defendant was dismissed from this action.

5.    That on or about October 9, 2007, Defendants Central, Hemant Patel, and Anil Patel filed a Motion to Amend Answer and for Additional Time to File Further Amendments with this Court wherein said Defendants stated their intent to compel production of the settlement agreement through this Court.

WHEREFORE, this Defendant moves this Honorable Court to make and issue a protective order relieving this Defendant from the obligation to respond to the request for production of the confidential pro tanto settlement agreement reached between the Plaintiff and this Defendant. In the alternative, in the event that this Court finds that said agreement should be produced, this Defendant would request this Honorable Court issue an order stating the same.


RESPECTFULLY SUBMITTED,

_____
Charles W. Edmondson (EDM 002)


Charles W. Edmondson, P.C.
621 S. Perry Street
Montgomery, Alabama 36104
334-265-9034


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been served by depositing same in the United States Mail, postage prepaid, this _10_ day of October, 2007, on the following:

George B. Azar
Elizabeth C. Wible
Azar & Azar, LLC
2740 Zelsa Road, Fourth Floor
P.O. Box 2028
Montgomery, AL 36102-2028

Marion F. Walker
Ford & Harrison, LLP
2100 3rd Avenue North, Suite 400
Birmingham, AL 35203


Joyce A. Popwell (pro se)
P.O. Box 1413
Montgomery, Alabama 36102

Charles W. Edmondson (EDM002)