IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-00851-MHT |
| | ) |
| CENTRAL HOSPITALITY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon of review of the *Motion for Protective Order* filed by Kishor Desai (Doc. 110, filed October 12, 2007) and the discovery request for the *pro tanto* settlement agreement, it is hereby **ORDERED**

(1) Defendants shall file briefs with supporting authority on or before **October 19, 2007**. Defendants must assert specifically articulated reasons for their entitlement to the *pro tanto* settlement agreement along with grounds and legal authorities.

(2) Plaintiff and Defendant Kishor Desai may file any response to Defendants' brief on or before **October 25, 2007**.

(3) The Clerk is also **DIRECTED** to send an electronic copy of this Order to counsel for Kishor Desai.

DONE this 12th day of October, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE