IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOYCE A. POPWELL,　　　　　*

    Plaintiff,　　　　　　　　*

vs.　　　　　　　　　　　　　*　　　　　CV-06-851-MHT
　　　　　　　　　　　　　　 *
CENTRAL HOSPITALITY, et al.,　*
　　　　　　　　　　　　　　 *
    Defendants.　　　　　　　*

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel and hereby gives notice of their appearance as counsel for the Plaintiff in the above styled cause.

_____
CHRISTOPHER E. SANSPREE (SAN048)
EDWARD L. McRIGHT, JR. (MCR004)
Attorneys for Plaintiff

OF COUNSEL:

**SANSPREE & McRIGHT, LLC**
603 Martha Street
Montgomery, Alabama 36104
(334) 262-1001
(334) 262-1002 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel for the Defendants as listed below by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this the 17 day of **October, 2007**.

Mr. George B. Azar
Ms. Elizabeth C. Wible
**AZAR, AZAR & MOORE**
P.O. Box 2038
Montgomery, AL  36102-2028


Marion F. Walker
**FORD & HARRISON**
2100 3RD Avenue North, Suite 400
Birmingham, AL  35203

_____
OF COUNSEL