IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-00851-MHT |
| | ) |
| CENTRAL HOSPITALITY, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon of review of the *Notice of Appearance* (Doc. 101, filed October 4, 2007), the Clerk is **DIRECTED** to correct the name for Defendant Alka-Chandra Patel. The name should read as "Alka Patel."

DONE this 17th day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE