IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CV-06-851-MHT |
| | * |
| CENTRAL HOSPITALITY, et al., | * |
| | * |
| Defendants. | * |

RECEIVED
2007 OCT 17 P 12: 54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST.

### PLAINTIFF'S MOTION TO EXTEND THE CURRENT DEADLINE OF OCTOBER 19, 2007 TO FILE A RESPONSE IN OPPOSITION TO DEFENDANTS CENTRAL HOSPITALITY, L.L.C., HEMANT PATEL AND ANIL PATEL'S MOTION TO AMEND ANSWER AND FOR ADDITIONAL TIME TO FILE FURTHER AMENDMENTS TO ANSWER OF DEFENDANTS CENTRAL ALABAMA HOSPITALITY, L.L.C., HEMANT PATEL, AND ANIL PATEL

COMES NOW the Plaintiff, by and through undersigned counsel, and hereby moves this Honorable Court for an extension of the above referenced deadline on the following grounds:

1). The deadline for filing a response referenced above is this Friday, October 19, 2007. (Order, Exhibit "A").

2). Counsel for Plaintiff has just been retained by the Plaintiff and has simultaneously herewith filed a Notice of Appearance on behalf of the Plaintiff with the Court. (Notice of Appearance, Exhibit "B").

3). Counsel for Plaintiff does not have a complete copy of the Plaintiff's pleading file and is in the process of obtaining the same from the Court.

4). None of the parties will be unjustly or unfairly prejudiced by a deadline extension as requested.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully moves this Honorable Court for an extension of the current deadline of October 19, 2007 to file a response in opposition to Defendants Central Hospitality, L.L.C., Hemant Patel's and Anil's Patel's Motion to Amend their Answer and for Additional Time to File Further Amendments to their Answers.

_____
CHRISTOPHER E. SANSPREE (SAN048)
EDWARD L. McRIGHT, JR. (MCR004)
Attorneys for Plaintiff

OF COUNSEL:

**SANSPREE & McRIGHT, LLC**
603 Martha Street
Montgomery, Alabama 36104
(334) 262-1001
(334) 262-1002 facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon all counsel for the Defendants as listed below by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this the 17th day of **October, 2007**.

Mr. George B. Azar
Ms. Elizabeth C. Wible
**AZAR, AZAR & MOORE**
P.O. Box 2038
Montgomery, AL 36102-2028


Marion F. Walker
**FORD & HARRISON**
2100 3RD Avenue North, Suite 400
Birmingham, AL 35203

_____
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-00851-MHT |
| ) | |
| CENTRAL HOSPITALITY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon of review of the *Motion to Amend Answer and for Additional Time to File Further Amendments to Answer of Defendants Central Alabama Hospitality, L.L.C., Hemant Patel, and Anil Patel* (Doc.107, filed October 9, 2007), it is hereby

**ORDERED** that the remaining parties shall file their responses in favor or opposition of the motion on or before **October 19, 2007**.

The Clerk is also **DIRECTED** to send a copy of this order along with the motion (Doc. 107) to Charles Edmondson, counsel for Kishor Desai, to ensure he is aware of Defendants' request.

DONE this 9th day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE


EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOYCE A. POPWELL, | * | |
| Plaintiff, | * | |
| vs. | * | CV-06-851-MHT |
| CENTRAL HOSPITALITY, et al., | * | |
| Defendants. | * | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel and hereby gives notice of their appearance as counsel for the Plaintiff in the above styled cause.

_____
CHRISTOPHER E. SANSPREE (SAN048)
EDWARD L. McRIGHT, JR. (MCR004)
Attorneys for Plaintiff

OF COUNSEL:

**SANSPREE & McRIGHT, LLC**
603 Martha Street
Montgomery, Alabama 36104
(334) 262-1001
(334) 262-1002 facsimile



EXHIBIT B

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing upon all counsel for the Defendants as listed below by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this the 17 day of **October, 2007**.

Mr. George B. Azar
Ms. Elizabeth C. Wible
**AZAR, AZAR & MOORE**
P.O. Box 2038
Montgomery, AL 36102-2028


Marion F. Walker
**FORD & HARRISON**
2100 3RD Avenue North, Suite 400
Birmingham, AL 35203

_____
OF COUNSEL