IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-00851-MHT |
| ) | |
| CENTRAL HOSPITALITY, et al., ) | |
| ) | |
| Defendants. ) | |

## AMENDED ORDER

Upon of review of the *Motion to Dismiss* (Doc.102, filed October 4, 2007) filed by Defendants Shailesh Patel and Alka Patel and the retention of counsel by Plaintiff, it is hereby

**ORDERED** that the motion be submitted without oral argument on **November 19, 2007.**

It is further **ORDERED** that the Plaintiff, Joyce Popwell, file a response which shall include a brief and evidentiary materials on or before **November 12, 2007**. Defendant may file a reply brief on or before **November 19, 2007**.

DONE this 18th day of October, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE