IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOYCE A. POPWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-cv-851-MHT |
| | ) | |
| CENTRAL HOSPITALITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

Pending before the Court is Plaintiff's Motion for Extension of Deadlines (Doc. 114, filed October 17, 2007). For good cause, the Motion is **GRANTED**. The deadlines are amended as follows:

(1) Responses to the *Motion to Amend Answer and for Additional Time to File Further Amendments to Answer of Defendants Central Alabama Hospitality, L.L.C., Hemant Patel, and Anil Patel* (Doc.107, filed October 9, 2007) and *Joinder with Motion to Amend* (Doc. 109, filed October 9, 2007) are now due **November 16, 2007**.

(2) With regard to the *Motion for Protective Order* filed by Kishor Desai (Doc. 110, filed October 12, 2007), Defendants shall file their briefs with supporting authority on or before **October 26, 2007**. Defendants must assert specifically articulated reasons for their entitlement to the *pro tanto* settlement agreement

  along with grounds and legal authorities. Plaintiff and Defendant Kishor Desai may file any response to Defendants' brief on or before **November 2, 2007**.

(3) The Clerk is also **DIRECTED** to send an electronic copy of this Order to counsel for Kishor Desai.

DONE this 18th day of October, 2007.

          /s/ Terry F. Moorer
          TERRY F. MOORER
          UNITED STATES MAGISTRATE JUDGE