IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOYCE A. POPWELL,** | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NUMBER: 2:06CV851 |
| | ) |
| **CENTRAL HOSPITALITY, ET AL.,** | ) |
| | ) |
| DEFENDANTS. | ) |

**DEFENDANTS' MOTION TO ACCEPT UNTIMELY BRIEF RESPONDING TO DEFENDANT KISHOR DESAI'S MOTION FOR PROTECTIVE ORDER**

COME NOW Defendants Central Alabama Hospitality, LLC, Hemant Patel, and Anil Patel by and through their undersigned counsel and move this Honorable Court for the reasons that follow to accept their untimely Brief Seeking Production of the Pro Tanto Settlement Agreement and Release Between Plaintiff and Defendant Kishor Desai:

1. This Court had originally set a deadline of October 19, 2007, for Defendants to respond to the Motion for Protective Order filed by Defendant Kishor Desai.

2. Counsel for these Defendants prepared their brief for filing by that date.

3. The day before the deadline, this Court granted a motion for extension of deadlines made by new counsel for Plaintiff.

4. Under the new deadlines, this Court gave Defendants until October 26, 2007, to respond to the Motion for Protective Order filed by Defendant Kishor Desai.

5. Due to the change in deadline, undersigned counsel mis-communicated with each other and simply overlooked filing by October 26.

6. Undersigned counsel realized their oversight over the weekend and filed and served their brief first thing this morning, October 29, 2007.

7. Counsel for these Defendants submit Plaintiff and former co-Defendant Kishor Desai

will not be prejudiced by the untimely filing.

WHEREFORE, ABOVE PREMISES CONSIDERED, these Defendants pray this Court will accept their untimely filing of their Brief Seeking Production of the Pro Tanto Settlement Agreement and Release Between Plaintiff and Defendant Kishor Desai.

s/ George B. Azar
Bar Number: ASB-3992-A34G
s/ Elizabeth C. Wible
Bar Number: ASB-1925-W61E
AZAR & AZAR, L.L.C.
AZAR, AZAR & MOORE, L.L.C.
2740 Zelda Road, Fourth Floor
Montgomery, Alabama 36106
Telephone: (334) 265-8551
Fax: (334) 264-9453
E-mail: gazar@azarlaw.com
ewible@azarlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Marion F. Walker
> FORD & HARRISON, LLP
> 2100 3RD Avenue North, Suite 400
> Birmingham, AL 35203
>
> Christopher E. Sanspree
> Edward L. McRight, Jr.
> SANSPREE & McRIGHT, LLC
> 603 Martha Street
> Montgomery, AL 36104
>
> Charles W. Edmondson
> Charles W. Edmondson, P.C.
> Attorneys at Law
> 621 S. Perry Street
> Montgomery, AL 36104-5819

s/ George B. Azar
OF COUNSEL
