IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-cv-851-MHT |
| ) | |
| CENTRAL HOSPITALITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is *Defendants' Motion to Accept Untimely Brief Responding to Defendant Kishor Desai's Motion for Protective Order* (Doc. 118, filed October 29, 2007).

For good cause, the Motion is **GRANTED**.

DONE this 30th day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE