IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOYCE A. POPWELL, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv851-MHT |
| | ) | |
| CENTRAL HOSPITALITY | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

Counsel having appeared for plaintiff, it is ORDERED that the referral order (Doc. No. 3) is vacated.

DONE, this the 30th day of October, 2007.

                                       /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**