IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOYCE A. POPWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv851-MHT |
| | ) | |
| CENTRAL HOSPITALITY et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED as follows:

(1) The scheduling order (Doc. No. 65) remains in effect.

(2) This case is set for pretrial on May 19, 2008. The court will give a specific time later.

(3) This case is set for non-jury trial on the term of court beginning on June 23, 2008.

DONE, this the 30th day of October, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE