UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOYCE A. POPWELL,**<br><br>Plaintiff,<br><br>v.<br><br>**CENTRAL HOSPITALITY, et al.,**<br><br>Defendants. | CIVIL ACTION NO.<br>2:06-cv-00851-MHT |

## DEFENDANTS SHAILESH PATEL AND ALKA PATEL'S SUBMISSION OF EVIDENCE IN SUPPORT OF MOTION TO DISMISS

NOW COMES Defendants Shailesh Patel and Alka Patel and, in support of their Motion to Dismiss, do herewith attach the Affidavit of Alka Patel and the Affidavit of Shailesh Patel.

s/ Marion F. Walker
Marion F. Walker
FORD & HARRISON LLP
2100 3rd Avenue North, Suite 400
Birmingham, AL 35203
Phone:       205-244-5900
Facsimile:   205-244-5901
E-Mail:      mfwalker@fordharrison.com
Bar No. ASB-0734-L73M
Attorney for Shailesh Patel and Alka Patel

## CERTIFICATE OF SERVICE

     I hereby certify that on November 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> George B. Azar, Esq.
> Elizabeth C. Wible, Esq.
> AZAR & AZAR, L.L.C.
> 2740 Zelda Road, Fourth Floor
> P.O. Box 2028
> Montgomery, AL 36102-2028
>
> Charles W. Edmondson
> Charles W. Edmondson, P.C.
> 621 S. Perry Street
> Montgomery, AL 36104
>
> Christopher E. Sanspree, Esq.
> Edward L. McRight, Jr., Esq.
> SANSPREE & McRIGHT, LLC
> 603 Martha Street
> Montgomery, AL 36104

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> N/A

                                             s/ Marion F. Walker
                                             OF COUNSEL

Birmingham:18726.1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL HOSPITALITY, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>2:06-cv-00851-MHT |

### AFFIDAVIT OF SHAILESH PATEL

1. My name is Shailesh Patel. I am over 18 years of age and am competent to testify to the matters included herein.

2. I have personal knowledge of the facts stated herein and attest that they are true and correct.

3. I am a resident and citizen of the State of Georgia. My address is 340 Ridgewood Drive, Fayetteville, Georgia 30215.

4. I do not maintain a residence in the State of Alabama, own real or personal property in the State of Alabama, maintain bank accounts in the State of Alabama, or have a telephone listing in the State of Alabama.

5. I have not entered into any contracts in the State of Alabama.

6. I have no agent for service of process in the State of Alabama.

7. I was an individual investor in Central Hospitality, LLC, an Alabama corporation which owned and operated the Ramada Inn Montgomery Airport hotel, located at 1100 W. South Boulevard, Montgomery, Alabama 36105.

8. I am not an officer, director, agent, or employee of Central Hospitality, LLC.

9. As an investor in Central Hospitality, LLC, I exercised no direct control over the operations of the corporation, including matters related to employment or benefits.

10. I am not and have never been Plaintiff Joyce A. Popwell's employer and have not exercised control over her employment, including wages, taxes, Social Security, or any other matters inherent to her employment.

11. I have not entered into any contract with Plaintiff Joyce A. Popwell with respect to her employment, including wages, taxes, Social Security, or any other matters inherent to her employment.

FURTHER, AFFIANT SAYETH NOT.

_____
SHAILESH PATEL

STATE OF GEORGIA       )
FULTON COUNTY          )

Personally appeared Shailesh Patel, who, being sworn on oath, deposes and says that the facts and things contained in the above and foregoing Affidavit are true and correct, and that he executed the same voluntarily on the day same bears date.

GIVEN under my hand and official seal this 31st day of October, 2007.

_____
Notary Public
My Commission Expires: 6-8-2010



# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL HOSPITALITY, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>2:06-cv-00851-MHT |

## AFFIDAVIT OF ALKA PATEL

1. My name is Alka Patel. I am over 18 years of age and am competent to testify to the matters included herein.

2. I am not Alka-Chandra Patel, a different person who lives in Duluth, Georgia, and I have never been known by that name.

3. I have personal knowledge of the facts stated herein and attest that they are true and correct.

4. I am a resident and citizen of the State of Georgia. My address is 340 Ridgewood Drive, Fayetteville, Georgia 30215.

5. I do not maintain a residence in the State of Alabama, own real or personal property in the State of Alabama, maintain bank accounts in the State of Alabama, or have a telephone listing in the State of Alabama.

6. I have not entered into any contracts in the State of Alabama.

7. I have no agent for service of process in the State of Alabama.

8. I am not and never have been an officer, director, agent, or employee of Central Hospitality, LLC.

10. I exercised no direct control over the operations of Central Hospitality, LLC, including matters related to employment or benefits.

11. I am not and never have been Plaintiff Joyce A. Popwell's employer and do not exercise control over her employment, including wages, taxes, Social Security, or any other matters inherent to her employment.

12. I have not entered into any contract with Plaintiff Joyce A. Popwell with respect to her employment, including wages, taxes, Social Security, or any other matters inherent to her employment.

FURTHER, AFFIANT SAYETH NOT.

*A. s. Patel*
ALKA PATEL

STATE OF GEORGIA                )
FULTON COUNTY                   )

    Personally appeared Alka Patel, who, being sworn on oath, deposes and says that the facts and things contained in the above and foregoing Affidavit are true and correct, and that he executed the same voluntarily on the day same bears date.

    GIVEN under my hand and official seal this 31st day of October, 2007.

_____
Notary Public
My Commission Expires: 6-8-2010

