IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOYCE A. POPWELL | * |
| Plaintiff, | * |
| vs. | * CASE NO. 2:06-CV-00851-MHT |
| CENTRAL HOSPITALITY, et al | * |
| Defendants. | * |

## NOTICE OF COMPLIANCE

COMES NOW, Kishor Desai, former Defendant in this cause who does hereby notify this Court that he has complied with the terms of the Court's order of November 9, 2007, by disclosing the confidential settlement agreement to counsel for Defendant Central Alabama Hospitality, LLC.

RESPECTFULLY SUBMITTED,

_____
Charles W. Edmondson (EDM002)
Attorney for Kishor Desai

Charles W. Edmondson, P.C.
621 S. Perry Street
Montgomery, Alabama 36104
334-265-9034
Fax 265-9425

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument has been served upon Joyce A. Popwell, P.O. Box 1413, Montgomery, Alabama 36102; George B. Azar, P.O. Box 2028, Montgomery, Alabama 36102-2028; Anil Patel, 4389 Alabama Avenue, Monroeville, Alabama 36460 and Alka C. Patel, 2041 Kinderton Manor Drive, Duluth, Georiga 30097, by placing copy of same in the United States Mail, postage prepaid, this 12th day of November, 2007.

_____
Charles W. Edmondson (EDM002)