## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

JOYCE A. POPWELL,                  *
                                   *
    **Plaintiff,**                 *
                                   *
vs.                                *      **CV-06-851-MHT**
                                   *
**CENTRAL HOSPITALITY, et al.,**   *
                                   *
    **Defendants.**                *

RECEIVED

2007 NOV 13  P 3: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### PLAINTIFF'S RESPONSE TO DEFENDANTS
### SHAILESH PATEL & ALKA PATEL'S MOTION TO DISMISS

COMES NOW the Plaintiff and hereby responds to Defendants Shailesh Patel &

Alka Patel's Motion to Dismiss by stating unto the Court following:

    1.    Plaintiff's claims against Defendants Shailesh Patel & Alka Patel are due

to be dismissed for lack of subject matter and personal jurisdiction.


_____
CHRISTOPHER E. SANSPREE (SAN048)
EDWARD L. McRIGHT, JR. (MCR004)
Attorneys for Plaintiff



OF COUNSEL:

**SANSPREE & McRIGHT, LLC**
603 Martha Street
Montgomery, Alabama 36104
(334) 262-1001
(334) 262-1002 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel for the Defendants as listed below by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this the ___ day of **November, 2007**.

Mr. George B. Azar
Ms. Elizabeth C. Wible
**AZAR, AZAR & MOORE**
P.O. Box 2038
Montgomery, AL  36102-2028

Marion F. Walker
**FORD & HARRISON**
2100 3RD Avenue North, Suite 400
Birmingham, AL  35203

OF COUNSEL