IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOYCE A. POPWELL, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv851-MHT |
| | ) | |
| CENTRAL HOSPITALITY | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

There being no objections, it is ORDERED that the motions to amend answer and for additional time (Doc. Nos. 107 & 109) are granted.

DONE, this the 28th day of November, 2007.

                                         /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE