IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CENTRAL HOSPITALITY, et al. )<br>)<br>Defendants. )<br>) | CASE NO: 06-851 |

### PLAINTIFF'S CONFLICT DISCLOSURE STATEMENT

COMES NOW Joyce A. Popwell, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. The Plaintiff is an individual.

2. There are no entities to be reported.

/s/ Christopher E. Sanspree
CHRISTOPHER E. SANSPREE (SAN048)
EDWARD L. McRIGHT, JR. (MCR004)
Attorneys for Plaintiff

OF COUNSEL:
**SANSPREE & McRIGHT, LLC**
603 Martha Street
Montgomery, Alabama 36104
(334) 262-1001
(334) 262-1002 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel for the Defendants as listed below by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this the **10th** day of **December, 2007**.

Mr. George B. Azar
Ms. Elizabeth C. Wible
AZAR & AZAR
P.O. Box 2028
Montgomery, AL  36102-2028

Mr. Charles W. Edmondson
Attorney at Law
621 S. Perry Street
Montgomery, AL  36104

                                                /s/ Christopher E. Sanspree
                                                OF COUNSEL