IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOYCE A. POPWELL, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NUMBER: 2:06CV851 |
| ) | |
| CENTRAL HOSPITALITY, ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is stipulated by and between the parties to this action as follows:

1. This action, including the Complaint, all amendments thereto, all filed, proposed, and possible Counter-Claims and Cross-Claims, and all issues raised and that could have been raised in this action, shall be dismissed with prejudice.

2. That each party shall pay their own cost of court, including attorneys' fees.

DATED THIS the 28th day of December, 2007.

Attorneys for Plaintiff:

_____
Christopher E. Sanspree: ASB-5570-R80C
Edward L. McRight, Jr.: ASB-9042-T83E
SANSPREE & McRIGHT, LLC
603 Martha Street
Montgomery, AL 36104
chris.sanspree@charter.net
Office: 262-1001 / Fax: 262-1002

AZAR, AZAR & MOORE, L.L.C.
2740 Zelda Road, Fourth Floor
Montgomery, Alabama 36106
Telephone: (334) 265-8551 / Fax: (334) 264-9453
gazar@azarlaw.com
ewible@azarlaw.com

Attorneys for Defendants Hemant Patel, Anil Patel, and Central Alabama Hospitality, L.L.C.

_____
George B. Azar: ASB-3992-A34G
Elizabeth C. Wible: ASB-1925-W61E