IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOYCE A. POPWELL,** | ) |
| PLAINTIFF, | ) |
| v. | ) CASE NUMBER: 2:06CV851 |
| **CENTRAL HOSPITALITY, ET AL.,** | ) |
| DEFENDANTS. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the joint stipulation of dismissal filed by the parties to this action, it is ORDERED:

1. This action, including the Complaint, all amendments thereto, all filed, proposed, and possible Counter-Claims and Cross-Claims, and all issues raised and that could have been raised in this action, are hereby dismissed with prejudice.

2. That each party shall pay their own cost of court, including attorneys' fees.

DONE AND ORDERED this ___ day of December, 2007.

                                             _____
                                             Myron H. Thompson
                                             UNITED STATES DISTRICT JUDGE